## PLAINTIFF CERTIFICATION
## UNDER THE FEDERAL SECURITIES LAWS

I, María Hernandez Ramirez, hereby certify under penalties of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.     I am the Acting Administrator of the Employees' Retirement System of the Puerto Rico Electric Power Authority (the "Retirement System"). I have reviewed a proposed complaint against Conduent, Inc. ("Conduent") and certain of its officers, and have authorized the filing of that complaint on behalf of the Retirement System.

2.     The Retirement System is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

3.     The Retirement System traded the following Conduent common shares during the Class Period alleged in the complaint (February 21, 2018 through November 6, 2018):

| Date | # of shares purchased | # of shares sold | Price per share |
|---|---|---|---|
| 4/25/2018 | 630 | | $19.05 |
| 4/25/2018 | 1,890 | | $19.04 |
| 4/25/2018 | 279 | | $19.06 |
| 4/26/2018 | 6,598 | | $19.17 |
| 4/27/2018 | 5,456 | | $19.39 |
| 4/27/2018 | 503 | | $19.39 |
| 4/27/2018 | 1,787 | | $19.33 |
| 4/30/2018 | 1,102 | | $19.48 |
| 4/30/2018 | 393 | | $19.48 |
| 5/9/2018 | 3,854 | | $18.56 |
| 5/9/2018 | 4,707 | | $18.60 |
| 5/18/2018 | | 1,881 | $19.13 |
| 7/16/2018 | 1,094 | | $19.05 |
| 7/16/2018 | 2,734 | | $19.01 |
| 7/16/2018 | 527 | | $18.80 |
| 10/25/2018 | 3,741 | | $19.72 |

4.     The Retirement System did not purchase these securities at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

5.     During the three-year period preceding the date of signing this certification, the Retirement System has sought to serve as a representative on behalf of a class in the following private actions arising under the federal securities laws:

*Makhlouf v. Tailored Brands, Inc., et al.,*
Docket No.: 4:16-cv-00838 (S.D. Tex. 2016)

*Schafer v. Horizon Pharma PLC., et al.,*
Docket No. 1:16-cv-01763 (S.D.N.Y. 2016)

*Doshi v. General Cable Corporation, et al.,*
Docket No. 2:17-cv-00025 (E.D. Ky. 2017)

*Norman v. SCANA Corporation et al.,*
Docket No. 3:17-cv-02616 (D.S.C. 2017)

*Bowers v. Tesaro Incorporated et al.,*
Docket No. 1:18-cv-10086 (D. Mass 2018)

*Government Employees' Retirement System of the Virgin Islands
et al. v WageWorks, Inc., et al.,* Docket No. 4:18-cv-01523 (N.D. Cal.)

*Plymouth County Retirement System v. Patterson Companies, Inc., et al.,*
Docket No. 0:18-cv-00871 (D. Minn.)

6. The Retirement System will not accept any payment for serving as a representative party on behalf of the Class except to receive a pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative party of reasonable costs and expenses, including lost wages relating to the representation of the Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __6__ day of March, 2019 ·

By:_____
María Hernandez Ramirez
Acting Administrator

2