**COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP**
Jeffrey W. Herrmann
  jwh@njlawfirm.com
Audra DePaolo
  ad@njlawfirm.com
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel.:  (201) 845-9600
Fax:  (201) 845-9423
*Liaison Counsel for Plaintiff and the Class*

**WOLF POPPER LLP**
Robert C. Finkel
  rfinkel@wolfpopper.com
Adam J. Blander
  ablander@wolfpopper.com
845 Third Avenue, 12th Floor
New York, New York 10022
Tel.:  (212) 759-4600
Fax:  (212) 486-2093
*Lead Counsel for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EMPLOYEES' RETIREMENT SYSTEM OF THE PUERTO RICO ELECTRIC POWER AUTHORITY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CONDUENT INC., ASHOK VEMURI, and BRIAN WEBB-WALSH, <br><br> Defendants. | Case No.: <br><br> Civil Action <br><br> **CERTIFICATION PURSUANT TO L. CIV. R. 11.2** |

I certify that, to the best of my knowledge, the matter in controversy is not the subject of

any other action pending in any court.

I certify under penalty of perjury that the foregoing is true and correct.

2

Executed on this 8th day of March, 2019

*/s/ Jeffrey W. Herrmann*
Jeffrey W. Herrmann