**COHN LIFLAND PEARLMAN**
**HERRMANN & KNOPF LLP**
Jeffrey W. Herrmann
  jwh@njlawfirm.com
Audra DePaolo
  ad@njlawfirm.com
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel.:  (201) 845-9600
Fax:  (201) 845-9423
*Liaison Counsel for Plaintiff and the Class*

**WOLF POPPER LLP**
Robert C. Finkel
  rfinkel@wolfpopper.com
Adam J. Blander
  ablander@wolfpopper.com
845 Third Avenue, 12th Floor
New York, New York 10022
Tel.:  (212) 759-4600
Fax:  (212) 486-2093
*Lead Counsel for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EMPLOYEES' RETIREMENT SYSTEM OF THE PUERTO RICO ELECTRIC POWER AUTHORITY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CONDUENT INC., ASHOK VEMURI, and BRIAN WEBB-WALSH, <br><br> Defendants. | Case No.: <br><br> Civil Action <br><br> **CERTIFICATION OF NON-ARBITRABILITY PURSUANT TO L. CIV. R. 201.1** |

Jeffrey W. Herrmann, of full age, certifies that pursuant to L. Civ. R. 201.1 the within matter is not arbitrable, because the Complaint seeks damages that are in an excess of $150,000.

I certify under penalty of perjury that the foregoing is true and correct.

2

Executed on this 8th day of March, 2019

*/s/ Jeffrey W. Herrmann*
Jeffrey W. Herrmann
