# Ballard Spahr
#### LLP

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002-1163
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

Roberto A. Rivera-Soto
Direct: 856.761.3416
riverasotor@ballardspahr.com

_VIA CM/ECF_

May 22, 2019

Hon. Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
Room 5060
50 Walnut Street
Newark, New Jersey 07101

Re:   _**EMPS. RET. SYS. OF P.R. ELEC. POWER AUTH. V. CONDUENT, INC., ET AL.**_
       Case No. 2:19-cv-8237

Dear Judge Wigenton:

This firm represents defendants Conduent, Inc., Ashok Vemuri, and Brian Webb-Walsh in this action.  Kindly accept this letter in lieu of a more formal response to the May 7, 2019 motion to appoint lead plaintiff and approval of counsel [D.E. No. 6].

Although defendants do not believe that a plaintiffs' class can or should be certified in this case -- and, at the appropriate time, defendants will oppose any motion for class certification here -- defendants take no position in respect of (i) which party should be appointed lead plaintiff and (ii) which law firm(s) should be approved as lead, co-lead and/or liaison counsel in this action.

Respectfully yours,

**BALLARD SPAHR LLP**

By:   _/s/ Roberto A. Rivera-Soto_
       Roberto A. Rivera-Soto

cc:   All counsel (_**VIA CM/ECF**_)

A PA Limited Liability Partnership  |  Jeffrey S. Beenstock, Managing Partner

Atlanta  |  Baltimore  |  Bethesda  |  Boulder  |  Delaware  |  Denver  |  Las Vegas  |  Los Angeles  |  Minneapolis
New Jersey  |  New York  |  Philadelphia  |  Phoenix  |  Salt Lake City  |  Sioux City  |  Washington, DC
www.ballardspahr.com