# Law Offices of Jan Meyer & Associates, P.C.

**Jan Meyer** *◊♆✹◯③

Associates:
**Richard A. Hazzard** *◊
**Noah Gradofsky** *◊
**Stacy P. Maza** *◊
**Richard L. Elem** *◊
**Elissa Breanne Wolf** *◊
**Elliot E. Braun** *◊℘
**Joshua R. Edwards** *◊
**Jonathan L. Leitman** *◊
**Douglas Michael Allen** *◊✹η

Senior Of Counsel:
**Steven G. Kraus**, LL.M., CSRP *◊♆℘

Of Counsel:
**Joshua Annenberg** *◊
**Michael J. Feigin** *◊®

**1029 Teaneck Road**
**Second Floor**
**Teaneck, New Jersey 07666**
www.janmeyerlaw.com

**Phone:** (201) 862-9500
**Fax:** (201) 862-9400
**E-Mail:** office@janmeyerlaw.com

Sender's e-mail: relem@janmeyerlaw.com
Sender's direct dial: (201) 862-9600 x 210

**New York Office:**
424 Madison Ave.
Sixteenth Floor
New York, NY 10017
(212) 719-9770
*Please respond to our Teaneck office*

**Admitted to Practice:**
New Jersey * New York ◊
Pennsylvania ℘ New Hampshire η
U.S. Supreme Court ♆
District of Columbia ✹
U.S. Court of Federal Claims ◯
U.S. Court of Appeals for the Armed Forces ◯
U.S. Court of Appeals for the Federal Circuit ◯
U.S. Court of Appeals for the Third Circuit ③
US Patent and Trademark Office ®

May 24, 2019

**VIA ECF**
Hon. Susan D. Wigenton, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re: ***Employees' Retirement System of the Puerto Rico Electric Power Authority v. Conduent Inc.***
      Case No. 2:19-cv-08237 (SDW) (SCM)

Dear Judge Wigenton:

  This firm is proposed liaison counsel for Oklahoma Firefighters Pension and Retirement System, Plymouth County Retirement Association, Electrical Workers Pension Fund, Local 103, I.B.E.W., and Employees' Retirement System of the Puerto Rico Electric Power Authority ("Conduent Institutional Investor Group") in the above-referenced action. Pursuant to Local Rule 101.1(c), we respectfully request *pro hac vice* admission of Stanley D. Bernstein, Michael S. Bigin and Peter J. Harrington of the firm Bernstein Leibhard LLP and Guillaume Buell of the Thornton Law Firm LLP.

  In support of this application are the certifications of Stanley D. Bernstein, Michael S. Bigin, Peter J. Harrington and Guillaume Buell, as well as a proposed Consent Order. Should these papers meet with Your Honor's approval, we respectfully request that you execute the proposed Order and have it filed with the Clerk.

  We thank Your Honor for your attention to this matter.

              Respectfully Submitted,

              Richard L. Elem

Cc: Counsel of record (via ECF)