**KING & SPALDING LLP**
Israel Dahan
1185 Avenue of the Americas, 36th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com

*Counsel for Defendants*

**LAW OFFICES OF JAN MEYER & ASSOCIATES, P.C.**
Richard Elem, Esq.
1029 Teaneck Road, Second Floor
Teaneck, NJ   07666
Telephone:  (201) 862-9500
relem@janmeyerlaw.com

*Liaison Counsel for Lead Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EMPLOYEES' RETIREMENT SYSTEM OF THE PUERTO RICO ELECTRIC POWER AUTHORITY, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>             v.<br><br>CONDUENT INC., ASHOK VEMURI, and BRIAN WEBB-WALSH,<br><br>             Defendants. | Case No. 2:19-cv-08237-SDW-SCM |

**NOTICE OF JOINT MOTION AND**
**JOINT MOTION TO AMEND SCHEDULING ORDER**

Defendants Conduent, Inc. ("Conduent"), Ashok Vemuri, and Brian Webb-Walsh (collectively, "Defendants"), and Lead Plaintiff Conduent Institutional Investor Group ("Lead Plaintiff," and with Defendants, the "Parties") respectfully submit this Joint Motion to Amend Scheduling Order, showing as follows:

1.   On March 8, 2019, a Class Action Complaint was filed against Defendants. *See* Dkt. 1.

2.   On April 3, 2019, Defendants filed a Stipulation and Proposed Order Extending Time for Defendants to Answer, Move or Otherwise Respond to the Class Action Complaint (the "Stipulation to Extend Time"). *See* Dkt. 3.

3.   On April 8, 2019, the Court entered the Stipulation to Extend Time, which required that after the Court appointed a Lead Plaintiff, the parties submit a schedule for amending the complaint and for briefing any motion to dismiss. *See* Dkt. 5.

4.   On May 7, 2019, the Conduent Institutional Investor Group filed a motion for appointment as lead plaintiff and approval of counsel. *See* Dkt. 6.

5.   On July 15, 2019, the Court appointed the Conduent Institutional Investor Group as Lead Plaintiff and Bernstein Liebhard LLP and Thornton Law Firm LLP were appointed as Co-Lead Counsel.  *See* Dkt. 10.

6.  On July 30, 2019, Lead Plaintiff and Defendants filed a Stipulation and Proposed Order to Schedule Filing an Amended Complaint and Defendants' Response. *See* Dkt. 16.

7.  On August 5, 2019, the Court entered the Stipulation and Order to Schedule Filing an Amended Complaint and Defendants' Response (the "Scheduling Order"). *See* Dkt. 17. The Scheduling Order provides that:

    a.  Lead Plaintiff shall file an amended complaint on or before September 13, 2019;

    b.  Defendants shall file a response to the amended complaint on or before October 28, 2019;

    c.  Lead Plaintiff shall file any opposition to a motion to dismiss on or before December 12, 2019; and

    d.  Defendants shall file any reply in support of a motion to dismiss on or before January 13, 2020.

8.  On September 13, 2019, Lead Plaintiff filed the Amended Class Action Complaint. *See* Dkt. 18.

9.  On September 16, 2019, after Lead Plaintiff filed the Amended Class Action Complaint, undersigned counsel appeared for Defendants for the first time. *See* Dkt. 19. On October 4, 2019, additional counsel for Defendants filed motions for leave to appear *pro hac vice* on behalf of Defendants.   Dkts. 21, 22.

-3-

Undersigned counsel anticipates filing a motion to dismiss the Amended Class Action Complaint.

10.   In light of undersigned counsel's recent appearance on behalf of Defendants, the Parties respectfully request that the Court amend the Scheduling Order, such that new deadlines would be extended as follows:

a. Defendants shall file their motion to dismiss the Amended Class Action Complaint on or before November 12, 2019;

b. Lead Plaintiff shall file any opposition to a motion to dismiss on or before January 13, 2020; and

c. Defendants shall file any reply in support of a motion to dismiss on or before February 12, 2020.

11.   The aforementioned deadlines have not previously been extended.

12.   Accordingly, the Parties respectfully request that the Court enter the [Proposed] Order Granting Joint Motion to Amend Scheduling Order attached hereto.

[Signatures on following page]

Respectfully submitted this 10th day of October, 2019.

/s/ Michael S. Bigin
**LAW OFFICES OF JAN MEYER & ASSOCIATES, P.C.**
Richard Elem, Esq.
1029 Teaneck Road, Second Floor
Teaneck, NJ   07666
Telephone: (201) 862-9500
relem@janmeyerlaw.com

*Liaison Counsel for Lead Plaintiff and the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein
Michael S. Bigin
Peter J. Harrington
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: bernstein@bernlieb.com
        bigin@bernlieb.com
        pharrington@bernlieb.com

**THORNTON LAW FIRM LLP**
Guillaume Buell
1 Lincoln Street
Boston, MA 02111
Telephone: (617) 531-3933
Email: gbuell@tenlaw.com

*Co-Lead Counsel for Lead Plaintiff and the Proposed Class*

**WOLF POPPER LLP**
Robert C. Finkel
Joshua W. Ruthizer

/s/ Israel Dahan
**KING & SPALDING LLP**
Israel Dahan
1185 Avenue of the Americas
36th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com

B. Warren Pope (*pro hac vice filed*)
Brian D. Barnes (*pro hac vice filed*)
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com
bbarnes@kslaw.com

*Counsel for Defendants Conduent, Inc., Ashok Vemuri, and Brian Webb-Walsh*

-6-

845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Email: rfinkel@wolfpopper.com

*Additional Counsel for Lead Plaintiff*
*and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel registered to receive ECF notifications in this case.

This 10th day of October, 2019.

/s/ Israel Dahan
**KING & SPALDING LLP**
Israel Dahan
1185 Avenue of the Americas, 36th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com