# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

EMPLOYEES' RETIREMENT                    )
SYSTEM OF THE PUERTO RICO                 )
ELECTRIC POWER AUTHORITY,                 )
Individually and on Behalf of All Others  )
Similarly Situated,                       )
                                          )
    Plaintiff,         )
                                          )   Case No. 2:19-cv-08237-SDW-SCM
    v.                 )
                                          )
CONDUENT INC., ASHOK VEMURI,              )
and BRIAN WEBB-WALSH,                     )
                                          )
    Defendants.        )

## [PROPOSED] ORDER GRANTING
## JOIN MOTION TO AMEND SCHEDULING ORDER

This matter having come before the Court on the Joint Motion to Amend Scheduling Order (the "Motion") filed by Defendants Conduent, Inc. ("Conduent"), Ashok Vemuri, and Brian Webb-Walsh (collectively, "Defendants"), and Lead Plaintiff Conduent Institutional Investor Group ("Lead Plaintiff") and good cause to grant the Motion appearing, the Court hereby orders as follows:

1. The briefing deadlines determined in the Stipulation and Order to Schedule Filing An Amended Complaint and Defendants' Response (the "Scheduling Order") (Dkt. 17) are hereby amended as follows:

a. Defendants shall file their motion to dismiss the Amended Class

Action Complaint (Dkt. 18) on or before November 12, 2019;

b. Lead Plaintiff shall file any opposition to a motion to dismiss on or

before January 13, 2020; and

c. Defendants shall file any reply in support of a motion to dismiss on

or before February 12, 2020.

**SO ORDERED** this _____ day of _____, 2019.

_____
THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

2