## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

EMPLOYEES' RETIREMENT )
SYSTEM OF THE PUERTO RICO )
ELECTRIC POWER AUTHORITY, )
Individually and on Behalf of All Others )
Similarly Situated, )
                        )
       Plaintiff, )
                        )    Case No. 2:19-cv-08237-SDW-SCM
       v. )
                        )    [D.E. 29]
CONDUENT INC., ASHOK VEMURI, )
and BRIAN WEBB-WALSH, )
                        )
       Defendants. )

## ORDER GRANTING
## JOINT MOTION TO AMEND SCHEDULING ORDER

This matter having come before the Court on the Joint Motion to Amend Scheduling Order (the "Motion") filed by Defendants Conduent, Inc. ("Conduent"), Ashok Vemuri, and Brian Webb-Walsh (collectively, "Defendants"), and Lead Plaintiff Conduent Institutional Investor Group ("Lead Plaintiff") and good cause to grant the Motion appearing, the Court hereby orders as follows:

1.      The briefing deadlines determined in the Stipulation and Order to Schedule Filing An Amended Complaint and Defendants' Response (the "Scheduling Order") (Dkt. 17) are hereby amended as follows:

a. Defendants shall file their motion to dismiss the Amended Class Action Complaint (Dkt. 18) on or before November 12, 2019;

b. Lead Plaintiff shall file any opposition to a motion to dismiss ~~on or before January 13, 2020, and~~ *

c. Defendants shall file any reply in support of a motion to dismiss ~~on or before February 12, 2020.~~ *

**SO ORDERED** this ___22___ day of ___October___, 2019.

_____
THE HONORABLE STEVEN C. MANNION, USMJ

19cv8237

\* Per the direction of the District Judge, the timing of the opposition and any reply shall be in accordance with the rules.

2