**KING & SPALDING LLP**
Israel Dahan
1185 Avenue of the Americas, 36th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com

*Counsel for Defendants*

[*Additional counsel appear on signature page*]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EMPLOYEES' RETIREMENT SYSTEM OF THE PUERTO RICO ELECTRIC POWER AUTHORITY, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:19-cv-08237-SDW-SCM |
| | ) | |
| v. | ) | Motion Day: December 16, 2019 |
| | ) | |
| CONDUENT INC., ASHOK VEMURI, and BRIAN WEBB-WALSH, | ) ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF ISRAEL DAHAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

I, Israel Dahan, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1.     I am an attorney with King & Spalding LLP, counsel for Defendants Conduent Inc., Ashok Vemuri, and Brian Webb-Walsh (collectively, "Defendants"), in the above-captioned action.

2.     I make this Declaration to provide the Court with true and correct copies of the following documents cited in Defendants' Motion to Dismiss the Amended Class Action Complaint:

Exhibit 1     Conduent Inc.'s 2017 Form 10-K filed with the United States Securities and Exchange Commission on March 1, 2018 (excerpt).

Exhibit 2     Transcript of Conduent Inc.'s Fourth Quarter 2016 Earnings Call, dated February 22, 2017 (excerpt).

Exhibit 3     Conduent Inc.'s Fourth Quarter 2017 Form 8-K filed with the United States Securities and Exchange Commission on February 21, 2018 (excerpt).

Exhibit 4     Conduent Inc.'s Fourth Quarter 2018 Form 8-K filed with the United States Securities and Exchange Commission on February 20, 2019 (excerpt).

Exhibit 5     Transcript of Conduent Inc.'s First Quarter 2018 Earnings Call, dated May 9, 2018 (excerpt).

Exhibit 6     Conduent Inc.'s First Quarter 2018 Form 8-K filed with the United States Securities and Exchange Commission on May 9, 2018 (excerpt).

Exhibit 7     Transcript of Conduent Inc.'s Second Quarter 2018 Earnings Call, dated August 8, 2018 (excerpt).

2

Exhibit 8    Conduent Inc.'s Second Quarter 2018 Form 8-K filed with the United States Securities and Exchange Commission on August 8, 2018 (excerpt).

Exhibit 9    Transcript of Conduent Inc.'s Third Quarter 2018 Earnings Call, dated November 7, 2018 (excerpt).

Exhibit 10    Conduent Inc.'s Third Quarter 2018 Form 8-K filed with the United States Securities and Exchange Commission on November 7, 2018 (excerpt).

Exhibit 11    Transcript of Conduent Inc.'s Fourth Quarter 2017 Earnings Call, dated February 21, 2018 (excerpt).

Exhibit 12    Transcript of Conduent Inc.'s Analyst / Investor Day Call, dated June 8, 2018 (excerpt).

Exhibit 13    Chart of Statements Challenged in the Amended Class Action Complaint

Exhibit 14    Chart of Forward-Looking Statements Challenged in the Amended Class Action Complaint

Exhibit 15    New York Thruway Authority Press Release dated May 15, 2018.

Exhibit 16    Thomas P. DiNapoli of the Office of the New York State Comptroller Press Release dated July 11, 2018.

Exhibit 17    Letter from U.S. Senator Bill Nelson and Ranking Member of the Subcommittee on Surface Transportation and Merchant Marine Infrastructure, Safety and Security Gary Peters to The Honorable Joseph Simons, Chairman of the Federal Trade Commission, dated July 30, 2018.

Exhibit 18    Letter from Mike Dew, Secretary of the Florida Department of Transportation, to David A. Amoriell of Conduent State & Local Solutions, Inc. dated July 16, 2018.

Exhibit 19   News article in the Orlando Weekly entitled *Petition for SunPass to waive tolls after botched upgrade gets over 11,000 signatures*, dated August 14, 2018.

Exhibit 20   News article in the WAMC Northeast Report entitled *HV Lawmakers To NYS Thruway Authority:  Cancel Cashless Tolling Contract*, dated July 17, 2018.

Exhibit 21   Conduent Inc.'s 2016 Form 10-K filed with the United States Securities and Exchange Commission on March 10, 2017 (excerpt).

Exhibit 22   Conduent Inc.'s Analyst Day Presentation, dated June 8, 2018 (excerpt).

3.   I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 12, 2019.

/s/ Israel Dahan
**KING & SPALDING LLP**
Israel Dahan
1185 Avenue of the Americas, 36th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel registered to receive ECF notifications in this case.

*/s/ Israel Dahan*
Israel Dahan
KING & SPALDING LLP
1185 Avenue of the Americas, 36th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com

*Counsel for Defendants*