# EXHIBIT 2

**S&P Global**
Market Intelligence

# Conduent Incorporated NYSE:CNDT FQ4 2016 Earnings Call Transcripts

## Wednesday, February 22, 2017 3:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2016- | | | -FQ1 2017- | -FY 2016- | | | -FY 2017- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | 0.21 | 0.29 | ▲38.10 | 0.18 | 0.69 | 1.06 | ▲53.62 | 0.76 |
| Revenue (mm) | 1613.00 | 1514.00 | ▼(6.14 %) | 1572.00 | 6530.19 | 6408.00 | ▼(1.87 %) | 6305.47 |

Currency: USD
Consensus as of  Jan-26-2017 4:20 AM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ4 2016 | 0.21 | 0.29 | ▲38.10 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Presentation

**Operator**

Good day, and welcome to the Conduent Fourth Quarter and Full Year 2016 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Alan Katz, Head of Investor Relations. Please go ahead, sir.

**Alan Katz**

Good morning, ladies and gentlemen, and welcome to Conduent's 2016 Fourth Quarter and Full Year Earnings Call. Joining me on today's call is Ashok Vemuri, Conduent CEO; and Brian Walsh (sic) [ Brian Webb-Walsh ], Conduent's CFO. Following Ashok and Brian's prepared remarks, we will take your questions. This call is also being webcast. A copy of the slides used during this call was filed with the SEC this morning and is available for download on the Investor Relations section of the Conduent website. We will also post the transcript later this week.

During this call, Conduent executives may make comments that contain certain forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995 that by their nature address matters that are in the future and are uncertain. These statements reflect management's current beliefs, assumptions and expectations as of today, February 22, 2017, and are subject to a number of factors that may cause actual results to differ materially from those statements. Information concerning these factors is included in Conduent's Form-10 registration statement and its quarterly report on Form 10-Q filed with the SEC. We do not intend to update these forward-looking statements as a result of new information or future events or developments, except as required by law.

The information presented today includes non-GAAP financial measures. Because these measures are not calculated in accordance with U.S. GAAP, they should be viewed in addition to, and not as a substitute for, the company's reported results prepared in accordance with U.S. GAAP. For more information regarding definitions of our non-GAAP measures and how we use them, as well as limitations as to their usefulness for comparative purposes, please see our press release, which was issued last night and was furnished to the SEC on Form 8-K.

With that, I will turn the call over to Ashok for his prepared remarks. Ashok?

**Ashok Vemuri**
*CEO & Director*

Good morning, and welcome to Conduent's Fourth Quarter and Full Year 2016 Earnings Call. Today, our primary focus will be on last year's results, since this was our final performance period as a part of Xerox. On our first quarter earnings call, we will go into more detail about our go-forward strategy and plan. That being said, it is important to note that we are reaffirming the goals we shared at our December investor conference and remain confident in the focus and underlying priorities supporting our company's transformation. After providing an overview of our performance from last year, I'll hand it over to Brian where he will go into more details on the financials. From there, we will open it up to Q&A.

Let's begin on Slide 3. I'd like to open by describing our vision and highlight some of our near-term focus areas. While we have been characterizing ourselves as a $6.5 billion startup, our long-term ambition is to become a sustainable leader of this industry. This will require outperforming on many dimensions, including but not limited to, profitable revenue growth, deploying leading technology leverage process capabilities and best-in-class people delivering best-in-class solutions. As we begin this next chapter as Conduent, we are positioned well against this bold vision. We are a partner to some of the most admired companies in the world and every state in the U.S. We are currently a market leader in our industry, and by investing in our people, technology and processes, we expect to retain this position. We have an aggressive change agenda, and we'll make continual productive change a facet of our culture and leadership approach. Later, I'll describe the progress we're making in our strategic transformation

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

program, but I remain satisfied with the plans we're making and the anticipated near-term benefits we expect to see from this work. And again, our financial goals, as shared previously, remain unchanged. As we conclude this important separation milestone, I have an even stronger conviction that we are focused on the right actions and changes to enhance Conduent's leadership position in the marketplace.

I'm now on Slide 4, with highlights from 2016. First and foremost, in 2016, we were focused on the extensive work to separate from Xerox Corporation and starting up as a new company. We listed on The New York Stock Exchange on January 3, successfully completing that exercise, and are now operating as a stand-alone publicly traded company. We have a lot of work ahead to fully realize our new operating model and vision for success, which my management team and I are committed to. Initial focus areas, including building our IT infrastructure, hiring management teams, setting up business plans for the new vertical structure and refocusing our go-to-market strategy. Today, Conduent has $6.5 billion in adjusted revenue, over 90,000 employees and one of the most attractive client lists in our space. Our new name and branding has been well received, and we've built a strong leadership team. I now have most of my team in place, and we are successfully advancing within the next level of management to identify those employees that will be the next generation of Conduent leaders. We are taking important steps to streamline our businesses by strategically focusing on operational efficiencies, client relationships and contract remediations. The start of our transformation initiative is a cornerstone in our drive towards growth, and I will cover that in more detail shortly. While we've been working hard to redesign our company for improved performance, we remain focused on continuing to serve our clients as well as win new business, scoring major wins in transportation within the public sector business and the telecom and automotive industry within our commercial business sector.

