# EXHIBIT 5

**S&P Global**
Market Intelligence

# Conduent Incorporated NYSE:CNDT FQ1 2018 Earnings Call Transcripts

## Wednesday, May 09, 2018 2:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2018- | | | -FQ2 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.21 | 0.22 | ▲4.76 | 0.22 | 1.06 | 1.20 |
| **Revenue  (mm)** | 1419.14 | 1420.00 | ▲0.06 | 1400.40 | 5653.32 | 5670.45 |

Currency: USD
Consensus as of  May-09-2018 2:16 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | | ▲ Positive EPS Normalized surprise | ▼ Negative EPS Normalized surprise | ● Neutral EPS Normalized surprise | |

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2017** | 0.16 | 0.16 | ● 0.00 % |
| **FQ3 2017** | 0.20 | 0.22 | ▲ 10.00 % |
| **FQ4 2017** | 0.24 | 0.31 | ▲ 29.17 % |
| **FQ1 2018** | 0.21 | 0.22 | ▲ 4.76 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Profitability was also a standout metric this quarter. Our adjusted operating margins improved 180 basis points versus a year ago. Adjusted EBITDA grew by 10% this quarter and our adjusted EBITDA margin was up 140 basis points to 11.3%, despite the fact that Q1 is typically a seasonally weak quarter.

Cash. Improved profitability combined with an acute focus on cash management resulted in another strong cash performance this quarter. Adjusted free cash flow improved meaningfully and our use of cash in the quarter was half of what it was in the prior year. Our balance sheet continues to get stronger, and we are well positioned in terms of liquidity.

Finally, we are right on track with our divestiture plan. We announced 2 divestitures in the past several weeks, our off-street parking business and our HR consulting and actuarial business. Collectively, these represent $321 million in 2017 revenue. Additional divestitures of approximately $175 million in revenue from public sector are also in progress. And on top of this, I'd like to announce today that we are targeting divesting an additional $500 million of revenue from select stand-alone customer care contracts. These contracts represent transactional customer support work where we are not positioned to differentiate and are not achieving the adjusted EBITDA margins targeted as part of our long-term core business model.

Having said that, we will continue to provide customer support when it is required as part of an end-to-end bundled solution in support of higher-value services provided, of course, it meets our profitability goals. As a result of this work, we are approaching the final stages of our efforts to rightsize the company and focus on our core business. I will describe the characteristics of our core business in more detail in my comments later.

Overall, I am very pleased with our progress in the first quarter. When adjusted for the divestitures that we have signed, we are well positioned relative to our original guidance. Now let me share some additional highlights from the quarter.

I'm on Slide 4. As I have done on prior calls, I will provide an update on our strategic transformation initiative. We remain on track to deliver on our cumulative cost savings target of $700 million by the end of this year. Here are some updates on several aspects of this work. The remediation of 6 large underperforming customer care contracts has been a focus for us. You might remember from the last call that we had addressed 5 of the 6 large contracts with one major contract to address.

During Q1, we successfully remediated this large contract, resulting in a price increase for the remainder of 2018. We also now have the option to include this contract as part of the aforementioned customer care divestiture. We have also negotiated the option to exit this historically negative profitability account with high overhead cost by early next year. Either scenario results in profit and margin improvement.

Real estate and IT consolidation remain large contributors to our transformation work and are progressing well. Consolidations across our locations, data centers and network will continue as we come through 2018. We also continue to make progress on our overall spend and expense management. SG&A as a percentage of revenue was down to 10.2% compared to last year, an improvement of 120 basis points. As I have commented on previous calls, we are highly focused on our mix of SG&A with a steady shift towards greater investments in sales and marketing.

During Q1, sales-related spending increased 3% compared to the same period last year. Greater investments in our go-to-market engine will help drive signings growth, which in turn will support our return to revenue growth.

Moving to Slide 5, I will go through a quick update on our segment performance. Our commercial business had its best Q1 in many years. While revenue was down 2% on a reported basis, Commercial segment revenue grew 3% when adjusted for our strategic actions. Profitability also improved as we exited underperforming contracts, remediated others, drove expansion through cross-selling and service line penetration as well as leverage better technology deployment, price increases and operational efficiencies. Adjusted EBITDA margins improved by 210 basis points in the quarter to 9.1%.

