# EXHIBIT 7

**S&P Global**
Market Intelligence

# Conduent Incorporated NYSE:CNDT
# FQ2 2018 Earnings Call Transcripts

## Wednesday, August 08, 2018 2:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2018- | | | -FQ3 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.22 | 0.29 | ▲31.82 | 0.27 | 1.01 | 1.25 |
| **Revenue (mm)** | 1388.00 | 1387.00 | ▼(0.07 %) | 1335.00 | 5505.25 | 5348.94 |

Currency: USD
Consensus as of  Aug-08-2018 1:40 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2017** | 0.20 | 0.22 | ▲1 10.00 % |
| **FQ4 2017** | 0.24 | 0.31 | ▲2 29.17 % |
| **FQ1 2018** | 0.21 | 0.22 | ▲3 4.76 % |
| **FQ2 2018** | 0.22 | 0.29 | ▲4 31.82 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Presentation

**Operator**

Good morning, and welcome to the Conduent Q2 2018 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded.

Now I'd like to turn our conference over to Alan Katz, Conduent's Head of Investor Relations. Please go ahead, sir.

**Alan Katz**
*Vice President of Investor Relations*

Good morning, ladies and gentlemen, and welcome to Conduent's second quarter 2018 earnings call. Joining me on today's call is Ashok Vemuri, Conduent's CEO; and Brian Walsh, Conduent's CFO. Following our prepared remarks, we will take your questions.

This call is also being webcast. A copy of the slides used during this call was filed with the SEC this morning, and is available for download on the Investor Relations section of the Conduent website. We will also post a transcript later this week.

During this call, Conduent executives may make comments that contain certain forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995 that, by their nature, address matters that are in the future and are uncertain. These statements reflect management's current beliefs, assumptions and expectations as of today, August 8, 2018, and are subject to a number of factors that may cause actual results to differ materially from those statements. Information concerning these factors is included in Conduent's annual report on Form 10-K filed with the SEC. We do not intend to update these forward-looking statements as a result of new information or future events or developments, except as required by law.

The information presented today includes non-GAAP financial measures. Because these measures are not calculated in accordance with U.S. GAAP, they should be viewed in addition to, and not as a substitute for, the company's reported results prepared in accordance with U.S. GAAP. For information regarding definitions of our non-GAAP measures and how we use them as well as limitations as to their usefulness for comparative purposes, please see our press release, which was issued this morning and was furnished to the SEC on Form 8-K.

With that, I will turn the call over to Ashok for his prepared remarks. Ashok?

**Ashok Vemuri**
*CEO & Director*

Good morning, everyone, and thank you for joining our second quarter 2018 earnings call. Brian and I will cover our financial and operational performance and the progress we are making towards creating a market-leading digital interactions company. We will then take your questions following our presentations.

Before turning to the highlights of our second quarter, I want to address a matter that has been in the press recently around our performance on a tolling contract with a state government agency. Confidentiality agreements prevent us from going into the specifics. However, I will note that issues tend to arise in the implementation phase of the startup and ramp of a new tolling system, particularly one that involves transitioning multiple legacy systems to a new and updated integrated state-wide system. We have the capability to efficiently resolve these issues, and are dedicating all necessary resources to meet our contractual commitments. We are an industry leader in the automated tolling space across the United States with a strong performance track record, and are confident in our ability to address this issue, and are making good progress towards our mutually agreed-upon time lines.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And this morning's first question comes from Bryan Bergin with Cowen.

**Bryan C. Bergin**
*Cowen and Company, LLC, Research Division*

I wanted to ask on the cost restructuring. How far through the program are you now in 2018? And can you talk about areas that may serve as potential areas of outperformance?

And as far as your stranded costs, an update on the expected timing that you're going to remove those by?

**Brian J. Webb-Walsh**
*Executive VP & CFO*

Sure, Bryan. So the $700 million program is on track to be complete at the end of this year. $225 million is incremental for this year, and about 50% of that has been achieved through the first 2 quarters. So we're tracking to complete it by year-end. I would say, inside of that, real estate continues to outperform, and we're getting more out of real estate than we initially anticipated. IT is a big contributor. And both those areas will contribute beyond this year, and we'll continue to focus on them beyond this year.

In terms of the stranded overhead costs, we expect 6 months post-closing to be able to address the stranded overhead costs. So roughly, by the end of this year, $30 million will be out, and then the rest of it will be out by the end of the first half next year based on our expected time lines. And so we expect to have $20 million to $25 million of stranded overhead probably in the first half of next year, and then that goes away.

**Bryan C. Bergin**
*Cowen and Company, LLC, Research Division*

Okay. I appreciate that. And then my follow-up. I understand that you may be somewhat limited here on what you can say, but can you provide any update on the litigation? We receive a lot of questions regarding how the accrual is determined, how insurance may factor in.

And then as far as that public tolling contract, does the increased resources to complete the work imply somewhat pressured margins there versus expectations? Just trying to understand the implications here on the financials from both.

**Brian J. Webb-Walsh**
*Executive VP & CFO*

Yes. So First, on the Texas lawsuit, the original $38 million accrual was done in 2015 based on the FAS 5 analysis done at that time. And we continue to review it every quarter, as required by GAAP. I would encourage everyone to read the full disclosure in our 10-Q regarding this litigation. And as Ashok mentioned in his prepared remarks, we'll update our disclosures when there's material on new information.

In terms of the tolling contract, we typically don't comment on the financials around one specific contract. We're obviously working to remediate the situation. But what I will say is we just confirmed our guidance in revenue, free cash flow and adjusted EBITDA. So at this time, we don't anticipate it having an impact on our ability to meet our guidance.

**Operator**

And the next question comes from Mayank Tandon with Needham.

**Mayank Tandon**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.