# EXHIBIT 9

**S&P Global**
Market Intelligence

# Conduent Incorporated NYSE:CNDT
# FQ3 2018 Earnings Call Transcripts
## Wednesday, November 07, 2018 3:00 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ3 2018- | | | -FQ4 2018- | -FY 2018- | -FY 2019- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.28 | 0.28 | ●0.00 | 0.30 | 1.10 | 1.30 |
| **Revenue  (mm)** | 1338.29 | 1304.00 | ▼(2.56 %) | 1327.17 | 5473.03 | 5140.16 |

Currency: USD
Consensus as of  Nov-07-2018 1:55 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- ▲ Positive EPS Normalized surprise
- ▼ Negative EPS Normalized surprise
- ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2017** | 0.24 | 0.31 | ▲1 29.17 % |
| **FQ1 2018** | 0.21 | 0.22 | ▲2 4.76 % |
| **FQ2 2018** | 0.22 | 0.29 | ▲3 31.82 % |
| **FQ3 2018** | 0.28 | 0.28 | ●4 0.00 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Presentation

**Operator**

Good morning, and welcome to the Conduent Third Quarter 2018 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Alan Katz, Vice President of Investor Relations. Please go ahead, sir.

**Alan Katz**
*Vice President of Investor Relations*

Good morning, ladies and gentlemen, and welcome to Conduent's Third Quarter 2018 Earnings Call. Joining me on today's call is Ashok Vemuri, Conduent's CEO; and Brian Walsh, Conduent's CFO. Following our prepared remarks, we will take your questions.

This call is also being webcast. A copy of the slides used during this call was filed with the SEC this morning. Those slides, as well as a detailed financial metrics sheet, are available for download on the Investor Relations section of the Conduent website. We will also post a transcript later this week.

During this call, Conduent executives may make comments that contain certain forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995 that, by their nature, address matters that are in the future and are uncertain. These statements reflect management's current beliefs, assumptions and expectations as of today, November 7, 2018, and are subject to a number of factors that may cause actual results to differ materially from those statements. Information concerning these factors is included in Conduent's annual report on Form 10-K with the SEC. We do not intend to update these forward-looking statements as a result of new information or future developments or events, except as required by law.

The information presented today includes non-GAAP financial measures. Because these measures are not calculated in accordance with U.S. GAAP, they should be viewed in addition to, and not as a substitute for, the company's reported results prepared in accordance with U.S. GAAP. For more information regarding definitions of our non-GAAP measures and how we use them as well as limitations as to their usefulness for comparative purposes, please see our press release, which was issued this morning and was furnished to the SEC on Form 8-K.

With that, I will turn the call over to Ashok for his prepared remarks. Ashok?

**Ashok Vemuri**
*CEO & Director*

Good morning, everyone, and thank you for joining our third quarter 2018 earnings call. Brian and I will cover our financial and operational performance and our progress towards becoming a market-leading digital interactions company. We will then take your questions.

Before I turn to our performance, I'd like to provide a quick update on our Texas litigation. As you may have seen in our press release, we increased the reserve associated with this litigation. While we can't comment much on pending litigation, in October, we had discussions with the state to determine if a mutually acceptable settlement might be reached. Those discussions were not productive. In the wake of those discussions, we have recorded an additional $72 million reserve, increasing the total reserve to $110 million. We continue to vigorously defend ourselves in this matter.

Let's begin on Slide 3 with an overview of our performance for the third quarter. As I have done throughout this year, I will be comparing our results adjusting for the impact of new accounting standards and our 2017 and 2018 divestitures.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

For the third consecutive quarter, our adjusted revenue, which excludes strategic actions and the impact of divestitures, was flat year-over-year. New business ramp and price increases were offset by contract losses from prior years. In constant currency terms, excluding strategic actions, revenue grew 1% this quarter, a meaningful demonstration of the progress we are making in the core business.

Excluding the impact of divestitures, adjusted EPS increased 180% year-over-year while reported adjusted diluted EPS was up over 27% year-over-year. This was driven by both operational improvements and lower interest expense due to tendering of our high-yield notes in July.

We also continue to show margin expansion in the third quarter while continuing to make aggressive investments in our digital interactions and platform-based offerings. Adjusted operating margins increased 210 basis points versus a year ago, and adjusted EBITDA grew by 10% this quarter to $157 million. Our adjusted EBITDA margin was up 150 basis points to 12%. Our profit improvement trend was driven by our transformation program, our focus on higher-margin clients, digital offerings, platform solutions and remediation of troubled accounts.

