# EXHIBIT 11

**S&P Global**
Market Intelligence

# Conduent Incorporated NYSE:CNDT FQ4 2017 Earnings Call Transcripts

## Wednesday, February 21, 2018 3:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2017- | | | -FQ1 2018- | -FY 2017- | | | -FY 2018- | |
|---|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | GUIDANCE |
| **EPS Normalized** | 0.24 | 0.31 | ▲29.17 | 0.20 | 0.78 | 0.85 | ▲8.97 | 0.98 | - |
| **Revenue (mm)** | 1481.60 | 1493.00 | ▲0.77 | 1466.67 | 6010.46 | 6022.00 | ▲0.19 | 5851.10 | 6144.00 |

Currency: USD
Consensus as of  Feb-21-2018 12:42 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise    ▼ Negative EPS Normalized surprise    ● Neutral EPS Normalized surprise

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2017** | 0.16 | 0.16 | ① 0.00 % |
| **FQ2 2017** | 0.16 | 0.16 | ② 0.00 % |
| **FQ3 2017** | 0.20 | 0.22 | ③ 10.00 % |
| **FQ4 2017** | 0.24 | 0.31 | ④ 29.17 % |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Presentation

**Operator**

Good morning, and welcome to the Conduent Fourth Quarter and Full Year 2017 Earnings Conference Call. [Operator Instructions] Please note, this event is being recorded. I would now like to turn the conference over to Alan Katz, Vice President of Investor Relations. Please go ahead, sir.

**Alan Katz**
*Vice President of Investor Relations*

Good morning, ladies and gentlemen, and welcome to Conduent's Fourth Quarter and Full Year 2017 Earnings Call. Joining me on today's call is Ashok Vemuri, Conduent CEO; and Brian Walsh, Conduent's CFO. Following our prepared remarks, we will take your questions.

This call is also being webcast. A copy of the slides used during this call was filed with the SEC this morning and is available for download on the Investor Relations section of the Conduent website. We will also post a transcript later this week.

During this call, Conduent executives may make comments that contain certain forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995 that by their nature address matters that are in the future and are uncertain. These statements reflect management's current beliefs, assumptions and expectations as of today, February 21, 2018, and are subject to a number of factors that may cause actual results to differ materially from those statements. Information concerning these factors is included in Conduent's Annual Report on Form 10-K filed with the SEC. We do not intend to update these forward-looking statements as a result of new information or future events or developments, except as required by law.

The information presented today includes non-GAAP financial measures. Because these measures are not calculated in accordance with U.S. GAAP, they should be viewed in addition to and not as a substitute for the company's reported results prepared in accordance with U.S. GAAP. For more information regarding the definitions of our non-GAAP measures and how we use them as well as limitations as to their usefulness for comparative purposes, please see our press release, which was issued this morning and was furnished to the SEC on Form 8-K.

With that, I will turn the call over to Ashok for his prepared remarks. Ashok?

**Ashok Vemuri**
*CEO & Director*

Good morning, everyone, and thanks for joining our Q4 and full year earnings call. During our prepared remarks, Brian and I will cover our financial and operational performance, and highlight the progress we are making to transform Conduent into a profitable, predictable, sustainable and growth-oriented enterprise. We will also provide our outlook for 2018.

Last year, we launched Conduent to deliver significant value to our shareholders, clients, employees and partners. We positioned our company to be more unified, focused, agile and better positioned to win in the markets where we compete. Our 2017 results are in line with our expectations following our first full year. In some areas, we exceeded our own expectations, creating a sense of momentum and confidence for what lies ahead. We would not have been able to complete our first year so successfully without the support of many stakeholders. I'd like to thank my management team and all Conduent employees for their hard work and resilience, our clients for their continued trust and confidence and our business partners for their continued support during a year of tremendous change and accomplishment.

