# EXHIBIT 12

**S&P Global**
Market Intelligence

# Conduent Incorporated NYSE:CNDT
# Analyst/Investor Day
## Friday, June 08, 2018 2:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants .................................................................................... 3

Presentation .................................................................................... 4

Question and Answer .................................................................................... 31

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

## EXECUTIVES

**Alan Katz**
*Vice President of Investor
Relations*

**Ashok Vemuri**
*CEO & Director*

**Brian J. Webb-Walsh**
*Executive VP & CFO*

**Christine Landry**
*Group Chief Executive of
Consumer & Industrial*

**David A. Amoriell**
*Former President*

**Pratap Sarker**
*Group Chief Executive of Financial
Services & Healthcare*

**Srikanth Iyengar**
*Group Chief Executive of Europ*

## ANALYSTS

**Brian Lee Essex**
*Morgan Stanley, Research Division*

**Bryan C. Bergin**
*Cowen and Company, LLC,
Research Division*

**Christopher Weldon**

**Eric Beyrich**

**James Eric Friedman**
*Susquehanna Financial Group,
LLLP, Research Division*

**Keith Frances Bachman**
*BMO Capital Markets Equity
Research*

**Mayank Tandon**
*Needham & Company, LLC,
Research Division*

**Michael Cadiz**

**Puneet Jain**
*JP Morgan Chase & Co, Research
Division*

**Shannon Siemsen Cross**
*Cross Research LLC*

**Unknown Analyst**

## ATTENDEES

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Alan Katz**
*Vice President of Investor Relations*

Good morning, everyone. I'm Alan Katz, Head of Investor Relations for Conduent. I'd like to welcome everyone here in the room today and those who are joining via the webcast to Conduent's 2018 Analyst Day. Throughout the day, our presenters will be referencing slides and materials, which are available on our IR website at www.conduent.com. A replay of the webcast as well as the transcript will be available on the website early next week.

This is our first Analyst Day as a public company, and we're excited to introduce you to additional members of our management team. You'll hear about the company, our offerings and how we go to market from the business segment leaders who are running our business every day.

Before we proceed, let me go over some information that I'm sure you're all familiar with. In this presentation, we'll be making statements that do not directly and exclusively relate to historical facts, and those constitute forward-looking statements. Management will also be referencing non-GAAP financial metrics during the presentation. We have our forward-looking statement language and our non-GAAP disclosure language on Slides 3 and 4 of the presentation, and we provide non-GAAP reconciliations to comparable GAAP results in the appendix. The disclosure relating to our signed divestitures is also included on Slide 4. I would encourage all of you to review these slides as you see fit.

With that out of the way, let me tell you what to expect from today's agenda. We have a great set of presentations today. Our CEO, Ashok Vemuri, will start the day off with an introduction to the business, an overview of our global markets and a strategic discussion on where we want to take the company from a technology and offering perspective. Christine Landry, the Group CEO of our Consumer and Industrials business within our Commercial sector, will follow with a discussion about her business, some general trends in the C&I market and examples of the work that we do in that space. Pratap Sarker, the Group CEO of our Financial Services & Healthcare business within our Commercial sector, will follow with a discussion on FS&H and a market overview as well as examples of offerings from his business. Following that, we'll take a short break. And for those of you here at the New York Stock Exchange, I would invite you to spend some time in our innovation gallery, which showcases some of the technology and services that we bring to our clients every day. After the break, Dave Amoriell, Conduent's President, will go through our public sector offerings. He'll discuss the government and transportation markets that we serve in the public sector and will highlight some of the specific work that we do for those clients. Following Dave, our CFO, Brian Walsh, will take us through Conduent's financials. He'll provide some puts and takes for you to think about from a modeling perspective and close out with some longer-term financial goals that we'd set for ourselves. And finally, we'll grab some lunch and wrap up with a Q&A session that will include all of our presenters as well as Srikanth Iyengar, the head of our European business; and Carol Kline, our Chief Information Officer.

We have a big day planned, and we're excited to get things going. I'd like to start off by introducing Ashok Vemuri, Conduent's CEO.

**Ashok Vemuri**
*CEO & Director*

Good morning. Thank you, Alan. Thank you all for joining us today and for your continued interest in our company. We believe we've accomplished a great deal in our first 18 months as an independent stand-alone firm and continue to stay extremely optimistic about our future.

During the course of our presentations today, we have 3 takeaways for you. Together with my leadership team, we will share examples that illustrate each one of them. First, that we have made impressive progress since our launch last year, as demonstrated by aggressive changes resulting in improved financials. Second, we are pivoting to become a technology-led services company. And third, we have a game plan to deliver profitable top line revenue growth.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

To get us started, I'd like to reintroduce Conduent to you. We will be describing it differently than a traditional business services company. We will be using different ideas and terminologies, like the ones you see in the word cloud. And not only has Conduent changed, our clients' needs are also changing as the industry itself is changing and changing very rapidly. Our responses, therefore, are tailored to meet these changing expectations and to position us for future growth.