While I plan to have Brian address our 2016 results in a few minutes, I do want to note there are several onetime items impacting Q4 and 2016 results. I'd like to touch on one of these. We are currently in discussions with the state of New York regarding the status and scope of the health enterprise platform project and believe we will not fully complete the implementation of the platform as originally designed. The state of New York has been and will continue to be an important client for us and a location where we do significant business. We will continue working closely with the state to reach a mutually satisfactory outcome.

Moving to Slide 5, let's discuss our strategic transformation in a bit more detail. Our strategic transformation efforts are well underway. In 2016, we launched a company-wide program focusing on both cost savings as well as operational optimization. We are making steady progress on identifying and prioritizing on the aggressive goals in the program. At the conclusion of this effort, we expect to deliver a cumulative $700 million in savings, with approximately $430 million in cumulative savings targeted through this coming year. These savings are being derived across every aspect of our company, most notably through IT and GA optimization and efficiencies. Contract remediation in certain client situations is another important aspect of this program. This work is having immediate impact, and we are balancing reinvestment of the associated savings and margin expansion to meet both 2017 and long-term financial targets.

While cost initiatives are an important part of our transformation, we are also making improvements in a range of operational areas to improve our growth posture. These include deepening our industry and domain expertise, more effectively monetizing our solutions and platforms, redesigning our management process for faster decision-making as well as the delegation of business decisions to the businesses for greater frontline authority and accountability. We are also narrowing the geographical and industry focus to drive higher service line penetration to better service our core clients. As we aggressively progress our strategic transformation work, Conduent will steadily look like a very different company than the one just recently separated from Xerox.

And now moving on to Slide 6, I'll summarize drivers of our future performance. As we outlined during our investor event in December, our strategic plan is expected to drive top and bottom line growth over the next several years, with cash flow reinvested in high-return opportunities. We will focus on 3 key areas: Revenue growth, margin improvement and free cash flow generation. In support of revenue growth, we will drive new business signings while sustaining our strong track record on renewal rates in our core, as defined by large, growing and profitable segments, through a judicious mix of organic and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

inorganic investments. To achieve our margin goals, we will focus on building a portfolio of businesses with attractive return profiles. This requires simplifying, standardizing and streamlining our operations as well as turning around areas of underperformance. We will win business that is highly repeatable and supported by platform-based offerings. We will then leverage our experience in these offerings to add multiple clients to these platforms. This approach has been working very well in our public sector and health care businesses. For example, our vector transportation platform is used across the country to support automated tolling and our Midas+ platform is used in over 2,000 hospitals for improving patient case management by capturing and analyzing patient data securely and confidentially. These are but just 2 illustrations, and we have many more within our company. Expanding these approaches will be core to accelerating our performance.

By progressing these first 2 drivers, we expect to deliver revenue growth, cost transformation and stable margin expansion. These will support our third performance driver, improved free cash flow and a more predictable cash flow over time, creating an expanded capacity for reinvestment.

Before I hand off to Brian, let me reiterate that I'm confident in our ability to transform Conduent into a market-leading, growth-oriented business process services company, delivering a differentiated value proposition for our clients and investors. This will take time to achieve, but the priorities and work ahead are clear, and we are mobilized to drive all of the necessary changes required to make Conduent a great company.

With that, Brian will take us through the financials in more detail.

### Brian J. Webb-Walsh
*Executive VP & CFO*

Thank you, Ashok. In an 8-K issued last week, we announced that we will be taking an impairment on goodwill and writing down our New York MMIS contract. The goodwill impairment is a noncash impact of $935 million. Along with this impairment, we also realized the deferred tax benefit of $107 million, so a net impact of approximately $828 million. This was the result of the regular annual goodwill review of the commercial segment. Our focus continues to be to turn this segment around, including our customer care offering. I want to be clear that there is no change to the long-term outlook for the profitability the company offered in December. We remain confident in our turnaround efforts and plans for the future as we reposition for growth. The New York MMIS write-down is the result of discussions that we are currently in with our client, which lead us to believe it is not probable that we will complete this implementation in its current form. Based on these discussions, we have recorded a charge of $161 million, $115 million of which is noncash. We remain committed to servicing our existing health enterprise clients in New Hampshire, where we have achieved certification as well as Alaska, North Dakota, where we are working on certification. On New York, we're working closely with the client on a mutually agreeable solution. We are committed to maintaining a good relationship with New York State and value the business we have across the number of other agencies within the state. While we are disappointed that we weren't able to deliver on the MMIS contract as originally planned, this move positions us with a more solid base of revenue and allows us to focus on other opportunities.