Our European business is also starting to gain traction in the market, and we have seen a new interest from clients in our 4 priority countries as we have reintroduced Conduent into those markets with tailored services and capabilities. Our public sector business performed as expected from a top line perspective.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Revenue was down about 6%, with 2 percentage points of the 6% being the result of strategic actions. More importantly, despite the end of several high-margin contracts last year, our adjusted EBITDA margins improved by 120 basis points year-on-year as a result of operational efficiencies, price increases and technology deployment. Revenue productivity per person of approximately $217,000 per year continues to be industry leading.

Moving to Slide 6, I will cover our sales performance in terms of signings and pipeline. We continue to make very good progress in our go-to-market initiatives. As you know, this has been an area of focus for us. We have reoriented our sales model around industry verticals. We have invested in new sales leadership and client partners as well as onboarded 5 new industry and capability business heads this quarter. It will take more than 1 quarter for us to achieve full productivity from these investments, but we see encouraging signs based on the improvements in pipeline quality, business mix and improved deal throughput.

Total TCV signings were $1.4 billion, a 53% increase compared with the same period a year ago. Renewal signings, up 150% year-over-year were very strong in absolute dollars. Our renewal rate at 94% continues to be strong and is an industry-leading number. My client management team has been able to achieve this while we continue to strengthen our standards for deal terms, risk profile and requirement for accu-shoring. New business signings of $406 million at 23% lower than last year. Signings were impacted by a more selective approach to new business that discourages contracting stand-alone customer care deals versus signing bundle deals, underpinned by technology platforms with a potential for accu-shoring. These opportunities deliver greater client value, drive higher margins and align to our vision for the company. Importantly though, across our new business wins, 60% were new clients or new capabilities, demonstrating the traction we are getting with our new sales and engagement model. Again, early yet strong signs that changes in our go-to-market model are having an impact.

We had a range of notable wins and renewals during the first quarter. In the consumer and industrial segment, we extended a 20-year partnership with a major aerospace client to provide defined benefit, retiree medical eligibility and defined contribution services for current and former plan participants. In the health care insurance segment space, we won a new logo with multiyear contract for one of the nation's most experienced Workers' Compensation providers for large companies. In the public sector, we secured a major contract renewal for a multiphase modernization project with a long-standing client in the transit industry that continues to rely on Conduent for innovative technology in design, installation, operation and key updates.

In Conduent Europe, we secured a new stand-alone arrangement with a long-standing client in the automotive industry to deliver a new capability, comprehensive finance and accounting services, along with the renewal of our existing services. Our go-to-market strategy, both from the perspective of new sales and existing client engagement is an important focus area for me. We're making the right investments and putting the focus back on our sales function to ensure that we win more than our fair share of business. We have received very positive feedback from our clients on our new engagement methodology and our go-to-market strategy for new business. This will help us build a more accurate and reliable pipeline of profitable deals while maximizing the opportunity to deploy a robust platform and software solutions. We have a game plan in place, and we are executing on it.

In terms of the current pipeline, we continue to see healthy demand across the industries we serve. Our pipeline of approximately $12 billion is finally clean and realistic and reflects increased deal pipe discipline and a focus on profitable, bundled and platform-based deals. Overall, public transportation, government, banking and financial services and high-tech segments are well represented in the pipeline today. And these deals fit within the criteria that I just discussed. We have built out the right team to support these clients and opportunities to win this business.

Before I hand over to Brian, I will recap our results with several observations. During the first quarter, results from our turnaround efforts and redesigned go-to-market strategy are starting to show, in particular, in our Commercial segment. This progress is encouraging, and I look forward to seeing continual margin improvement in the Commercial business. We grew adjusted operating income and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

adjusted EBITDA in line with our expectations. We began our 2018 divestiture program, making good progress in signing 2 deals since the last earnings call.

We're announcing the divestiture of our select noncore stand-alone customer care business, which will allow us to focus on the business that is core, platform-based, high margin, scalable, standardized and with a potential for accu-shoring. And finally, we have the team, resources and offerings to strengthen position as a best-in-class provider of technology-enabled business service solutions.

With that, Brian will take us through the financials in more detail. I'll then make some brief remarks prior to opening it up for Q&A. Brian?