In terms of quarterly highlights, we had a number of noteworthy achievements. We continue to execute on our transformation plan. We are well positioned to achieve our goal of $700 million in cumulative cost savings by year-end, and I'm especially pleased with the progress that we have made on our Accushoring initiative.

We held our second annual client event, Conduent Continuum, which was attended by more than 130 of our top commercial clients, a threefold increase from last year. At Continuum, we showcased Conduent's distinct value proposition as a technology-led digital interactions company. I am pleased to share that we received extremely positive feedback from our clients as we demonstrated how Conduent is leveraging new technologies to transform their current operating models, accelerate their digital journeys and help them stay ahead of their competitors.

In terms of divestitures, we closed 3 of our previously signed transactions, resulting in $272 million in cash inflow. More than $40 million of unfunded pension obligations also went with the divestitures, further strengthening our balance sheet.

We continue to invest in our industry-leading platforms, such as Life@Work, Strataware and the Conduent suite of automation platforms. These technologies enable faster, more efficient and more strategic interactions with our clients and users.

We signed an agreement to divest the $500 million of stand-alone customer care contracts that do not fit within our long-term core business model. We expect to receive approximately $50 million of economic value from this transaction after working capital adjustments. More importantly, we avoided significant potential shutdown costs that we would have incurred had these businesses been run off. Once this transaction closes, it will conclude our previously announced plan to divest $1 billion in noncore assets.

Lastly, we signed an agreement to acquire Health Solutions Plus or HSP, a leading Core Administration Processing System provider in the health care space. This is a strategic technology-based platform acquisition that will enable us to bring an industry-leading end-to-end health care payer administration solution to our commercial and government care clients, helping them achieve operational efficiencies, lower cost and an enhanced digital experience for their members and providers. This deal is immediately accretive to our adjusted EBITDA margin, and it's precisely the type of deal that we see adding value to our portfolio. We expect to close on this transaction in late Q4 or early January at the latest. So we would expect to get a full year of benefit from the deal in 2019.

We have lowered our outlook for the full year. Our lowered outlook can be attributed to 5 factors: First, lower sales activity. As we focus on technology-led digital transactions, which are replacing traditional BPS deals, the sales cycle and ramp-up tends to be longer. Today, 65% of our services are delivered over technology platforms, a huge leap from a time when the majority of our services were labor-intensive, commoditized services at lower margins and value. This pivot to digital, which is where our clients are headed, is both timely and necessary. While it may seem disruptive to our performance in the short

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

term, our increased discipline around pricing, terms and conditions, improved risk profile and shift from commodity to technology-based value-added services is essential to creating long-term value.

Second, we've had continued suboptimal performance from an inherited legacy technology window. The performance issues stem from the vendor's inability to deliver on service level agreements, lack of responsiveness to Conduent's needs and poorly structured contract, which we inherited. We had our first planned data center migration in Q3, and during this migration, we uncovered issues that caused significant disruption to our client delivery and operations and resulted in penalties to Conduent. We are aggressively renegotiating our contract, similar to what we successfully undertook with our largest client-facing applications IT vendor last year to take back more control of our IT.

Third, our outdated and historically underinvested legacy IT infrastructure has caused major disruptions to our operations and impacted client and delivery performance. We are investing in our IT infrastructure to ensure our IT performance is in line with our clients' expectations. This includes new investments in our data centers and networks, consolidation of our sprawling technology landscape, modernization, enhanced cybersecurity and move to cloud. This investment can be seen in the increased CapEx outlook for the year. We have made changes to our internal IT organization, brought in new talent and have a game plan to address these issues.

Near term, we expect to make meaningful progress on the back of increased investments and influx of both internal talent as well as new external support.

Fourth, we have seen a delay in yield from our European business. This has historically been largely a call center-oriented business. As we started the divestment process of that business this quarter, we are looking aggressively to drive our other service lines into the European market. While the overall softness in the market and time for sales team ramp has led to this delay, we are gaining traction. We recently closed an opportunity to provide digital interaction experience services to a premier European automotive company. Our solution will deliver a more engaging technology-led experience to the drivers of its new connected car models.

And lastly, we are seeing the impact from the timing and slippage of deal signings into latter quarters due to rapidly changing investment cycles as our clients focus on increased technology-based processes. Brian will discuss the guidance changes in more detail during his remarks.

We continue to see tremendous opportunity in the market and in our ability to expand our increasingly robust and modernized service capabilities to our loyal and long-standing core client base. As we have completed our planned divestitures, we now have the management bandwidth and the funding capability to focus on our core portfolio with a clear, strategic thread running through the business. Collectively, these factors, coupled with a robust and actionable M&A program, enable us to bridge our capability gap and bring our next generation of technology-enabled digital service offerings to our client base.