Slide 3 provides an overview of our results for the year. In terms of our operational performance, we've met or exceeded our goals for the year. And early results from our strategic changes indicate we are on the right path. Here are some highlights.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our revenue declined 6% in line with what we projected for our first year. But when evaluating this result, it is important to view it from the perspective of our inherited history and the change we are making to our go-to-market strategy. Prior to the spinoff, revenue had been on the decline for many years. We inherited an opportunity pipeline comprised of low margin, single service line BUs with weak underlying technology. BU structures were inconsistent and with limited opportunity for upsell or cross-sell. We knew reversing this revenue trajectory would not happen immediately. In fact, our first strategic actions to create more focus would actually constrain revenue opportunity in the short term. We sold businesses, exited countries and ended over 1,000 client relationships. We raised the standard for deal qualification, both in the content of the transaction and the financial return.

Intentional actions like these contributed to 50% of our revenue decline last year. During the fourth quarter, these strategic decisions drove 100% of the revenue decline in our commercial sector. Given these extensive year 1 actions, we're pleased with our ability to deliver revenue within our guidance while laying the groundwork for our future as well as our ability to sustain a $13 billion sales pipeline while improving its quality and composition.

Given this progress, we enter 2018 with the confidence that we are on the right path to generate profitable growth as we come through this year. Looking now at our operational performance last year. We made significant progress that has improved the financial capacity of the company. Operating margins improved 140 basis points and adjusted EBITDA grew 6%. This was above the high end of our initial guidance, normalizing for divestitures. Our adjusted EBITDA margin exceeded 11.2%, an increase of 140 basis points. In addition, we generated $204 million of free cash flow, above the high end of our guidance range, and ended the year with around $300 million on our balance sheet available for investments including acquisitions.

Our Commercial business made significant improvement in profitability last year. Full year segment margin increased 110 basis points. Troubled contract remediation has been a key focus for improving results. We have successfully remediated 5 of 6 major customer experience contracts last year and expect to finalize the sixth within the next 3 months. As we've streamlined our portfolio, we created a clearer definition of what we consider to be our core business and took decisions to action our noncore. We completed 5 divestitures in 2017 and have several more in process as we had outlined in previous earnings calls. We exited over 1,000 client relationships due to unfavorable terms and limited growth potential.

Underlying these financial results were extensive changes across every facet of our new company. These included our go-to-market model, our infrastructure, HR policies and performance management. We rightsized the workforce, while simultaneously attracting new talent. We consolidated over 50 independent units under 1 brand, while maintaining our client relationships and service levels. And with the high intensity focus on collections by our sales teams, we returned to a more healthy cash flow profile in 2017, ending the year at 30% of adjusted EBITDA, which was the high end of our guidance. This compares to having a negative free cash flow in 2016.

I'm now on Slide 4. Consistent with what I have done on prior calls, I will share an update on our strategic transformation initiative, which targets delivering $700 million of cumulative cost savings through 2018. During 2017, we overachieved our transformation goals, exceeding our year-2 target by $45 million. As a result, we have greater confidence in our ability to meet the 3-year goal we had set for this initiative. We have a healthy pipeline of transformation initiatives and are executing through these very well.

Let me share a few areas contributing to our strong progress. First, our real estate. On previous calls, I have described the fragmented portfolio of businesses that we inherited. With these businesses came a sprawling, underutilized real estate portfolio, saddling our business with cost and unproductive assets. Since setting up Conduent, we have eliminated 123 locations or the equivalent of 25% of our total square footage. We are on our way to take out another 100.

In addition to real estate, we are driving a comprehensive initiative to consolidate our IT and network infrastructure. In 2017, we addressed our sub-optimized IT-related workforce and vendor relationships. Next, we expect to see benefits from the platform rationalization work completed last year. We're also driving a multiyear program, driving data center and network consolidation. We open for business at over 100 data centers and 13 separate networks. We are on track to reduce these to less than a handful of data

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

CONDUENT INCORPORATED FQ4 2017 EARNINGS CALL | FEB 21, 2018

centers and a single network backbone for the company. I look forward to sharing our progress here in more detail on future calls.

We have also aggressively attacked our SG&A, reducing it to 10% of revenue for the quarter and 10.2% for the year, an improvement of 60 and 40 basis points, respectively. A range of actions across the company combined to help us achieve these kinds of efficiencies, including streamlining of workforce, organizational realignment and process standardization and importantly, an aggressive adoption of new technologies like automation and analytics.