Let's look at Conduent from 4 vantage points: our portfolio, our clients, our position in key industries and our recognition from industry analysts. We are the largest provider of business process service with a portfolio that spans over 20 industries in 24 different domains. One of the most important exercises following our spin-off was to thoroughly audit our assets and identify what would become our core business. Our core businesses have several common threads running through them. They can be delivered over a technology stack. They have relevancy both today as well as into the future. They also involve the delivery of essential services to a wide variety of end users with whom we interact on behalf of our clients, from employees, to patients, to citizens, to insurance companies. The work we perform on behalf of our clients is essential to their operations and stakeholder relationships. By virtue of the breadth and depth of our capabilities, we are the preeminent choice for any business service work supported by digital interactions.

Our expansive base of loyal clients is another advantage for us. We support 65 of the Fortune 100 companies. Every state in the U.S. is a client. Each of the top 20 health insurers rely on Conduent as a business service partner, as do the leaders in pharma, automotive, aerospace and banking. And while we are very well positioned with these clients, we have the opportunity for greater relationship development. As an example, our service line penetration currently stands at 2.4 per client. And while this has more than doubled from the time of our spin-off, our 9 service lines create significant room for service line expansion.

We are operating in an attractive, growing market with ample demand to support our business goals. With a 5% CAGR, our market is generating an average of $7 billion of annual incremental revenue for us to target and capture.

Finally, our new verticalized go-to-market model is gaining traction with both existing and prospective clients. We signed over $1.4 billion in new business during Q1, and renewals are very healthy at over 94%. And with a total pipeline of $12 billion, we have ample opportunities to win to support our revenue growth targets.

In addition to serving top companies and government agencies in the U.S. and Europe, we are an embedded participant across multiple value chains. We are facilitating interactions across major ecosystems in health care, transportation, payments and human resources. We touch 70% of all insured patients and manage almost half of all highway tolls. We process half of the U.S. government SNAP payments and perform more than 50% of the bill review on workers' compensation claims in this country. What is important about these statistics is that they indicate the volume and scale at which we operate across these industries. We play a consequential role in the lives of millions of people, ensuring that they receive the essential services, payments and information that they depend on each and every day. But more than that, the scale and magnitude of our participation here has opened our eyes to the permission we believe we have to deliver value in a much broader and greater way.

As the last part of our reintroduction is our recognition as an industry leader. Each of the leading analyst firms, including Everest, NelsonHall and IDC, consistently recognize Conduent both overall and in specific subsegments for our industry position and innovation. And just last week, we were listed as 1 of the top 5 business process providers globally by the Everest Group, coming in at #4 overall and #1 in a -- as a broad-based provider in North America.

With that as a brief overview of our company, I will now update you on our very strong progress to stand up our new company and improve its performance. I would argue that this organization saw more change, and much needed at that, during the last 18 months than during its entire operating history. There are 3 aspects here that I will share: First, our tremendous effort to reinvent and transform; secondly, our progress to reshape our portfolio through divestitures; and finally, our financial performance.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Transforming Conduent required a comprehensive approach. We began as a disaggregated conglomerate of entities, which were never fully integrated. We had competing structures, cultures, fragmented systems and standouts across the company and an extensive portfolio of one-off client situations. The business was complex and expensive. It restrained our competitiveness and hurt our performance. Today, we're on a path to build a single unified company that delivers market-leading performance, a company with a single, clear strategic thread that runs through all our operations, a one Conduent culture, a company that uses business intelligence to make data-driven decisions; a technology company where all our offerings are supported by scalable, proprietary, best-in-class platforms leveraging the latest innovations. And I'm proud to share that we have made significant progress in each of these dimensions in just our first year as Conduent.

Let me share some examples of that with you. At the time of our spin-off, we had more than 50 separate brands, each with their own name and logo, ways of working and approaches to the market. We are now unified behind a common master brand and operating model. We've made significant changes to our go-to-market strategy. We exited 1,400 accounts as part of our long-tail exercise. We successfully remediated a set of large troubled accounts that had been a sizable drag on our performance. At the same time, we strengthened our market coverage by increasing our go-to-market headcount by 17%.