As noted in our prior disclosures regarding the health enterprise platform, these system implementations proved to be more difficult and more costly to complete than our initial expectations. So we are not selling this offering any longer.

Now let's move to the financial results. I'm on Slide 8 with an overview of the full year 2016 performance. Our GAAP metrics were impacted by the onetime items, which I just discussed. So I'll focus my commentary on our non-GAAP metrics, which reflect our ongoing operations. Reconciliations are available in the appendix of the presentation.

2016 adjusted revenue was $6.5 billion, a decline of 4% compared with 2015, primarily driven by lower volumes, slower ramp of new business and the continued runoff of our other segment. 2016 adjusted operating income was $354 million, up 10% compared with the prior year. Adjusted EBITDA was roughly flat year-over-year, with adjusted EBITDA margins of 9.8%, a 40 basis point improvement over 2015. As

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

end-to-end bundled solution and driven by a significant amount of outcome-based pricing. So we want to be cautious about what areas we want to get into. We are in many, many areas, so we have to narrow our focus. We want to drive growth in, for example, in the commercial business, which has sort of been underperforming, we see tremendous opportunity. We take the care business, we see automation, we see robotics, we see analytics. We are probably one of the largest collectors of data in the public sector and the commercial space, so we have got now to start deploying analytics capability, mining capability, warehousing capability onto that. Some of our businesses, and you named one of the competitors, we may not be advantageously positioned with regards to their core competency. The only way we can compete therefore is to bundle that service or capability into a much more wider and more holistic solution after them. So our focus is going to drive profitable growth, drive a business that is scalable, take advantage of our scale benefits, a business that's repeatable and a business that we do not venture into things that we probably don't have a grasp of. Enough capabilities, enough clients and more, if you will, that we have where we can drive a higher degree of service line penetration and go deeper into these clients rather than expanding in a much more wider fashion.

**Keith Frances Bachman**
*BMO Capital Markets Equity Research*

Great, I look forward to having follow-up conversations on that. The second question I wanted to ask is on the source of savings. In the $700 million of target cumulative savings, it appears that 50% is procurement G&A and IT, that's a fairly large number, call it more than -- almost 6% of revenue savings from procurement G&A and IT. Just, if you could flesh that out a little bit on what you're anticipating, how you drive those savings from those buckets.

**Ashok Vemuri**
*CEO & Director*

I'll ask Brian to detail that, but I think the broad statement of that is clearly as we move from a construct, which was more hardware-oriented, which is manufacturing company-oriented, the structure, the cost structure supporting the business is very different in a services business. So intuitively walking in one can make out the G&A expenses, et cetera, are probably skewed against what is services business and I have seen before, I've worked in before, that's one part of it. But I'll ask Brian to detail out in greater detail.

**Brian J. Webb-Walsh**
*Executive VP & CFO*

Yes, I would just add that if you look, when the business was under Xerox, actually like R&D and marketing was pushed to the BPO business because it had the greater growth opportunity. I mean if you look back at the overhead, when you see us as a stand-alone company it was lower than what it is at the point of separation. And we're in the G&A front, we're focused on finance, marketing, legal, human resources, and we have benchmarks for each of these functions, and we're managing the functions to the benchmarks. We're trying to simplify everything we do, again focusing on the services company we do versus the technology company. When it comes to procurement, part of procurement is facilities. We have a very large facility footprint we're trying to shrink. And then we're trying to work stand up procurement organization and drive savings with our vendors. And then IT, IT again, it's about consolidating data centers, it's about limiting the number of servers we have, it's about bringing some things in house that we currently outsource, so there's lot that goes into the IT part of it, too. There's a lot of detail that goes behind all of these. But essentially, it's taking back some of our IT infrastructure and getting an overhead that supports the business and is affordable.

**Keith Frances Bachman**
*BMO Capital Markets Equity Research*

Okay, fair enough. I'm going to sneak one more if I can, then I'll cede the floor. But your expected annual interest expense, call it $160 million a year just for round numbers, how are you going to do M&A and still work your debt down? I mean, I think you said this year probably limited M&A. But even if you look at '17, as you're trying to grow your skill sets, excuse me, to get into, perhaps, new areas or augment your existing areas, how do you complete the M&A and still manage your debt and interest expense?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.