**Brian J. Webb-Walsh**
*Executive VP & CFO*

Thank you, Ashok. Before I begin, I want to discuss some modeling items. First, I want to remind everyone that as we discuss in our year-end earnings call, 2018 financials will have several factors that will impact year-over-year comparables. As such, throughout this presentation and in the exhibits in the appendix, we will provide both GAAP numbers as well as our year-over-year result after adjusting for the divestitures that we completed in Q3 2017 and the adoption of the 606 revenue recognition accounting standard. This accounting standard change primary impacts how we recognize pass-through revenue for postage and deferred revenue. We have also provided a more detailed walk on a quarterly basis for our 2017 results by segment in the appendix.

Second, we have made several changes to the Other segment. As discussed on our last earnings call, we moved the Health Enterprise business out of Other and into the public sector. We also moved the Q3 2017 divestitures into the Other segment for easier segment level compares for our Commercial and public sector businesses.

Now let's begin on Slide 8 with an overview of the first quarter financial results and a walk through the P&L. Revenue of a little over $1.4 billion for the quarter was down about 9% year-over-year as reported and 10% on a constant currency basis. Adjusting Q1 2017 for the impact of divestitures and the 606 accounting standard adoption, revenue would have been down about 4% year-over-year. As Ashok mentioned in his remarks, further adjusting for the impact of strategic decisions, year-over-year revenue would have been flat.

Gross margin was 17.7%, an improvement of 100 basis points. The improving gross margin reflects continued progress in our transformation initiative and increased pricing from remediated contracts. SG&A declined year-over-year and adjusted operating margin improved. Adjusted EBITDA in the quarter was $161 million, an increase of 5% year-over-year as reported and 10% excluding the impact of 606 and divestitures in line with the midpoint of our prior guidance range.

Adjusted EBITDA margin grew to 11.3%, improving 140 basis points, both as reported and excluding 606 and divestiture impacts. This improvement was driven primarily by the transformation initiative and contract remediation and was despite our increased investments. Moving below the operating margin line, loss on divestitures and transaction cost increased by $50 million, primarily due to expenses associated with the Q2 2018 transactions. The Other expense line increased by $40 million as we had some favorable legal settlements in Q1 2017 and an accrual this past quarter for a contract termination related to litigation with one of our technology partners.

Our pretax loss in the first quarter was $54 million, worse by $32 million driven by increased transaction cost and litigation accruals. GAAP net loss in the quarter was $50 million or $0.26 per share. Our adjusted tax rate in the quarter was 34.7% compared to 34% in the prior-year period, as a result of our geographic mix of earnings and the impact of the BEAT and GILTI tax provisions, offset by the lower federal corporate tax rate. Adjusted net income was $47 million, up $12 million compared with the prior-year period and adjusted EPS was $0.22, an increase of $0.06 compared with Q1 2017.

As I go through the segments, I'll compare our Commercial and public sector results to Q1 2017 results adjusting for the impact of the 606 accounting standard. As a reminder 2017 results for the Q3 2017 divested businesses were moved to the Other segment.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Turning to Slide 9, we'll provide an overview of our Commercial segment results. Year-over-year, Q1 Commercial revenue declined 2%. This decline was driven solely by strategic decisions to exit long tail accounts and unprofitable contracts. Excluding strategic decisions, we would've grown 3% year-over-year. In addition, Commercial segment revenue was relatively flat sequentially despite Q4 typically being a higher revenue quarter. Segment profit increased by 76% year-over-year, driven primarily by our transformation initiative, including cost savings and price increases through contract remediation efforts.

Adjusted EBITDA in the segment grew 28% and our adjusted EBITDA margin of 9.1% increased by 210 basis points year-over-year. While Q1 tends to be a lower margin quarter for our Commercial business, given seasonality, we're obviously making progress on profitability year-over-year. This is encouraging to see, and I'm glad we're starting the year on a strong note.

Now onto the public sector segment result on Slide 10. Revenue declined 6% year-on-year as we continue to have the impact of contract losses and strategic decisions. Strategic actions accounted for 2 percentage points of the year-over-year decline. Revenue was down 5% sequentially as a result of lower volumes from some transportation clients and some [ law, ] state and local business. As we stated in last quarter's earnings call, our Health Enterprise business was moved from the Other segment and placed within the public sector beginning this quarter. We now see this business as core and are investing to support our Health Enterprise clients. We have modules that we are bringing to market. Our aim is to grow this business over time.

Our transportation business was down year-over-year and sequentially, however, we still expect to show growth in this area of the business in 2018 as a large tolling contract is expected to ramp by the end of Q2. Our public sector segment profit was up 18% driven by our cost-savings initiative, while adjusted EBITDA was up 2%. The margin profile of the public sector business improved this quarter with segment margins up 234 basis points and adjusted EBITDA margins up 120 basis points.