Now let me share some additional highlights from the quarter. I'm on Slide 4. We remain on track to deliver on our cumulative cost savings target of $700 million by the end of this year through our strategic transformation initiative. This past quarter, we continued to make progress on consolidating our real estate footprint with total locations down 26% and total square footage down 21% compared with Q3 2017. We further optimized our geographic footprint, reducing our operation centers by 30% year-over-year. We have also lowered our total labor cost through Accushoring.

As a company, we hit an important milestone this past quarter. We have now achieved a 50-50 ratio of employees located in countries with labor markets that have relatively low cost as compared with countries that have high-cost labor markets. We are taking advantage of our global workforce and serving our clients from our key delivery hubs, which gives us the best balance of skills, availability and cost.

We expect to show continued improvement on this metric over the next 2 years. We had guided to achieving 55% Accushoring by the end of 2020 and based on our progress thus far, are well placed to meet that goal.

Reported SG&A spend was down again this quarter as we streamlined cost within the G&A line while continuing to invest in our sales and marketing functions. As we look out to 2019, we have a robust

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

pipeline of additional transformation opportunities related to Accushoring, technology improvement and automation. We will take advantage of these efficiencies in 2019 while we also address the stranded costs associated with the 2018 divestitures.

Moving to Slide 5. I will go through a quick update on our segment performance. Our commercial business again showed meaningful improvement this quarter. Commercial adjusted revenue was up 1% in constant currency terms, excluding strategic actions. Adjusted EBITDA margins also improved again this quarter, up 110 basis points compared with Q3 2017. This increase was driven by our move to higher-value offerings, the continued shift to digital interactions revenue, price increases and operational efficiencies. Revenue productivity also improved to approximately $47,000 per employee, up 5% year-over-year. Our European business accounted for 11% of commercial revenue for this quarter.

Our Public Sector business also performed well this quarter with the revenue decline continuing to flatten out and profit margin expanding. Adjusted revenue at constant currency was down 0.5%, excluding the impact of strategic actions and FX. Adjusted EBITDA margins improved by 340 basis points year-over-year as a result of operational efficiencies and price increases. Revenue productivity of approximately $214,000 per year (sic) [ $214,000 per employee ] was up 2% year-over-year.

Moving to Slide 6. Let's go through our sales performance in terms of signings and pipeline. I will note that we have removed the impact from divested business from our signings information as well as updated the historical detail that we provide in the appendix.

Our Q3 renewal rate of 91% continues to be strong and is higher than our stated renewal rate of 85% to 90%. This is our fifth consecutive quarter achieving a renewal rate greater than 90%, reflecting the strength of our client relationships, quality of work and strong client management teams. These renewals are aligned with our business model, have acceptable levels of risk and are contracted for an improved margin profile.

New business signings of $264 million reflect our focus on larger and more strategic deals and the continued ramp of our sales team. You may recall that I discussed the impact of the ramp of our sales force and the required investment in the business on our last call. As we continue to move up the value chain and sell larger, higher-priced, technology-focused deals, the close time tends to be longer. Third quarter signings were also impacted by certain deal signings slipping into Q4. Almost half of these deals have since closed.

Our book-to-bill ratio was 1.14x this past quarter and has now stayed about 1 for the second consecutive quarter. We are focused on improving this ratio over time as we sign new business and expand our work with existing clients.

I continue to remain confident that we will begin to show year-over-year new business growth in 2019 based on the pipeline, quality of potential deals, traction of our solutions with clients and prospects and our increasing ability to attract a higher-performing sales and management team into the company. We continue to focus on expanding service lines with our existing clients and are investing in both our client-facing offerings and the people that run the business.

Our pipeline remains strong, and the quality of deals reflects strong demand for our digital solutions and platform-based offerings as well as front-office transformation opportunities for clients in transportation, insurance, health care and payment verticals. The pipeline of $12 billion in Q3 was flat compared with last quarter when adjusting for businesses that we divested. It is a strong pipeline of real opportunities, and we are aggressively working to improve the yield from these opportunities, and I remain satisfied with the progress that we are making.

In terms of the deals that we have signed recently, they fit within our 3 core dimensions for service delivery: individualized, immediate and intelligent. This model for framing client needs and developing technology solutions has become the cornerstone of our value proposition with our clients. We are investing in platforms that enable faster, more efficient and more strategic interactions with end users, and we are scaling these offerings by selling to more clients and bringing the discussion around our capabilities to our clients' C-suite.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Clients are embracing this new ethos. We are seeing it in new business wins, our client conversations and in service line expansion with existing clients. Let me share a few examples with you.