While we were reducing SG&A in total, we were simultaneously remixing our expenses in support of revenue growth. Historically, this business had underinvested in go-to-market functions like sales and marketing. We began rebuilding our selling engine last year. As I have described on previous calls, we've reset our coverage model to be vertically oriented at an inch-wide and mile deep. Our net sales and engagement management headcount increased by 35 last year and we added an additional 15 in the first 6 weeks of this year. This will be a growing focus area for us as we look to bring more of our portfolio to our client base and increase our potential for pipeline, signings and revenue growth.

I'm now on Slide 5. Consistent with our philosophy of being a predictable, sustainable and profitable business, our next set of changes will be intentional and deliberate. Before I cover more of our 2017 results, let me contrast this coming year with the one we just completed. This slide creates a simple comparison based upon a few facets of our business. For our financial plan, we intend to continue our strong margin performance while improving the revenue trajectory of our core business with the goal of turning positive by year-end.

In 2017, margin improvements were led by our transformation work. Going forward, margin expansion will come from a combination of both transformation and delivery efficiency. We expect continued strong cash conversion through high focus and conversion, and DSO improvement. In terms of our portfolio, 2017 was focused on clarifying our sources of value creation and defining our core. In 2018, we will sharpen this distinction through additional divestitures of noncore businesses and by acting on potential acquisition targets and new technology investments to modernize our core assets. We will also amplify our core, infusing it with the latest technology and fueling it with the sales engine that can drive value creation with our clients.

We continue to build our capabilities as a technology company. During our first year, we needed to inventory and rationalize our technology portfolio. Starting 2018, we've begun our work to modernize our offerings with cutting-edge technology, supported with an almost $200 million multiyear investment program. As a services company, our people are the heart of our business and over time, our goal is to make Conduent a preferred place to work. We hope to attract the best talent in the industry.

That being said, our work model must become more contemporary and innovative. We require a global smart sourcing model that delivers the right work from the right locations, a concept we are calling [Accusuring]. This allows our clients to benefit from our capabilities globally, 24 hours a day and provides access to attractive talent pools at competitive cost structures. Finally last year, we introduced our new name to the market, but we have more work ahead to create a reputation. We're investing more in our marketing in 2018 to create an outreach across the industries we compete. We will focus on creating greater awareness in select segments about who we are and the value we create.

Slide 6. I will now briefly review the performance of our 3 segments, with 2 of our segments, namely Commercial and Other segments, showing particularly impressive results as we close out the year. In Commercial, revenue was down 7% as expected, again, driven heavily by strategic actions we took to improve our revenue quality. That work in addition to improved efficiencies, contract remediation and cross-selling led to significantly improved profitability. Margins improved 110 basis points year-on-year and we exited the year even stronger, improving 160 basis points in the fourth quarter.

Our Public Sector business revenue declined 6%, in line with our expectations. Margins declined by 140 basis points year-on-year as a result of revenue pressure. But our exit margin of 12.4% showed an improving trajectory. Public Sector in many ways best exemplifies those characteristics we define as core: Technology platform solutions supported with a range of corresponding business services. We are well

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

interaction space is still the experience part of it. Now do we need to be picking up phone calls for all of these things? Maybe not. Are we shifting to chat? Are we shifting to web-based? Yes. Are we moving the whole experience part from a low-end commodity based to a higher end? Yes. So we'll see how they perform. And as I said, none of the options are off the table and we are very clear that we are not signing or interested in signing any deal which is a standalone experience business.

**Operator**

And next, we have a question from Shannon Cross of Cross Research.

**Shannon Siemsen Cross**
*Cross Research LLC*

I was wondering, can you talk a bit about what leads you to see the improvement in revenue through the year? I understand that first half had some tough comps because you divested revenue, but specifically, what are you hearing from your customers, what are you seeing in terms of signings that lead you to believe that you should be under organic revenue growth rate by the end of the year? And then I have a follow-up.

**Brian J. Webb-Walsh**
*Executive VP & CFO*

So if we look at the strategic decisions we took in 2017 as we go through the first half of 2018, we start to lap those decisions. So the first couple of quarters will be harder compares and then the compares get easier in the second half and we'll also have new business that starts to ramp in the second half. So if you look at both Commercial and Public Sector, we'll have tougher compares Q1, Q2 and then they get easier and we'll see more new business come in, in the second half of the year.