A motto within Conduent is that we have only one of everything, including a single version of the truth. In our first year, we aggressively reduced redundant reporting systems, enabling more than -- more agile and data-driven decision-making. We eliminated over 3 million of real estate square footage last year, with more to go. We're also aggressively attacking our IT infrastructure with a goal of consolidating down to 2 primary data centers and a single network backbone by 2020. We've taken back our critical network infrastructure as well as our client-facing applications from service providers to whom we had outsourced for better control and performance by ourselves.

And the final major improvement that I will highlight is cash flow. We generated $200 million in free cash flow last year compared to our negative cash flow starting position. These improvements stem not only from our improved operating performance, but a renewed focus on cash management at all levels of the organization.

These are a few examples to highlight. There are dozens more. It has been a very productive start, and we are on sound footing as we approach the next phase of our journey to become a growing industry leader.

Another major accomplishment has been our progress to streamline our portfolio through divestitures. This has helped further define our core business while simultaneously creating improved liquidity for future investment. Year-to-date, we have announced 3 additional divestitures: off-street parking business, commercial vehicle operations and our HR consulting and actuarial business. Total signed divestiture year-to-date represent a combined $390 million in revenue and $65 million in adjusted EBITDA. Up until this point, we had not communicated the proceeds generated from these divestitures. I'm pleased to share that today with you, that we expect $600 million from these assets with the corresponding multiples that you can see on the screen. We are very pleased with these results so far. It is a major milestone in our effort to reposition and recapitalize Conduent.

We have 2 additional divestitures remaining this year: one in the public sector, and the other is select customer care contracts. Collectively, these divestitures will give us an expanded range of financial and strategic options in support of our game plan.

The last point I will make on our progress to date is our roll-up of our financial performance. As shown here, we achieved or exceeded our goals on all key financial metrics as committed prior to the spin-off. Revenue declined 6% year-over-year, in line with expectations. Approximately 50% of this decline was driven by strategic actions in our noncore portfolio. We grew adjusted EBITDA 6% as a result of the many streamlining activities I just described as well as strong execution within our strategic transformation program, which we overachieved by $45 million.

Our improved operating performance, strong focus on collections and more disciplined cash management resulted in moving free cash flow from negative to positive. And lastly, we generated over $1 billion in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

market cap growth. Brian will take us through more detail. But as shown on this high-level scorecard, we are off to a solid start as a new company.

Now let me shift to the next part of my presentation to describe our longer-term ambition to become an enduring company. I will also share our point of view on how technology and business are intersecting to reshape client needs and the basis of competition in our industry. Even though we are currently in the midst of a turnaround, we intend to build an enduring company with a long successful future. This requires a mission that can guide our strategy through a series of business, technology and social cycles. Conduent's mission is to transform the way our clients operate. We aspire to not simply manage operations on their behalf, but to create value in a way that helps them evolve, transform and become leaders in their own respective industries. Our role is to help them adopt new approaches, new technologies and identify new possibilities for their business models. Our mission, therefore, is anchored with a set of goals creating milestones along the way. In the near term, we define success as becoming the leading business service partner of companies and governments worldwide. This leadership is a byproduct of 4 underlying attributes that we have listed here.

Finally, enduring companies must not only have a constancy of vision, but be driven by enduring values. An important accomplishment for us during year 1 was determining Conduent's company values. This will guide our behavior and over time, help shape our unique Conduent culture.

As I meet my clients and discuss their challenges, I have recognized the opportunity we have to help them interpret change and make better decisions for their future strategies. Our clients need help moving to new contemporary ways of operating. And there is a fear among my fellow CEOs of being left behind or worse, being disintermediated by a new unforeseen competitor with a new -- entirely new concept of creating, delivering and monetizing value. And in most circumstances, this is driven by the increasing digitalization of the world we live in.

At Conduent, we are viewing the ever-changing digital landscape through these 3 eyes, creating a useful framework for understanding where the world is going. First, let me take individualized. Today, each of us expects our digital experience to be over the top and personalized regardless of the context. And with the advent of the social web, each end user has a personal megaphone to share feedback and directly influence a company's reputation. Our best digital experience in one situation always sets the standard for the next. The combination of mobile, cloud-based apps and contextual data are enabling this to happen.

Next, everything today is expected to be immediate. This comes to life at 2 levels: First, in our personal experience. Now is the new delivery standard. Everything should be accessible with the tap of a finger. But immediate has implications at the opposite end of the value spectrum as well, not just at the end user level but, more importantly, at the ecosystem level. The emergence of digital business platforms is driving an integration of value chains across industries. These platforms are combining microservices, integrating diverse data and connecting to a wider set of transaction engines. Our clients are expecting this kind of value chain integration today, not only as a cost savings measure but, more importantly, as a way to gain more control, speed and data visibility across their operations. And they are looking at Conduent to bring this kind of insight and value.