Moving on to Slide 11, let's review our Other segment. The Other segment now only holds our education business, which is in runoff. However, 2017 as reported results include the divested businesses. The chart on this slide shows the segment results both with and without the impact from 606 and the divestitures. Segment revenue was $8 million in the quarter, a decrease of $16 million year-over-year, excluding the impact from 606 and the divestitures, while segment loss was $4 million in the quarter. We're aiming to get this segment to 0 revenue and breakeven by the time we exit 2018.

Slide 12 provides an overview of our cash flow in Q1 2018. Cash flow from operations was an outflow of $38 million in Q1 2018, compared with an outflow of $107 million in Q1 2017, driven by working capital. This is a strong improvement, and I'm very pleased with our cash flow performance in the quarter. CapEx in the quarter was $39 million or 2.7% of revenue, an increase of $14 million compared with last year. Despite the increased CapEx and the acceleration of 2017 bonus payment from Q2 to Q1 for tax purposes, our adjusted free cash flow was a use of only $69 million in the quarter compared with use of $143 million in Q1 2017.

We dispersed $6 million to employees as a result of the termination of our deferred compensation plan, and we'll continue to do so throughout 2018. The largest portion of the cash held for plan participants will be distributed in Q4. As I've discussed in the past, this flows through our operating cash flow and will be adjusted out of reported free cash flow accordingly. In addition, given the number of divestitures that we are working on, tax payments and other divestiture-related expenses will be adjusted out of free cash flow as well.

Turning to Slide 13, I'll provide an update on our capital structure. During Q1, adjusted cash, which excludes the cash balance associated with the deferred compensation plan I just discussed was $461 million compared with $559 million of adjusted cash at the end of 2017. We continue to expect to use approximately $300 million of cash for potential acquisitions. In terms of liquidity, we also have over $730 million of capacity on our revolver. Our adjusted net leverage ratio is at 2.4 turns compared with 2.2 turns at the end of 2017. Given that we typically are a user of cash in the first quarter, this increase in our leverage ratio was expected.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Moving on to Slide 14, I will cover the divestitures that we announced over the past several weeks as well as where we are for the remaining potential divestitures. In the second quarter, we signed agreements to divest our off-street parking and HR consulting and actuarial service businesses, which generated approximately $321 million of annual revenues in 2017. These businesses generated $70 million in adjusted EBITDA in 2017. We'll provide an update on the proceeds once these deals close. As we have said in the past, our expectation is that we would use proceeds for either potential debt repayment or acquisitions. We would also expect these deals to close in the next few months, and we should have about 6 months of contribution from these businesses this year. I'll discuss the impact to our guidance ranges in a moment.

I'll also note that we have identified approximately $20 million of stranded overhead cost associated with these businesses that we'd expect to take out for 2019. After adjusting for the overhead takeout, the adjusted EBITDA lost from the sale of these businesses will be $50 million at a margin of 16%. We have to support these businesses through the transactions, so we'd expect that we'll have approximately 6 months before we can action these stranded overhead costs.

Of the original $500 million of revenue that we targeted for divestiture, we are still working on transactions to sell $175 million of public sector revenue. As Ashok mentioned earlier, we're in the process of looking at options to divest select customer care contracts that we view as noncore representing approximately $500 million of annual revenues. In terms of financials, as we make progress in this initiative and sign a deal, we'll provide additional details, but I can confirm that this revenue base will have adjusted EBITDA margins well below the corporate average.

Before I close, I want to note that in the press release issued this morning we updated our 2018 guidance based on the signed divestitures that we announced over the past several weeks. The table on Slide 15 details the expected impact from the signed Q2 2018 divestitures using an anticipated close date of June 30. If the close date changes, that would impact these amounts. It is important to note that, excluding the impact from these divestitures, the guidance ranges that we provided during the last earnings call would not have changed.

We now expect 2018 revenue to be between $5.4 billion and $5.6 billion compared with a $5.8 billion of 2017 adjusted revenue. Approximately $160 million of the year-over-year impact is a result of the signed 2018 divestitures. We expect adjusted EBITDA to be between $672 million and $698 million compared with 2017 adjusted EBITDA of $655 million, approximately $35 million of the year-over-year impact as a result of the signed 2018 divestitures. Finally, our free cash flow is still expected to be between 25% and 35% of adjusted EBITDA. We are well positioned in terms of our outlook for the year, and I'm very pleased with Q1 performance and progress we've made to date on our divestitures.