In the total benefit outsourcing space, we won a 3-year contract on RightOpt, our single private health insurance exchange platform with a new local client, a company with more than 15,000 U.S. employees that provides government services and information technology support. Through our platform-enabled solution, which utilizes analytics and artificial intelligence, we are elevating the digital experience to provide an individualized interaction for each participant, highly customized and personalized throughout the process. To enable immediacy, we are putting a suite of tools at the fingertips of every participant, so they can find information and take other health-related actions at the click of a button. The win is a prime example of how Conduent is helping its clients' users, in this case its employees, take better action for their health.

We also continue to grow our footprint in the clinical care management space across health care and insurance with a win at a leading global provider of third-party administration and risk management services. Again, this win is a good example of how our technology and data-driven solutions, paired with industry expertise, makes Conduent an exceptional choice for our clients. Along with our Nurse First Response platform, we will deploy a fully customized claim intake process, which assesses injury severity and helps identify the right course and level of treatment. Additionally, our advanced analytics provide intelligence about each case, information about the cause of injuries and severity to help employers improve their overall safety while reducing the cost of their claims.

And in public transportation space, Conduent was awarded an 8-year contract with a long-standing client, the Los Angeles County Metropolitan Transportation Authority. We are modernizing the tolling system on the express lanes for 2 of LA's busiest highways, using the latest digital interaction technology. Our technology and tolling platform will help to increase accuracy and overall performance of the express lanes as well as deliver an intelligent and immediate experience to the commuter by leveraging machine learning and artificial intelligence. The work we are doing here is a prime example of how our platform-enabled solutions are helping build smarter cities and addressing traffic congestion as well as commuter safety in major cities across the globe. We continue to make progress on leveraging our global footprint, embedding technology into everything that we do and expanding our reputation as a leading digital interactions company.

Let me now close with a quick recap of our progress. In the short term, lowering guidance is disappointing. However, we are on track on our medium- and long-term plan. We are in transition and transformation, which sometimes results in bumps in the road in the short term. But we have a definitive plan, a deep and loyal client base, dedicated and motivated management team, a value proposition that is resonating in the market and understanding of our inherited issues and a demonstrated track record of resolving them over the last 2 years.

A few quick highlights. This is our seventh consecutive quarter of year-over-year margin expansion and adjusted EBITDA growth. We are clearly on the right track towards our long-term profitability goals. We executed or signed all of the targeted divestitures, especially the noncore call center assets. We've remediated underperforming contracts and negotiated higher pricing; tendered the high-yield notes, strengthening our balance sheet; attracted best-in-class employees to the executive management team; continued to invest and build out our IT infrastructure and client-facing technology; have identified and have cleaned up many of the inherited issues in the business and are progressing to complete the rest. We signed a definitive agreement for our first acquisition and completed the majority of our $700 million transformation initiative and identified actions to put us in a position to achieve the full amount by the end of the year. We've built a clean and actionable $12 billion pipeline and have established an outlook for top line growth in 2019.

We are making the right investments in our go-to-market team and solutions to drive revenue growth. Our executive management team is driving an across-the-board transformation of our operations, balance sheet and go-to-market strategy. We have streamlined our portfolio around a set of core businesses, platform-based, technology-led, digital solutions that have relevancy today and well into the future. With

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

isolation of this is important, because that allows us to take quick and efficient remediation action, which is what we are doing right now.

I think the third part of your question with regards to the speed of cost-cutting, let me actually rephrase that and change the premise of that question. Because we needed to do a cleanup of the company. We needed to ensure that our management bandwidth is supporting those businesses that are core and that have a future in the company. We needed to -- we got burdened with not only infrastructure issues and contractual issues, but also with a significant amount of unnecessary debt, et cetera, which needed to be brought down in order for us to translate our operational performance into our financials. So I actually think that we are continuing to make the investment, as you see, in the increased CapEx. We're spending $200 million. We have not swayed from that. We're continuing to spend the $200 million on our infrastructure as well as on our IT applications, and we will continue to do that.

So I think the effort that we have done that I sort of highlighted at the end of my prepared remarks lead to the fact, lead to the creation of a solid foundation for the company to pivot. These incidents and issues that we have, again, are isolated. We will rectify them. We are on our path. It takes time for a data center migration and its impact to become apparent, but we are on it.

**Operator**

And the next question will come from Mayank Tandon of Needham & Company.