**Shannon Siemsen Cross**
*Cross Research LLC*

I agree. I'm just wondering what leads you to have comfort about the new business that's coming in? How much of that is sort of signed and in the pipeline at this point? Or how much of that is just based upon conversations you're having with potential customers?

**Brian J. Webb-Walsh**
*Executive VP & CFO*

So a lot of what we're ramping and talking about is already signed, and there's a transportation deal for example in Public Sector that's going to go live in Q2. We expect transportation inside of Public Sector to grow in 2018. We have the government health care and payments contracts that have been running off. We'll lap those as we get through Q2 so you take a look at Public Sector and we can see, based on the new business that we've already signed plus the lapping of those other contracts, the revenue trend improving. Commercial. The same thing, we signed a lot of new business in Commercial the last 2 quarters that will ramp. And again, a lot of the strategic decision will be behind us. We continue to have a strong pipeline at $13 billion. We're very focused on the sales investments and driving in-year signings that deliver revenue, but we have a lot -- a line-of-sight to a large portion of it.

**Shannon Siemsen Cross**
*Cross Research LLC*

Okay, great. Then my second question is just on use of cash. You talked about, especially with the divestitures that you would -- you liked cash for debt paydown or more acquisitions. How do you sort of balance the 2? And how are you thinking about acquisitions? You haven't done any, obviously, you're trying to divest right now, but how are you sort of thinking about that in timing?

**Ashok Vemuri**
*CEO & Director*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, so we've specifically called out acquisitions because we do realize that there are gaps in our capabilities. There are adjacencies that we could expand into. We're not talking about Big Bang acquisitions, more tuck-in, in the nature. And as we -- and we've said that the acquisitions will actually be funded by conversion of EBITDA to free cash flow. Obviously, as we generate more cash with regard to divestitures, we will balance the opportunity for reducing debt vis-à-vis acquisitions and we'll do this in a way that is both fair to our shareholders as value creating for our shareholders as well as that for the company.

**Operator**

And our next question comes from Puneet Jain of JPMorgan.

**Puneet Jain**
*JP Morgan Chase & Co, Research Division*

So you are in the final year of your past takeout program. The Other segment is also going to be breakeven this year. So how should we think about drivers of margin expansion and level of investments beyond this year? And then as you move past restructuring payments, should we expect any change in your use of cash priorities from next year?

**Brian J. Webb-Walsh**
*Executive VP & CFO*

Yes. So on the first one, when we take a look at -- what was the first question?

**Puneet Jain**
*JP Morgan Chase & Co, Research Division*

Margin expansion and level of investments beyond this.

**Brian J. Webb-Walsh**
*Executive VP & CFO*

Margin expansion, as we look at this year, we have $225 million of incremental cost savings coming from the transformation program. And in the midpoint, we're calling $65 million of adjusted EBITDA expansion and the rest will be used for investments and other offsets as we need them. We have investments that are going to ramp in our technology platform investment. Ashok mentioned the $200 million 3-year program, part of that is CapEx, part of that is OpEx so that will take a lot of our investment. And then we have to continue to make the go-to-market investments we talked about. When we think about the long-term margin profile of the company, if you look at the midpoint of our guidance for '18, we get to 12.6% margin roughly, from a 9.8% margin that we started with in 2016. So we're half-way towards our long-term model of 15%. We'll continue in the out years to get margin improvement by pulling back on some of the investments eventually, by revenue growth and by takeout. There will always be cost takeout even though the formal program will be over at the end of this year. We will always have cost takeout programs in place to drive margin expansion. I was just going to say, everything we see today, we are confident in our long-term model that we've been talking about.

**Puneet Jain**
*JP Morgan Chase & Co, Research Division*

And should we expect changing use of cash? Maybe capital returns could be on the table as you move past restructuring payments?

**Brian J. Webb-Walsh**
*Executive VP & CFO*

Yes. So right now, we're focused on acquisitions and paying down debt, restructuring the business, obviously, we're calling for $50 million to $75 million of restructuring in '18, which is down from $100 million in '17. So restructuring will be less of a cash use and it'll help us generate more free cash flow.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.