Finally, everything today continues to become more intelligent. Big data has become exploding data, creating new possibilities for process and experience improvement. In certain industries, we have an operational role in almost every aspect of the value chain. Few companies have the opportunity to connect and interpret the breadth of operational and consumption data like Conduent has. I'll elaborate on this a bit later in my presentation

This paradigm that I described is having a profound impact on the business services industry. Clients are expecting service partners to contribute in new ways. Let me describe where I think our industry is going. Historically, business service value was created when suppliers like Conduent, or more appropriately in its previous instance, managed an operation of function for less cost but more importantly, on the client's pre-existing operating model. The phrase "your mess for less" captures this. The focus was to drive this through labor and cost arbitrage, et cetera, and later through automation, but still to deliver very low-end back-office outcomes to the end consumer. Even as technologies evolved in recent decades, the targeted outcomes did not move away from cost and efficiency.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

While this remains an important value add today, we are at a point where we are seeing a major shift as a result of 2 emerging factors: One is the emergence of digital business platforms. Once a process is sitting on top of a platform, it has the ability to not only drive efficiency, but to deliver the service in real time tailored to the individual immediately and provide intelligent insights.

The other shift is that service delivery is now bidirectional. The end user is giving feedback in a very public way. This creates an opportunity to improve and further personalize the service experience based on this real-time feedback. This, in turn, is changing the outcomes our clients are expecting from us, and transaction-based service level agreements, therefore, are no longer sufficient. We therefore have to redesign our services with the end user in mind and govern our relationship with experience-level agreements as, again, service-level agreements that encompass more than cost and efficiency.

Given our position of delivering our client services directly to the end user, we find ourselves now in a unique position. We are at the forefront of gathering information from end users. We have the ability to play that back to help our clients better understand changing requirements and subsequently evolve their operating models in real time. We are not only operating an essential service for our client. We are helping them progress on their digital journey and change the way they operate, in line with our long-term vision as a company.

An important benefit of our spin-off and rebirth, if you will, is that it gave us the opportunity to design a company that is fit for purpose against this new landscape. We were given a chance to dramatically reshape our business in a way that our competitors, who are vetted to existing business models and risk cannibalizing their own operating model, could not. Our new business is built around the 4 facets that you see here, and I will explain and provide examples for each.

First, we are positioning and gaining acceptance on how we go to market. While our portfolio spans many segments, we are not simply in the HR or tolling business or the payments business. We're not simply a business services company. We are a digital interactions company, providing bundled services across our clients' operating model and value chain. We help our clients manage digital interactions with the people they serve seamlessly, securely, personally and at massive scale. These, in turn, are delivered through our broad range of industry-specific, technology-based workflow and business process solutions. In each case, we are managing large amounts of data and personal information. And in each case, those we serve expect our services to be personalized, intuitive and secure.

Up until this point, you have heard me use the term digital business platform as both a facet of our portfolio as well as a phenomena in our industry. Here, I'll spend a few minutes describing Conduent's digital business platform architecture and what its components are. A digital business platform is the stack of technology, software and associated services that operates, manages and measures the service delivery stream between our client and the person we are ultimately serving. This is organized into several layers, and I will briefly walk you through them.

Starting at the top. For every service that we operate, whether for business or government, there is an initial intake step, where we must qualify and register thousands and sometimes, millions of individuals. Each has a unique identifier, whether it's an employee number, a driver's license number or a Social Security Number.

Next is the delivery layer, representing the actual work performed: a payment, a collection, reviewing a bill or administering a program.

The third layer is the engagement layer. The engagement layer has already had a role in the past but has become more important with the advent of the social web and the more engaged end user. It is driving the bidirectionality of our industry. Communication is now two-way, and feedback is immediate. And what this has done is it has raised the bar for the service delivery experience while creating a window into emerging needs. The emergence of this new engagement layer is why we no longer consider the work that we do as back office. Given the transparency of today's world, everything we do, we believe, is front office.

The next layer is compliance and reporting. Regulatory complexity is accelerating, particularly in the new frontier of digital end user interactions and services. Our clients rely on our deep knowledge of this

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

environment, particularly with heightening focus on data privacy rules and standards. The recent transition to GDPR was a very good example, where our clients look to our expertise in data mining, warehousing and curating in order to tailor their services and processes to meet this major regulatory transition.

Expected client outcomes is the next layer, and they, too, are shifting. As I mentioned earlier, cost and efficiency are table stakes. Today, we must create individualized experiences that improve consumer loyalty and citizen satisfaction and help transition our clients to a leaner, more agile operating model.