I will now turn it over to Ashok for some additional comments before we take your questions.

**Ashok Vemuri**
*CEO & Director*

Thank you, Brian. Before we wrap up, I'll spend a few minutes to elaborate on the kind of company Conduent is becoming, and the way we are creating value for all our stakeholders, our employees, our clients, our shareholders and society at large. Over the last year, we have been refining our portfolio to put greater focus on those businesses, which are scalable, profitable and platform based, have market-leading positions and market growth opportunities. These capabilities and services have a common strategic thread, which allows us to achieve differentiation and price advantages.

There are 2 slides I will use to convey this. Moving to Slide 17. This is a 1-page depiction of how we think about the work we perform for our clients. I shared this on our last earnings call and whereas I will not go into as much detail, felt it was important to reinforce it with you. We are an essential participant in the value chain for how our clients deliver services to the end users. We work on behalf of our clients to manage data intensive, repeatable, individualized transaction happening at massive scale.

Our service offerings are delivered through a combination of technology platforms, bundled with complementary business services, covering all stages of end user interaction, from enrollment to

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

transaction processing, from account management to customer experience. Here are some reference points for the scope and scale of our business.

We manage approximately 50% of the automated tolling systems in the U.S. We manage the funding for a range of government payments across the country, ensuring approximately $100 billion is provided to citizens for their benefit every year, and we provide full HR outsourcing and benefit administration to some of the largest companies in the Fortune 500 list. Together, our deep client base, broad offering portfolio and decades-long operating history, provides the basis for our bold ambition to become an industry leader. We are a partner with some of the largest and most valuable companies in the world and manage essential aspects of their operations, while interfacing directly with the people they serve.

Looking at the bottom layer of this diagram is our technology and platform solutions that supports over 2/3 of our revenue. These are proprietary offerings and services that underpin the essential services we provide for our clients, while also helping them progress on their own journey to become modern, digital enterprises.

Moving to Slide 18. I will share more details around how we are defining our core business and illustrate this with some examples. This should provide more context around the way we are creating value for clients as well as the lens we're using to identify both acquisitions and divestitures. An acute focus on our core business is a key strategic driver for successfully transitioning into the next phase of our turnaround plan, revenue growth.

Defining our core along the following 5 dimensions. First, and building off the previous slide, the nature of the work we do uniquely positions us at the center of our client's service delivery chain. We are experts at delivering individualized, secure and compliant interactions at massive scale on behalf of our clients to their end users. As example, consider the work we do on behalf of companies supporting their employees or states in the country to manage the distribution of benefits or in supporting the communication between large insurance companies and their members.

Next, we rely on technology as the basis for service delivery and differentiation. Specifically, our major service deployments are supported with digital business platforms that integrate multiple aspects of a complex business process into a standardized and scalable software and services interaction engine. This allows us to bundle diverse services onto proprietary or third-party platforms for accelerated, efficient and agile deployment. As I have mentioned previously, we are aggressively modernizing our technology platforms with almost $200 million of new investment that will incorporate new technologies like blockchain, cognitive learning and robotic process automation. An easily relatable example is our proprietary automated tolling platform, which connects every aspect of the value chain involved in the collection, payment and service of tolling in our highway system.

Our core business must be conducive to a level of standardization as a way to yield efficiency and scale. As a first step, we are deploying client solutions from common platforms that can be customized on the margin. This is one reason why our HR consulting and actuarial business was deemed noncore. In addition to having no technology-related assets, each engagement is custom and one-of-a-kind. As a next step, we will create common methodology for addressing client issues by domain or industry, and by identifying opportunities to reapply innovations across our portfolio, we will scale the return on our technology investments.

Fourth, our core model must allow us to source and utilize talent anywhere in the world. We call this accu-shoring and it gives us the flexibility to leverage human capital from locations with the best balance of skill, availability and cost. Finally, our core businesses represent a portfolio with potential to expand our relationships within our client base. We gain efficiency in our client conversations by presenting an array of assets that meet the needs across the range of industries and ecosystems from transportation to health care, from HR to legal and compliance. Increasing service line penetration is fundamental to our organic revenue growth, and our core businesses provide a pallet from which we can explore new ways of growing existing relationships.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.