**Mayank Tandon**
*Needham & Company, LLC, Research Division*

Ashok, you mentioned that you do expect new business signings to start to tick up sometime in '19. I believe you gave a time frame around next year. Could you maybe just talk about like what will be the key catalyst to get that new business activity to pick up and then ultimately drive, hopefully, some positive organic core growth in the business?

**Ashok Vemuri**
*CEO & Director*

Yes. So Mayank, the number one is that our sales teams are still ramping. I feel that they are in a better position with regard to the understanding of our various capabilities and a better appreciation for the changing dynamics in the marketplace. If you see in the last few months in the Public Sector, we had certain deferments or lack of decision-making as a result of the events leading to yesterday. Hopefully, that is behind us now, and people will come back to work and take decisions. We've seen a significant shift in the way our commercial clients are consuming technology and processes. The pivot to technology has been much faster, quite honestly, than I have seen any other shift happen in the past. Europe, which has been a very soft market for us because there's been a significant amount of the business with customer care. So as the sales team and as the organization, which has had a long history, if you will, in our muscle memory of selling customer care, pivots away from that to more digital transactions, that yield will only get better.

There's no question about the fact that growth for us will be driven significantly by performance in the new business. We have sort of hinted towards inorganic. We now have the dry powder to exercise on that. We've given -- we've done one. We will do transactions of that nature, which are accretive quite immediately to our balance sheet and to our financial performance. But core business growth is absolutely important. We are not going to cut down on the discipline that we have. We're not going to slack down on the kind of deals that we do. The deals are out there. We are finding them. Traction is building. It's a matter of time before it happens.

**Mayank Tandon**
*Needham & Company, LLC, Research Division*

Okay, that's helpful. And then as a quick follow-up, any additional insight you can provide, Ashok, on the pending litigation with Texas that might help reassure investors that you can actually navigate through this and ultimately, at least, come out in a situation that is better than where we are today with it?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Ashok Vemuri**
*CEO & Director*

Yes. So as I mentioned in my prepared remarks, we engaged in discussions with the State of Texas to try to establish a framework for settlement. However, these discussions did not lead to a formal settlement negotiation. And in accordance with the accounting guidance, we, therefore, determined that we are required to increase the reserve from $38 million to $110 million. That's an increase of about $72 million.

Mayank, I will also emphasize the point that we take this matter extremely seriously. We have dedicated resources helping us resolve this matter in a reasonable fashion. But in the meantime, we will continue to defend ourselves very vigorously.

**Operator**

The next question comes from Jim Suva of Citi.

**Jim Suva**
*Citigroup Inc, Research Division*

Ashok, you've been there now for quite a bit of time, and you successively did a lot of divestitures. But I guess the surprising thing of laying out 5 different issues now, I think, is catching investors in the stock offguard today of the reaction. Things like outdated infrastructure and such shouldn't be a surprise today. And now they're really kind of coming out. So what did you uncover? Or is it just a new look under the covers or a new chapter? Or how should we think about why now as opposed to 12, 14, 15, 18 months ago?

**Ashok Vemuri**
*CEO & Director*

Jim, so we've been talking about the challenges of our business. Right from inception, we've talked about -- I think in fact, I've characterized it as -- at one point in time, our infrastructure being fifth world with no necessary trying to characterize any fifth-world situation, but it is being challenged. And we've been working on it. We have addressed and remediated our client-facing applications very, very quickly because that was -- that impacted not only the performance of our business, but the services we provide to our clients, citizens, consumers, et cetera.

From an infrastructure and network perspective, the work was started last year. It takes time for it to sort of unravel or for the results to, good or bad, to become -- to be revealed. And since we were constrained by the service provider that we used, we were doubly challenged. And this sort of blew up in our face, if you will, or got amplified as we moved more and more of our capabilities and our business from labor base to more technology based. And the amplification became extremely apparent in our results, as you have seen in this particular quarter.

This is not a new issue. We've been addressing this for a while. The impact of this has suddenly accelerated and got amplified. We've been working on it. This has spurred us to make the changes much more quickly. Those changes have already been made. We've hired talent within the company. We've hired external experts and vendors and professionals who can help us in this journey. Because trust me, we understand the impact of this on, not only our financials, but the impact it has on our clients' performance and our ability to deliver the services to them. So again, not new, but amplified suddenly.

If you look at the other reasons we've talked about, which is the yield in Europe, our expectation of the yield in Europe was much higher, but sales cycle is taking longer because we're changing what we sell. It's been customer care. We've not been selling customer care since the first quarter of this year there. The market itself has been sort of soft, and we've had challenges with regard to the ramp of our sales team, which we have all identified and are correcting as we speak.

**Operator**

And next, we have a question from Bryan Bergin of Cowen.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.