So that was a very quick run-through of our digital platform architecture, but hopefully conveys the underlying technology and services stack. In many ways, it is not unlike the digital platforms we encounter in our consumer lives, whether it is to find a ride or plan a vacation. Essentially, technology helps combine or integrate multiple service layers across a value chain. In our case, we are doing the same thing but at quasi industrial level versus that in a consumer context.

As a company built from acquisitions over many years, we are proud to boast the most extensive portfolio of digital business platforms for business and government. This is an area of our offerings that span 20 industries and 2 dozen business areas. And unlike our competitors who are just moving into this arena, we are well ahead not only in terms of the breadth of our offerings but also our extensive use cases. We have an arsenal of assets to position ourselves as a strategic partner to our clients and over time, as a higher-value player across key industries. I'll talk more about this in upcoming slides.

Underlying our platform portfolio will be cutting-edge technology. We have made an order of magnitude shift in our focus here, both in terms of our investments and our ability to monetize. We have stood up development labs in 3 cities around the world and hired experts across the 5 practice areas that you see here. We are aggressively updating our offering road maps and bringing new innovations to our clients.

Of these 5 practice areas, I would like to spend a few minutes on blockchain. I'm not referring to Bitcoins here, but the underlying technology which has endless applications across business and government services. Blockchain technology can be applied to any multistep transaction where timeliness, traceability and transparency are required. It promises to drastically transform digitized business processes in several ways.

Multiple steps and relationships across an entire stream of interactions can be managed simultaneously while making them more efficient, agile, secure and transparent. We are convinced that distributed ledger and blockchain technologies can address a number of pain points for our clients. Smart contracts, a capability that blockchain enables, is an area that we are particularly excited about. There are almost infinite possible applications for smart contracts, from automating entire facets of the supply chain to introducing new levels of security and transparency to the procurement process. You'll be hearing more about our progress here and results with clients in the coming quarters.

We also aggressively redesigned our operations and global footprint in line with our new approach. We have rationalized our employee base, global footprint and operations to be in line with our new business model. We are concentrating our delivery from a handful of strategic locations. We are moving to a more contemporary work model, allowing the right work to occur in the right locations, a concept that we are calling accushoring. Our clients can therefore benefit from our capabilities globally 24 hours a day, creating both scale and economic advantages.

Up through this point, I have shared our work to date to improve our financial performance, our vision of the industry and our work to reposition the company as a digital interactions leader. Now I will share our plans to capture the market opportunity ahead of us in order to drive profitable top line revenue growth. My colleagues will expand on this when they present their specific business plans. We have organized our growth strategy around 5 specific plays you see here. They cover a set of organic as well as inorganic opportunities. Some will have benefit in the near term, others will take more time to pan out.

Let's dive into 3 of them: One, our platform organization efforts, which represent our single-largest investment to date; the second, building on my point earlier, illustrating the volume and scale at which we participate in certain industries. We are well positioned to move from an offering provider to a value chain

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

integrator in certain large profitable industries; and thirdly, I will share our approach to what's inorganic and partnership opportunities as elements of our key growth strategy.

The most significant achievement we have made since our spin-off has been the almost $200 million we have pledged for platform modernization over the next 3 years. The investment is relatively well balanced across our sectors, with transportation and HRS receiving particular emphasis. A major priority is migrating our platform offerings to the cloud. Today, we've already migrated around 40% of our platform services and expect this to be 70% by the end of the year.

Another focus is the rationalization and consolidation of multiple offerings into cohesive industry utility solutions, what I call bundled services, while infusing new innovation and tools, especially around analytics, mobility and machine learning.

And lastly, we will continue to focus on rebuilding the infrastructure on which we run our software and platforms, making them modern, flexible, seamless and intuitive.

Let me illustrate this with an example of the work we have done. This is a before-and-after picture of platform modernization underway in our tolling solutions area. We are a leader in the highway tolling business, with major installations in 7 states and a major ramp-up underway in Florida. A top priority was to modernize the underlying technology and end user experience.

Using the model of our 3 Is, I'll walk you through the changes we are making: First, individualized. We are upgrading our mobile experience with a modern interface with greater personalization, configurability and self-service. We have expanded end user support to include SMS, social media and chat bots powered by human and machine learning, creating a 24/7 self-service capability through a customer's channel of choice.

Next, we are migrating our platform from a heavy, rigid, on-prem-based single system to a cloud-based flexible and scalable solution. Interactions are therefore processed immediately, accelerating the entire process to just a few minutes from a few months a couple of years ago.

Finally, we are making our system more intelligent. We're applying data, analytics and machine learning to harness the knowledge and insights stemming from traffic and vehicle data running through our system. Opportunities include traffic patent prediction, fraud detection and hopefully, down the road, new approaches like congestion pricing.

This is just one example of how we are applying our investments in platform modernization to bring more contemporary solutions to our clients, help progress their operating model and provide a better experience to their end users.

The second growth opportunity I will illustrate is our plan to build on our embedded position in certain industry value chains. In this case, I will use health care. Conduent is one of the few players in the health care services industry with a capacity to connect the entire health care ecosystem around the health consumer. That translates into deep health care expertise and relationships in each major market segment, be it payer, provider, pharma or government. Our health care offerings include software platforms, analytics as well as a variety of clinical and nonclinical services. In addition, we provide recovery services and employee benefits management like advisory and fiscal agency. Today, these are embedded in all but one facet of the health care value chain.

Looking into the future, we're well positioned to pivot the way we play in health care. Our extensive participation allows us to identify new opportunities, develop new solutions and deploy them with speed and agility. Our clients benefit from our end-to-end view of their consumer, be it a member, employee or patient, resulting in more informed engagements and interactions.

As an example, our portfolio gives us access to clinical demographic, administrative and consumer-generated data. We can therefore construct a true 360-degree view of the health consumer, enhancing delivery of health care services, personalizing them and driving better health outcomes.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We also have the opportunity to reapply technologies from one facet of health care to another. For example, we are taking our Maven population health solution and combining it with other health care assets to develop a compelling solution to address the opioid crisis, something of great interest to our government health services business.

As health care transitions from a fee-for-service model to a value-based care model, those with the ability to connect the ecosystem and/or influence the entire health consumer's journey will be more successful. Our portfolio of software platforms, deep domain expertise and experience gives us the right to participate as a leader in this transition. Pratap Sarker, our Group Chief Executive for Financial Services and Health Care, will describe this in more detail during his presentation.

We will supplement our organic growth activity with a set of inorganic and partnering activities that further strengthen our competitive position. With our divestiture program nearly complete, we are very well positioned to evaluate possible target companies for new core business growth. Likewise, with our operations stabilizing, we are aggressively reaching out to establish strategic relationships that augment our capabilities. As we survey this landscape, we are evaluating choices through 4 lenses: capability enhancement; emerging technology areas; completing offering gaps or creating permission to play in adjacencies; and lastly, drive existing scale and market share. I expect to give frequent updates on our work in this particular space later this year.

In closing, I want to reiterate my optimism for the trajectory we are on. We are transforming Conduent to become a market-leading, growth-oriented business services company, delivering a differentiated value proposition for our clients, employees and investors. I'm confident this next chapter will be just as productive as the ones that we have just completed. I'm also extremely proud of the work -- hard work and dedication of our employees and fortunate to have their support as well as the support of my senior leadership team, some of whom you will hear from today. Thank you very much.

I'd like to now introduce Christine Landry, Group Chief Executive, who will introduce the Commercial business as well as talk about the consumer industrial sector.

**Christine Landry**
*Group Chief Executive of Consumer & Industrial*

Thank you, Ashok, and good morning, everybody. We greatly appreciate all of you taking the time to be here, and it's absolutely my pleasure to be here with you today. I'm going to spend the next 0.5 hour or so providing you with an overview of Conduent's Commercial business. I'm excited to provide some details around our market share and how we've structured our business -- let's go back. I'm so sorry. Let's get us caught up here, and then we will keep going. There we go. All right. So I'm going to spend the next 0.5 hour or so providing you with an overview of Conduent's Commercial business. I'm excited to provide you some details around our size, our market share and how we've structured our business to enable strong growth in the markets that we play in.

And to set the stage a little bit, our Commercial business is made of 2 sectors: consumer and industrials as well as the financial services and health care. And I'm going to provide you an overview of the Commercial business in total, and then I'm going to spend a little bit of time talking about the details and the makeup of both the consumer and industrial sector, which is the portion of the business that I run. And then I will ask Pratap Sarker to come up, and he will spend a little bit of time talking to you about financial services and health care.

So in our Commercial business as a whole, we serve a diverse group of clients across a number of vertical industries, as you see at the top of the slide. Ashok discussed in his remarks we don't just focus on delivering technology and services to our clients. And one of the most important facets of what we do and what significantly differentiates Conduent is we're keenly focused on the end user. Examples of these end users are on the right-hand side of the slide. They're consumers, employees, patients, members and commuters. And these are the people that we impact with our front-office platforms every single day.

Technology has changed how we interact with each other in the world around us, and it has shifted consumer expectations. Consumers expect seamless, real-time personalized experiences, where the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Our innovations have led to many awards, as you can see in the left-hand side, such as the 2018 International Parking Institute award for Merit for Park [ Indi ] and Park D.C. And in 2016, Best of Intelligent Transportation Society award for our Vehicle Passenger Detection System, which you can see in the innovation gallery in the back. In summary, our solutions make a difference in the world.

Let me now focus you on the growth approach. As discussed earlier, the public sector has made significant investments in the digital platform for many years. Investments in tolling, transit, payments, government health care and others has allowed Conduent to differentiate our offerings and provide value-add to our clients. This chart just gives you a summary of what we have already talked about in the previous charts. We will also continue to focus on the value chain and make critical decisions on make, develop our own solutions or buy, partner or car or we have gaps. In transportation, tuck-in acquisitions provide additional technology capability and allow access to adjacent spaces.

In government health care in state and local, the focus is on tuck-in acquisitions or partnerships that bring the technology platforms that broaden our offering and completes the value chain with a focus on health and human services.

In Federal, an acquisition will focus on gaining contract vehicles and capabilities that increases the addressable market in the largest overall market in the U.S.

And finally, the growth roadmap to summarize it all. As I mentioned, public sector has historically been a client-centric, technology-enabled business. We continue to invest in emerging technologies to meet market needs organically or inorganically, and we will let -- this will allow us, over time, to be positioned to shape deals and win new business.

Thank you for your time. And it's my honor to introduce Brian Walsh, our Chief Financial Officer. Brian?

### Brian J. Webb-Walsh
*Executive VP & CFO*

Thank you, Dave, and good morning, everyone. You've heard a lot about the future of our company and our progress to date, the markets that we operate in and how we engage with our clients. I want to get on the right slide. Okay. I'd like to spend the next 20 minutes tying all of this together from a financial perspective. Similar to the other presentations that you've heard, I'll focus on where we are today, what our core business looks like and how we're leveraging technology to pivot to revenue growth and drive continued margin improvement. I'll also discuss how this growth along with the divestiture actions that we've announced will lead to increased free cash flow, a stronger balance sheet, and I'll close with a discussion on our outlook for -- in our long-term model.

Before we look at the future, let's start with a look at the current business. On this slide, you can see our recent performance over the past 5 quarters. We are pleased with the progress that we've made in improving margins, moderating the revenue decline and improving our free cash flow conversion. I won't spend a lot of time on this slide as you've all likely seen this detail in our earnings deck. However, I'll note that excluding strategic actions, revenue would have been flat in Q1 2018. I'll also note that we have provided the detail of our revenue by segment with our noncore business now separated out. Once we close on the divestitures, we'll move these businesses to the other segment for historical reporting purposes.

In our most recent quarter, we grew both operating profit and adjusted EBITDA year-over-year, driven by our transformation savings program and the strategic actions that we've taken. As Ashok discussed, we are stabilizing the base and building from it. We're on the right track to show improvement in our core business on all fronts.

Now let's discuss our outlook for 2018. We have provided an update to our full year 2018 guidance to account for the most recently signed divestiture, the Commercial vehicle operations business. Similar to the guidance revision on our Q1 earnings call, the only change we are making to guidance are as a result of this divestiture. We now expect revenue to be between $5.4 billion and $5.6 billion in 2018. This assumes that we close all the signed deals on June 30. At the midpoint of our range, we'd still expect to grow organically in Q4 of this year.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Adjusted EBITDA is now expected to be between $662 million and $688 million. This implies an adjusted EBITDA margin of between 11.8% and 12.7% for 2018. That's up more than 100 basis points at the midpoint compared with 2017 despite the impact of divesting higher-margin businesses and continued investment in our people and core platforms.

Lastly, our free cash flow is still expected to be between 25% and 35% of adjusted EBITDA. We're $166 million to $241 million. Although this assumes a certain amount of interest savings from debt pay down, keep in mind that we'll have the impact of lost EBITDA for the signed divestitures in the back half of this year, it would not have yet the benefit of taking out the stranded corporate costs. Again, if not for the signed divestitures, all of our guidance metrics would be unchanged.

Let's move to an update on our divestiture initiative, including both the deals that we have signed and those that we're currently working on. First, we have provided more detail on the financials for both the signed and unsigned divestitures, including revenue and adjusted EBITDA. In 2017, the signed divestitures generated approximately $390 million in revenue, $95 million in adjusted EBITDA before addressing the stranded costs or $65 million after stranded costs are taken out. The unsigned divestitures as said of government businesses in the public sector and the stand-alone customer care contracts that we now see as noncore generated approximately $600 million in revenue and $50 million in adjusted EBITDA before stranded costs takeout and approximately $10 million after addressing these costs. All in, we expect to divest approximately $1 billion of revenue and $75 million of adjusted EBITDA after the cost takeout.

In terms of the timing for addressing these costs, on average, we would expect to support these businesses for approximately 6 months post close. Our current outlook would be that about $30 million of the stranded costs would be addressed by January 1, 2019, and the rest would be later in the first half of 2019. This assumes that we'll be able to close the remaining unsigned divestitures by year-end, and based on all of these assumptions, we'd expect to have a $20 million to $25 million impact from stranded costs in 2019.

We expect the signed divestitures will generate approximately $600 million in pretax proceeds and approximately $500 million after tax. This cash will be used to pay down debt. We are very pleased with the valuation of our signed divestitures, which we achieved through a competitive process. More importantly, these proceeds will allow us to pay down debt, improving our near-term free cash flow. We believe that this is the best use of this cash to create shareholder value. We will provide the details and the expected use of proceeds on the unsigned divestitures after we close those deals.

Let's move on to discuss what our core business would look like, excluding the $1 billion of revenue that we're planning to divest, removing the stranded costs and including the benefit of debt pay down. I'll refer to this as our full year 2018 core or just our core. It includes the assumptions that I just mentioned, which you can see on the right-hand side of this chart. Post all of these items, our financials would look as follows: revenue of our core would be between $4.6 billion and $4.8 billion; adjusted EBITDA would be between $632 million and $658 million, implying a 13.2% to 14.3% adjusted EBITDA margin, an improvement of over 100 basis points to our initial 2018 guidance. This is driven by the fact that the businesses that we expect to divest are at a 7.5% adjusted EBITDA margin on average. Our adjusted free cash flow conversion would improve to 30% of 40% of adjusted EBITDA, reflecting lower interest expense from debt pay down. We would expect our core net leverage to be approximately 2x after this debt pay down. Again, our goal here is to grow these numbers. So let's discuss how we get there on the next slide.

The starting point on this revenue waterfall is our initial 2018 guidance that we provided in February. As we discussed, the signed and to be signed divestitures represent approximately $400 million and $600 million of revenue, respectively. This brings us to our core full year 2018 revenue of between $4.6 billion and $4.8 billion. In 2019 and 2020, we would expect to achieve organic revenue growth from new business and we'll execute on acquisitions providing inorganic contribution. This should result in 2.5% to 4% of annual growth, with 2019 likely towards the lower end of that range and 2020 likely being at the higher end.

Now let's discuss the drivers that get us there. You've heard throughout the day today how we plan to grow revenue and capture market share. We're investing to do so across our business, and I'll spend a few minutes discussing how these investments will drive growth.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This is Chris from Stamina Capital. I just -- one quick question around, when you go to market and you don't win the business that you're seeking, what is the main reason for that? Is it price? Is it not having the right platform, service levels? What would you classify it as?

**Ashok Vemuri**
*CEO & Director*

So 2 aspects to that: One is, if it's a prospective new client that we don't have -- not done business, it could be reputation, it could be pricing, it could be we just didn't understand what the heck they're asking for. If it's an existing client, new business, or renewal, again, it could be performance, it could be pricing, it could be a whole host of things. And it could be a situation where we don't want that business. New business, we will only go after if we want that business, so those are clear. But on the renewal, it could be that, apart from the fact that we may have just done poor job, we don't understand the changing dynamics in that organization, or we just don't want that business, it could be a reason for that. I mean, specifically, pricing is sort of more or less steady. I mean, I'm not seeing any dramatic stuff happening. In terms of the kind of deal structuring, again, we're not seeing anything different. But we are now increasingly coming into the whole digital interactions platform space, where there's a difference competitors set, different outcome-based pricing as against a previous pricing. And therefore, the contractual terms and conditions are also a little different. So we've got to get -- so we have to sort manage the win rate. So we sort of have to address that win rate in light of the fact that we're still coming up to speed on some of these capabilities.

**Alan Katz**
*Vice President of Investor Relations*

All right. Well -- oh, I think we have one more. There you go.

**Unknown Attendee**

Can you discuss the optimal balance sheet for the company going forward in terms of debt equity and your potential for buybacks at any point?

**Brian J. Webb-Walsh**
*Executive VP & CFO*

Yes. So right now, our focus is on paying down debt from the proceeds. We want to keep our leverage in the near term around 2 turns, and so it would 2 turns or less. We will use free cash flow for M&A in addition to that. And right now, in the near term, we're not thinking about buyback or dividend.

**Alan Katz**
*Vice President of Investor Relations*

All right. Thank you, everyone, for joining us. We appreciate the time and the questions. Obviously, we have our Innovation Gallery there, so hopefully you have some time to spend and look at some of the offerings that we bring to the market everyday. And we know we put a lot of information out today, so feel free to stay in touch and let us know if you have questions or any follow-ups. And we look forward to continuing to update you on our progress as we move ahead. Again, thank you very much.

**Ashok Vemuri**
*CEO & Director*
Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.