**EXHIBIT 14**
**Forward-Looking Statements Challenged in the**
**Amended Class Action Complaint (Dkt. No. 18)**

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| 147 | February 21, 2018 Form 8-K at 6-7 (attached as Ex. 3). | On February 21, 2018, Conduent issued a press release providing a full-year outlook for FY2018. In the press release, Conduent stated FY2018 revenue would be in the range of $5.625 billion to $5.799 billion and adjusted EBITDA in the range of $707 million to $733 million. | **Forward Looking Statements**<br><br>This report and any exhibits to this Report may contain "forward-looking statements" as defined in the Private Securities Litigation Reform Act of 1995. The words "anticipate," "believe," "estimate," "expect," "intend," "will," "should," and similar expressions, as they relate to us, are intended to identify forward-looking statements. These statements reflect management's current beliefs, assumptions and expectations and are subject to a number of factors that may cause actual results to differ materially. Such factors include, but are not limited to: termination rights contained in our government contracts; our ability to renew commercial and government contracts awarded through competitive bidding processes; our ability to recover capital and other investments in connection with our contracts; our ability to attract and retain necessary technical personnel and qualified subcontractors; our ability to deliver on our contractual obligations properly and on time; competitive pressures; our |

---

[1] The challenged statements are reproduced here with the same emphasis given them in the Amended Class Action Complaint (Dkt. 18). Text in brackets is drawn from the source document containing the challenged statement or characterizes Plaintiff's allegations regarding the challenged statement, typically because Plaintiff omits part of the challenged statement.

[2] The identifying and cautionary language is reproduced in this column with the same emphasis given it by the Company in the source documents.

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | significant indebtedness; changes in interest in outsourced business process services; our ability to obtain adequate pricing for our services and to improve our cost structure; claims of infringement of third-party intellectual property rights; the failure to comply with laws relating to individually identifiable information, and personal health information and laws relating to processing certain financial transactions, including payment card transactions and debit or credit card transactions; breaches of our security systems and service interruptions; our ability to estimate the scope of work or the costs of performance in our contracts; our ability to collect our receivables for unbilled services; a decline in revenues from or a loss or failure of significant clients; fluctuations in our non-recurring revenue; our failure to maintain a satisfactory credit rating; our ability to attract and retain key employees; increases in the cost of telephone and data services or significant interruptions in such services; our failure to develop new service offerings; our ability to receive dividends or other payments from our subsidiaries; changes in tax and other laws and regulations; changes in government regulation and economic, strategic, political and social conditions; changes in U.S. GAAP or other applicable accounting policies; and other factors that are set forth in the "Risk Factors" section, the "Legal Proceedings" section, the "Management's Discussion and Analysis of Financial Condition and Results of Operations" section and other sections in our 2016 Annual Report on Form 10-K, as well as in our Quarterly Reports on Form 10-Q and Current Reports on Form 8-K filed with the Securities and Exchange Commission. Any forward-looking statements made by us in this report speak only as of the date on which they are made. We are under no obligation to, and expressly disclaim any obligation to, update or alter our |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | forward-looking statements, whether as a result of new information, subsequent events or otherwise.<br><br>Source: February 21, 2018 Form 8-K at 8-9 (attached as Ex. 3).<br><br>***<br><br>**FORWARD- LOOKING STATEMENTS**<br><br>From time to time, we and our representatives may provide information, whether orally or in writing, including certain statements in this Annual Report on Form 10- K, which are deemed to be "forward- looking" within the meaning of the Private Securities Litigation Reform Act of 1995 (the "Litigation Reform Act"). These forward-looking statements and other information are based on our beliefs as well as assumptions made by us using information currently available.<br><br>The words "anticipate," "believe," "estimate," "expect," "intend," "will," "should" and similar expressions, as they relate to us, are intended to identify forward- looking statements. These statements reflect our current views with respect to future events and are subject to certain risks, uncertainties and assumptions. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results may vary materially from those described herein as anticipated, believed, estimated, expected or intended or using other similar expressions. |

3

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | In accordance with the provisions of the Litigation Reform Act, we are making investors aware that such forward- looking statements, because they relate to future events, are by their very nature subject to many important factors that could cause actual results to differ materially from those contemplated by the forward- looking statements contained in this Annual Report on Form 10- K, any exhibits to this Form 10- K and other public statements we make. … Source: Conduent FY 2016 Form 10-K at 3 (attached as Ex. 21) (incorporated by reference in February 21, 2018 Form 8-K) *** **ITEM 1A. RISK FACTORS** **Our government contracts are subject to termination rights, audits and investigations, which, if exercised, could negatively impact our reputation and reduce our ability to compete for new contracts.** A significant portion of our revenues is derived from contracts with U.S. federal, state and local governments and their agencies, and some of our revenues are derived from contracts with foreign governments and their agencies. . . . Additionally, if the government discovers improper or illegal activities or contractual noncompliance (including improper billing), we may be subject to various civil and criminal penalties and administrative |

4

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | sanctions, which may include termination of contracts, forfeiture of profits, suspension of payments, fines and suspensions or debarment from doing business with the government. Any resulting penalties or sanctions could materially adversely affect our results of operations and financial condition. . . . Further, the negative publicity that could arise from any such penalties, sanctions or findings in such audits or investigations could have an adverse effect on our reputation in the industry and reduce our ability to compete for new contracts and could materially adversely affect our results of operations and financial condition. **We derive significant revenue and profit from commercial and government contracts awarded through competitive bidding processes, including renewals, which can impose substantial costs on us, and we will not achieve revenue and profit objectives if we fail to accurately and effectively bid on such projects.** Many of these contracts are extremely complex and require the investment of significant resources in order to prepare accurate bids and proposals. Competitive bidding imposes substantial costs and presents a number of risks. . . . If our competitors protest or challenge an award made to us on a government contract, the costs to defend such an award may be significant and could involve subsequent litigation that could take years to resolve. … **Our ability to recover capital and other investments in connection with our contracts is subject to risk.** |

5

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | In order to attract and retain large outsourcing contracts, we sometimes make significant capital and other investments to enable us to perform our services under those contracts, such as purchases of information technology equipment, facility costs, labor resources and costs incurred to develop and implement software. The net book value of certain assets recorded, including a portion of our intangible assets, could be impaired, and our results of operations and financial condition could be materially adversely affected in the event of the early termination of all or a part of such a contract or a reduction in volumes and services thereunder for reasons such as a customer's or client's merger or acquisition, divestiture of assets or businesses, business failure or deterioration or a customer's or client's exercise of contract termination rights. **We rely to a significant extent on third- party providers, such as subcontractors, a relatively small number of primary software vendors, utility providers and network providers; if they cannot deliver or perform as expected or if our relationships with them are terminated or otherwise change, our results of operations and financial condition could be materially adversely affected.** Our ability to service our customers and clients and deliver and implement solutions depends to a large extent on third- party providers such as subcontractors, a relatively small number of primary software vendors, software application developers, utility providers and network providers meeting their obligations to us and our expectations in a timely, quality manner. Our results of |

6

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | operations and financial condition could be materially adversely affected and we might incur significant additional liabilities if any of our third- party providers do not meet these obligations or our or our clients' expectations or if they terminate or refuse to renew their relationships with us or were to offer their products to us with less advantageous prices and other terms than we previously had.<br><br>**Failure to deliver on our contractual obligations properly and on time could materially adversely affect our results of operations and financial condition.**<br><br>Our business model depends in large part on our ability to retain existing and attract new work from our base of existing clients, as well as on relationships we develop with our clients so that we can understand our clients' needs and deliver solutions and services that are tailored to meet those needs. In order for our business to grow, we must successfully manage the provision of services under our contracts. If a client is not satisfied with the quality of work performed by us or a subcontractor, or with the type of services or solutions delivered, then we could incur additional costs to address the situation, the profitability of that work might be impaired and the client's dissatisfaction with our services could damage our ability to obtain additional work from that client or obtain new work from other potential clients.  In particular, many of our contracts with non- government clients may be terminated by the client, without cause, upon specified advance notice, so clients who are not satisfied might seek to terminate existing contracts prior to their scheduled expiration date, which may result in our inability to fully recover our up- |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | front investments. In addition, clients could direct future business to our competitors. We could also trigger contractual credits to clients or a contractual default. Failure to properly transition new clients to our systems, properly budget transition costs or accurately estimate contract operational costs could result in delays in our contract performance, trigger service level penalties, impair fixed or intangible assets or result in contract profit margins that do not meet our expectations or our historical profit margins.<br><br>In addition, we incur significant expenditures for the development and construction of system software platforms needed to support our clients' needs. Our failure to fully understand client requirements or implement the appropriate operating systems or databases or solutions which enable the use of other supporting software may delay the project and result in cost overruns or potential impairment of the related software platforms, which could materially adversely affect our results of operations and financial condition.<br><br>**We face significant competition and our failure to compete successfully could materially adversely affect our results of operations and financial condition.**<br><br>To remain competitive, we must develop services and applications; periodically enhance our existing offerings; remain cost efficient; and attract and retain key personnel and management. If we are unable to compete successfully, we could lose market share and important customers to our competitors and |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | that could materially adversely affect our results of operations and financial condition.<br><br>…<br><br>**Our profitability is dependent upon our ability to obtain adequate pricing for our services and to improve our cost structure.**<br><br>Our success depends on our ability to obtain adequate pricing for our services that will provide a reasonable return to our shareholders. Depending on competitive market factors, future prices we obtain for our services may decline from previous levels. If we are unable to obtain adequate pricing for our services, it could materially adversely affect our results of operations and financial condition. In addition, our contracts are increasingly requiring tighter timelines for implementation as well as more stringent service level metrics. This makes the bidding process for new contracts much more difficult and requires us to adequately consider these requirements in the pricing of our services.<br><br>…<br><br>Our ability to sustain and improve profit margins is dependent on a number of factors, including our ability to continue to improve the cost efficiency of our operations through such programs as robotic process automation, to absorb the level of pricing pressures on our services through cost improvements and to successfully complete information technology initiatives. If any of these factors adversely materialize or if we are unable to |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | achieve and maintain productivity improvements through restructuring actions or information technology initiatives, our ability to offset labor cost inflation and competitive price pressures would be impaired, each of which could materially adversely affect our results of operations and financial condition. <br><br> … <br><br> **If we underestimate the scope of work or the costs of performance in our contracts, or we mis-perform our contracts, our results of operations and financial condition could be materially adversely affected.** <br><br> In order to stay competitive in our industry, we must also keep pace with changing technologies and customer preferences. Many of our contracts require us to design, develop and implement new technological and operating systems for our customers. Many of these systems involve detailed and complex computer source code which must be created and integrated into a working system that meets contract specifications. The accounting for these contracts requires judgment relative to assessing risks, estimating contract revenues and costs and making assumptions for schedule and technical issues. To varying degrees, each contract type involves some risk that we could underestimate the costs and resources necessary to fulfill the contract. In each case, our failure to accurately estimate costs or the resources and technology needed to perform our contracts or to effectively manage and control our costs during the performance of our work could result, and in some instances has resulted, in reduced profits or in losses. In addition, in many of our contracts, we have complicated |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | performance obligations, including, without limitation, designing and building new integrated computer systems or doing actuarial work for pension, medical and other plans with beneficiaries that can rely on future projection of obligations to determine appropriate levels of funding. These contracts carry potential financial penalties or could result in financial damages or exposures if we fail to properly perform those obligations and could result in our results of operations and financial condition being materially adversely affected.<br><br>**If we are unable to collect our receivables for unbilled services, our results of operations and financial condition could be materially adversely affected.**<br><br>The profitability of certain of our large contracts depends on our ability to successfully obtain payment from our clients of the amounts they owe us for work performed. . . . Additionally, we may perform work for the federal, state and local governments, with respect to which we must file requests for equitable adjustment or claims with the proper agency to seek recovery in whole or in part, for out of scope work directed or caused by the government customer in support of its project, and the amounts of such recoveries may not meet our expectations or cover our costs. Timely collection of client balances also depends on our ability to complete our contractual commitments (for example, achieve specified milestones in percentage of completion contracts) and bill and collect our contracted revenues. If we are unable to meet our contractual requirements, we might experience delays in collection of and/or be unable to collect our client balances, and if this occurs, our results of operations and cash flows could be |

11

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | adversely affected. In addition, if we experience an increase in the time to bill and collect for our services, our results of operations and financial condition could be materially adversely affected. |
| | | | **A decline in revenues from or a loss or failure of significant clients could materially adversely affect our results of operations and financial condition.** |
| | | | Our results of operations and financial condition could be materially adversely affected by the loss or failure of significant clients. . . . |
| | | | **We have non-recurring revenue, which subjects us to a risk that our revenues and cash flows from operations may fluctuate from period to period.** |
| | | | Revenue generated from our non recurring services may fluctuate due to factors both within and outside of our control. Our mix of non recurring and recurring revenues is impacted by acquisitions as well as growth in our non recurring lines of business. There is less predictability and certainty in the timing and amount of revenues generated by our non recurring services and, accordingly, our results of operations and financial condition could be materially adversely affected by the timing and amount of revenues generated from our non recurring services. |
| | | | … |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | **A failure to attract and retain necessary technical personnel and qualified subcontractors could materially adversely affect our results of operations and financial condition.** Because we operate in intensely competitive markets, our success depends to a significant extent upon our ability to attract, retain and motivate highly skilled and qualified technical personnel and to subcontract with qualified, competent subcontractors. If we fail to attract, train and retain sufficient numbers of qualified engineers, technical staff and sales and marketing representatives or are unable to contract with qualified, competent subcontractors, our results of operations and financial condition could be materially adversely affected. Experienced and capable personnel in the services industry remain in high demand, and there is continual competition for their talents. Additionally, we may be required to increase our hiring in geographic areas outside of the United States, which could subject us to increased geopolitical and exchange rate risk. The loss of any key technical employee or the loss of a key subcontractor relationship could materially adversely affect our results of operations and financial condition. … **Our results of operations and financial condition could be materially adversely affected by legal and regulatory matters.** We are potentially subject to various contingent liabilities that are not reflected on our balance sheet, including those arising as a result of being involved in a variety of claims, lawsuits, investigations and proceedings . . . . Should developments in any |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | of these matters cause a change in our determination as to an unfavorable outcome and result in the need to recognize a material accrual or materially increase an existing accrual, or should any of these matters result in a final adverse judgment or be settled for significant amounts above any existing accruals, it could materially adversely affect our results of operations and financial condition in the period or periods in which such change in determination, judgment or settlement occurs. . . . <br><br> … <br><br> **If we fail to successfully develop new service offerings, including new technology components, and protect our intellectual property rights, we may be unable to retain current customers and gain new customers and our revenues would decline.** <br><br> The process of developing new service offerings, including new technology components, is inherently complex and uncertain. It requires accurate anticipation of customers' changing needs and emerging technological trends. We must make long- term investments and commit significant resources before knowing whether these investments will eventually result in service offerings that achieve customer acceptance and generate the revenues required to provide desired returns. . . . <br><br> … |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | **Risks related to the spin- off:** |
| | | | **We may be unable to achieve some or all of the benefits that we expect to achieve from the Spin- Off.** |
| | | | … |
| | | | However, as a result of separating from Xerox, we may be more susceptible to market fluctuations and other adverse events. As an independent entity, we have an arm's- length relationship with Xerox and we may not be able to obtain supplies from Xerox on terms as favorable to us as those we had as a wholly owned subsidiary of Xerox prior to the Spin- Off. As a smaller, independent company, Conduent will have a narrower business focus and may be more vulnerable to changing market conditions as well as the risk of takeover by third parties. In addition, we may be unable to achieve some or all of the benefits that we expected to achieve as an independent company in the time we expect, if at all. Furthermore, Xerox used to guarantee our and our subsidiaries' performance under certain services contracts and real estate leases. Following the Spin- Off, we expect that Conduent will provide such performance guarantees, and we may be unable to retain or renew contracts or real estate leases or a failure to renew such contracts or leases on favorable terms and conditions could materially adversely affect our results of operations and financial condition. If we fail to achieve some or all of the benefits that we expected to achieve as an independent company, or do not achieve them in the time we expect, our results of operations and financial condition could be materially adversely affected. |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | **We may be unable to make, on a timely or cost- effective basis, the changes necessary to operate as an independent, publicly traded company, and we may experience increased costs after the Spin- Off.**<br><br>We had historically operated as part of Xerox's corporate organization, and Xerox had provided us with various corporate functions. . . . Accordingly, following the Spin- Off, we will need to provide internally or obtain from unaffiliated third parties the services we had received from Xerox. These services include senior management, legal, human resources, finance and accounting, treasury, information technology, marketing and communications, internal audit and other shared services, the effective and appropriate performance of which are critical to our operations. . . .<br><br>**We have no recent operating history as an independent, publicly traded company, and our historical and pro forma financial data are not necessarily representative of the results we would have achieved as an independent, publicly traded company and may not be a reliable indicator of our future results.**<br><br>We derived the historical financial data included in this Annual Report from Xerox's consolidated financial statements, and this data does not necessarily reflect the results of operations and financial condition we would have achieved as an independent, publicly traded company during the periods presented, or those |

16

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | that we will achieve in the future. This is primarily because of the following factors:<br><br>• Prior to the Spin- Off, we operated as part of Xerox's broader corporate organization and Xerox performed various corporate functions for us, including, but not limited to, senior management, legal, human resources, finance and accounting, treasury, information technology, marketing and communications, internal audit and other shared services. Our historical financial data reflect allocations of corporate expenses from Xerox for these and similar functions. These allocations may not reflect the costs we will incur for similar services in the future as an independent, publicly traded company.<br>• We entered into transactions with Xerox that did not exist prior to the Spin- Off, such as Xerox's provision of transition services, which will cause us to incur new costs.<br>• Our historical financial data does not reflect changes that we expect to experience in the future as a result of our separation from Xerox. As part of Xerox, we enjoyed certain benefits from Xerox's operating diversity, size, purchasing power, credit rating, borrowing leverage and available capital for investments. Many of our services contracts, particularly those for our transportation service offerings in our Public Sector business, require significant capital investments, and after the Spin- Off, we may not have access to the capital (from both internal and external sources) necessary to fund these services contracts. As an independent entity, we may be unable to purchase goods, services and technologies, such as insurance and health care benefits and computer software licenses, or |

17

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | access capital markets on terms as favorable to us as those we obtained as part of Xerox prior to the Spin- Off. |
| | | | Following the Spin- Off, we are now responsible for the additional costs associated with being an independent, publicly traded company, including costs related to corporate governance, investor and public relations and public reporting. For additional information about our past financial performance and the basis of presentation of our financial statements, see "Selected Historical Financial Data," "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our historical financial statements and the notes thereto included in this annual report on Form 10- K. |
| | | | … |
| | | | **We may have been able to receive better terms from unaffiliated third parties than the terms we receive in our agreements with Xerox.** |
| | | | We entered into agreements with Xerox related to our separation from Xerox, including the Separation and Distribution Agreement, Transition Services Agreement, Tax Matters Agreement, Employee Matters Agreement and any other agreements, while we were still part of Xerox. Accordingly, these agreements may not reflect terms that would have resulted from arm's- length negotiations among unaffiliated third parties. The terms of these agreements relate to, among other things, allocations of assets, liabilities, rights, indemnifications and other |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | obligations between Xerox and us. We may have received better terms from third parties.<br><br>…<br><br><u>Source</u>: Conduent FY 2016 Form 10-K at 11–20 (attached as Ex. 21) (incorporated by reference in February 21, 2018 Form 8-K)<br><br>***<br><br>**Loss Contingencies**<br><br>We are currently involved in various claims and legal proceedings. . . . If the potential loss from any claim or legal proceeding is considered probable and the amount can be reasonably estimated, we accrue a liability for the estimated loss. Significant judgment is required in both the determination of probability and the determination as to whether an exposure is reasonably estimable. Because of uncertainties related to these matters, accruals are based only on the best information available at the time. . . . These revisions in the estimates of the potential liabilities could have a material impact on the results of operations and financial position.<br><br><u>Source</u>: Conduent FY 2016 Form 10-K at 31 (attached as Ex. 21) (incorporated by reference in February 21, 2018 Form 8-K)<br><br>*** |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | **Note 15 – Contingencies and Litigation**<br><br>As more fully discussed below, we are involved in a variety of claims, lawsuits, investigations and proceedings concerning: securities law; governmental entity contracting, servicing and procurement law; intellectual property law; environmental law; employment law; the Employee Retirement Income Security Act (ERISA); and other laws and regulations. . . .<br><br>Additionally, guarantees, indemnifications and claims arise during the ordinary course of business from relationships with suppliers, customers and nonconsolidated affiliates when we undertake an obligation to guarantee the performance of others if specified triggering events occur. Nonperformance under a contract could trigger an obligation of the Company. . . .<br><br>Source: Conduent FY 2016 Form 10-K at 90 (attached as Ex. 21) (incorporated by reference in February 21, 2018 Form 8-K) |
| 148 | February 21, 2018 Earnings Call, at 5 (Ex. 11) | [In addition to real estate, we are driving a comprehensive initiative to consolidate our IT and network infrastructure.] In 2017, we addressed our sub-optimized IT-related workforce and vendor relationships. Next, we expect to see benefits from the platform rationalization work completed last year. | "This call is also being webcast. A copy of the slides used during this call was filed with the SEC this morning and is available for download on the Investor Relations section of the Conduent website. We will also post a transcript later this week.<br><br>During this call, Conduent executives may make comments that contain certain forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995 that by their nature address matters that are in the future and are uncertain. These statements reflect management's current beliefs, assumptions and expectations as of today, February 21, 2018, and |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | are subject to a number of factors that may cause actual results to differ materially from those statements. Information concerning these factors is included in Conduent's Annual Report on Form 10-K filed with the SEC. We do not intend to update these forward-looking statements as a result of new information or future events or developments, except as required by law.<br><br>The information presented today includes non-GAAP financial measures. Because these measures are not calculated in accordance with U.S. GAAP, they should be viewed in addition to and not as a substitute for the company's reported results prepared in accordance with U.S. GAAP. For more information regarding the definitions of our non-GAAP measures and how we use them as well as limitations as to their usefulness for comparative purposes, please see our press release, which was issued this morning and was furnished to the SEC on Form 8-K."<br><br>Source: February 21, 2018 Earnings Call at 4 (attached as Ex. 11)<br><br>***<br><br>*Cautionary language identified above from February 21, 2018 Form 8-K incorporated here by reference.*<br><br>Source: February 21, 2018 Form 8-K at 2–3, 9–10 (attached as Ex. 3) (incorporated by reference in February 21, 2018 Earnings Call)<br><br>*** |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | *Cautionary language identified above from Conduent FY 2016 Form 10-K incorporated here by reference.*<br><br>Source: Conduent FY 2016 Form 10-K at 11–20, 31, 90 (attached as Ex. 21) (incorporated by reference in February 21, 2018 Earnings Call) |
| 149 | February 21, 2018 Earnings Call, at 6 (Ex. 11) | [We continue to build our capabilities as a technology company.] During our first year, we needed to inventory and rationalize our technology portfolio. Starting 2018, we've begun our work to modernize our offerings with cutting-edge technology, [supported with an almost $200 million multiyear investment program.] | *Cautionary language identified above from February 21, 2018 Earnings Call incorporated here by reference.*<br><br>Source: February 21, 2018 Earnings Call at 4 (attached as Ex. 11)<br><br>***<br><br>*Cautionary language identified above from February 21, 2018 Form 8-K incorporated here by reference.*<br><br>Source: February 21, 2018 Form 8-K at 2–3, 9–10 (attached as Ex. 3) (incorporated by reference in February 21, 2018 Earnings Call)<br><br>***<br><br>*Cautionary language identified above from Conduent FY 2016 Form 10-K incorporated here by reference.*<br><br>Source: Conduent FY 2016 Form 10-K at 11–20, 31, 90 (attached as Ex. 21) (incorporated by reference in February 21, 2018 Earnings Call) |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| 150 | February 21, 2018 Earnings Call, at 14 (Ex. 11) | [So a lot of what we're ramping and talking about is already signed, and there's a transportation deal for example in Public Sector that's going to go live in Q2.] We expect transportation inside of Public Sector to grow in 2018. | *Cautionary language identified above from February 21, 2018 Earnings Call incorporated here by reference.*<br><br>Source: February 21, 2018 Earnings Call at 4 (attached as Ex. 11)<br><br>***<br><br>*Cautionary language identified above from February 21, 2018 Form 8-K incorporated here by reference.*<br><br>Source: February 21, 2018 Form 8-K at 2–3, 9–10 (attached as Ex. 3) (incorporated by reference in February 21, 2018 Earnings Call)<br><br>***<br><br>*Cautionary language identified above from Conduent FY 2016 Form 10-K incorporated here by reference.*<br><br>Source: Conduent FY 2016 Form 10-K at 11–20, 31, 90 (attached as Ex. 21) (incorporated by reference in February 21, 2018 Earnings Call) |
| 152 | May 9, 2018 Form 8-K, at 7 (Ex. 6) | On May 9, 2018, the Company announced its financial results for the first quarter. In the Company's first quarter earnings announcement Conduent updated its guidance ranges for FY2018. Conduent reduced its | **Forward-Looking Statements**<br><br>This Report and any exhibits to this Report may contain "forward-looking statements" as defined in the Private Securities Litigation Reform Act of 1995. The words "anticipate," "believe," "estimate," "expect," "intend," "will," "should," and similar |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | FY2018 revenue guidance to between $5.44 billion and $5.64 billion and its adjusted EBITDA guidance to between $672 million and $698 million. | expressions, as they relate to us, are intended to identify forward-looking statements. These statements reflect management's current beliefs, assumptions and expectations and are subject to a number of factors that may cause actual results to differ materially. . . . <br><br> Source: May 9, 2018 Form 8-K at 3 (attached as Ex. 6). <br><br> *** <br><br> **FORWARD- LOOKING STATEMENTS** <br><br> From time to time, we and our representatives may provide information, whether orally or in writing, including certain statements in this Annual Report on Form 10- K, which are deemed to be "forward- looking" within the meaning of the Private Securities Litigation Reform Act of 1995 (the "Litigation Reform Act"). These forward-looking statements and other information are based on our beliefs as well as assumptions made by us using information currently available. <br><br> The words "anticipate," "believe," "estimate," "expect," "intend," "will," "should" and similar expressions, as they relate to us, are intended to identify forward- looking statements. These statements reflect our current views with respect to future events and are subject to certain risks, uncertainties and assumptions. Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results may vary materially from those expressed or implied herein as |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | anticipated, believed, estimated, expected or intended or using other similar expressions.<br><br>In accordance with the provisions of the Litigation Reform Act, we are making investors aware that such forward- looking statements, because they relate to future events, are by their very nature subject to many important factors and uncertainties that could cause actual results to differ materially from those contemplated by the forward- looking statements contained in this Annual Report on Form 10- K, any exhibits to this Form 10- K and other public statements we make.<br><br>. . .<br><br>Source: Conduent FY 2017 Form 10-K at 3 (attached as Ex. 1) (incorporated by reference in May 9, 2018 Form 8-K)<br><br>***<br><br>*The pertinent Risk Factors in Conduent's 2016 Form 10-K are substantially similar to the pertinent Risk Factors in Conduent's 2017 Form 10-K, which are incorporated here by reference.*<br><br>Source: Conduent FY 2017 Form 10-K at 11–23 (attached as Ex. 1) (incorporated by reference in May 9, 2018 Form 8-K)<br><br>*** |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | **Loss Contingencies**<br><br>We are currently involved in various claims and legal proceedings. . . . If the potential loss from any claim or legal proceeding is considered probable and the amount can be reasonably estimated, we accrue a liability for the estimated loss. Significant judgment is required in both the determination of probability and the determination as to whether an exposure is reasonably estimable. Because of uncertainties related to these matters, accruals are based only on the best information available at the time. . . . These revisions in the estimates of the potential liabilities could have a material impact on the results of operations and financial position.<br><br>Source: Conduent FY 2017 Form 10-K at 33 (attached as Ex. 1) (incorporated by reference in May 9, 2018 Form 8-K)<br><br>***<br><br>**Note 13 – Contingencies and Litigation**<br><br>As more fully discussed below, we are involved in a variety of claims, lawsuits, investigations and proceedings concerning: securities law; governmental entity contracting, servicing and procurement law; intellectual property law; environmental law; employment law; the Employee Retirement Income Security Act (ERISA); and other laws and regulations. . . .<br><br>Additionally, guarantees, indemnifications and claims arise during the ordinary course of business from relationships with |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | suppliers, customers and nonconsolidated affiliates when we undertake an obligation to guarantee the performance of others if specified triggering events occur. Nonperformance under a contract could trigger an obligation of the Company. . . . <br><br> Source: Conduent FY 2017 Form 10-K at 82 (attached as Ex. 1) (incorporated by reference in May 9, 2018 Form 8-K) |
| 153 | May 9, 2018 Earnings Call, at 9 (Ex. 5) | [I want to note that in the press release issued this morning we updated our 2018 guidance based on the signed divestitures that we announced over the past several weeks. The table on Slide 15 details the expected impact from the signed Q2 2018 divestitures using an anticipated close date of June 30. If the close date changes, that would impact these amounts. It is important to note that, excluding the impact from these divestitures,] the guidance ranges that we provided during the last earnings call would not have changed. | "This call is also being webcast. A copy of the slides used during this call was filed with the SEC this morning and is available for download on the Investor Relations section of the Conduent website. We will also post the transcript later this week. <br><br> During this call, Conduent executives may make comments that contain certain forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995 that by their nature address matters that are in the future and are uncertain. These statements reflect management's current beliefs, assumptions and expectations as of today, May 9, 2018, and are subject to a number of factors that may cause actual results to differ materially from those statements. <br><br> Information concerning these factors is included in Conduent's annual report on Form 10-K filed with the SEC. We do not intend to update these forward-looking statements as a result of new information or future events or developments, except as required by law. <br><br> The information presented today includes non-GAAP financial measures. Because these measures are not calculated in |

27

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | accordance with U.S. GAAP, they should be viewed in addition to and not as a substitute for the company's reported results prepared in accordance with U.S. GAAP. For more information regarding definitions of our non-GAAP measures and how we use them as well as limitations as to their usefulness for comparative purposes, please see our press release, which was issued this morning and was furnished to the SEC on Form 8-K."<br><br>Source: May 9, 2018 Earnings Call at 4 (attached as Ex. 5).<br><br><br>***<br><br><br>*Cautionary language identified above from Conduent, Inc. May 9, 2018 Form 8-K incorporated here by reference*<br><br>Source: May 9, 2018 Form 8-K, at 3 (attached as Ex. 6) (incorporated by reference in May 9, 2018 Earnings Call)<br><br><br>***<br><br><br>*Cautionary language identified above from Conduent FY 2017 Form 10-K incorporated here by reference.*<br><br>Source: Conduent FY 2017 Form 10-K at 11–23, 33, 82 (attached as Ex. 1) (incorporated by reference in May 9, 2018 Earnings Call) |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| 154 | May 9, 2018 Earnings Call, at 8 (Ex. 5) | [Now onto the public sector segment result on Slide 10. . . . Revenue] was down 5% sequentially as a result of lower volumes from some transportation clients [and some . . . state and local business.]  ***  [Our transportation business was down year-over-year and sequentially, however, we] still expect to show growth in this area of the business in 2018 as a large tolling contract is expected to ramp by the end of Q2. | *Cautionary language identified above from May 9, 2018 Earnings Call incorporated here by reference.*  Source: May 9, 2018 Earnings Call at 4 (attached as Ex.5).  ***  *Cautionary language identified above from Conduent, Inc. May 9, 2018 Form 8-K incorporated here by reference.*  Source: May 9, 2018 Form 8-K, at 3 (attached as Ex. 6) (incorporated by reference in May 9, 2018 Earnings Call)  ***  *Cautionary language identified above from Conduent, Inc. FY 2017 Form 10-K incorporated here by reference.*  Source: Conduent FY 2017 Form 10-K at 11–23, 33, 82 (attached as Ex. 1) (incorporated by reference in May 9, 2018 Earnings Call) |
| 155 | May 9, 2018 Earnings Call, at 5 (Ex. 5) | Real estate and IT consolidation remain large contributors to our transformation work and are progressing well. | *Cautionary language identified above from May 9, 2018 Earnings Call incorporated here by reference.*  Source: May 9, 2018 Earnings Call at 4 (attached as Ex. 5).  *** |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | *Cautionary language identified above from Conduent, Inc. May 9, 2018 Form 8-K incorporated here by reference.*<br><br>Source: May 9, 2018 Form 8-K, at 3 (attached as Ex. 6) (incorporated by reference in May 9, 2018 Earnings Call)<br><br>***<br><br>*Cautionary language identified above from Conduent, Inc. FY 2017 Form 10-K incorporated here by reference.*<br><br>Source: Conduent FY 2017 Form 10-K at 11–23, 33, 82 (attached as Ex. 1) (incorporated by reference in May 9, 2018 Earnings Call) |
| 157 | June 8, 2018 Conduent's Analyst Day Conference Call, at 26-27 (Ex. 12) | On June 8, 2018, at Conduent's Analyst Day conference call with investors, the Company updated its guidance ranges for FY2018. Conduent reduced its FY2018 revenue guidance to between $5.41 billion and $5.61 billion and its adjusted EBITDA guidance to between $662 million and $688 million. | "Before we proceed, let me go over some information that I'm sure you're all familiar with. In this presentation, we'll be making statements that do not directly and exclusively relate to historical facts, and those constitute forward-looking statements. Management will also be referencing non-GAAP financial metrics during the presentation. We have our forward-looking statement language and our non-GAAP disclosure language on Slides 3 and 4 of the presentation, and we provide non-GAAP reconciliations to comparable GAAP results in the appendix. The disclosure relating to our signed divestitures is also included on Slide 4. I would encourage all of you to review these slides as you see fit."<br><br>Source: June 8, 2018 Conduent's 2018 Analyst Day Conference Call at 4 (attached as Ex. 12) |

30

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | \*\*\*<br><br>Forward-Looking Statements<br><br>This presentation contains "forward-looking statements" that involve risks and uncertainties. These statements can be identified by the fact that they do not relate strictly to historical or current facts, but rather are based on current expectations, estimates, assumptions and projections about the business process outsourcing industry and our business and financial results. Forward-looking statements often include words such as "anticipates," "estimates," "expects," "projects," "intends," "plans," "believes" and words and terms of similar substance in connection with discussions of future operating or financial performance. As with any projection or forecast, forward-looking statements are inherently susceptible to uncertainty and changes in circumstances. Our actual results may vary materially from those expressed or implied in our forward-looking statements. Accordingly, undue reliance should not be placed on any forward looking statement made by us or on our behalf. Important factors that could cause our actual results to differ materially from those in our forward-looking statements include, but are not limited to:<br><br>• termination rights contained in our government contracts;<br>• our ability to renew commercial and government contracts awarded through competitive bidding processes;<br>• our ability to recover capital and other investments in connection with our contracts;<br>• our ability to attract and retain necessary technical personnel and qualified subcontractors; |

31

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | <ul><li>our ability to deliver on our contractual obligations properly and on time;</li><li>competitive pressures;</li><li>our significant indebtedness;</li><li>changes in interest in outsourced business process services;</li><li>our ability to obtain adequate pricing for our services and to improve our cost structure;</li><li>claims of infringement of third-party intellectual property rights;</li><li>the failure to comply with laws relating to individually identifiable information, and personal health information and laws relating to processing certain financial transactions, including payment card transactions and debit or credit card transactions;</li><li>our ability to collect our receivables for unbilled services</li><li>breaches of our security systems and service interruptions;</li><li>our ability to estimate the scope of work or the costs of performance in our contracts;</li><li>a decline in revenues from or a loss or failure of significant clients</li><li>our failure to maintain a satisfactory credit rating;</li><li>our ability to attract and retain key employees;</li><li>increases in the cost of telephone and data services or significant interruptions in such services;</li><li>fluctuations in our non-recurring revenue</li><li>our failure to develop new service offerings;</li><li>our ability to receive dividends or other payments from our subsidiaries;</li><li>changes in tax and other laws and regulations;</li></ul> |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | <ul><li>changes in government regulation and economic, strategic, political and social conditions;</li><li>any reference to "Signed Divestitures" which subject to customary closing conditions;</li><li>changes in U.S. GAAP or other applicable accounting policies; and</li><li>other factors that are set forth in the "Risk Factors" section, the "Legal Proceedings" section, the "Management's Discussion and Analysis of Financial Condition and Results of Operations" section and other sections of our Annual Report on Form 10-K, as well as in our Quarterly Reports on Form 10-Q and Current Reports on Form 8-K filed with the Securities and Exchange Commission.</li></ul><br>We caution you that the foregoing list of important factors may not contain all of the material factors that are important to you. Any forward-looking statements made by us in this presentation speak only as of the date on which they are made. We are under no obligation to, and expressly disclaim any obligation to, update or alter our forward looking statements, whether as a result of new information, subsequent events or otherwise.<br><br>Source: June 8, 2018 Conduent's 2018 Analyst Day Slideshow at 3 (attached as Ex. 22)<br><br>***<br><br>*Cautionary language identified above from Conduent, Inc. FY 2017 Form 10-K incorporated here by reference.* |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | Source: Conduent FY 2017 Form 10-K at 11–23, 33, 82 (attached as Ex. 1) (incorporated by reference in June 8, 2018 Analyst Day Slideshow)<br><br>***<br><br>*Cautionary language identified above from Conduent, Inc. May 9, 2018 Form 8-K incorporated here by reference.*<br><br>Source: May 9, 2018 Form 8-K at 3 (attached as Ex. 6) (incorporated by reference in June 8, 2018 Analyst Day Slideshow) |
| 158 | June 8, 2018 Conduent's Analyst Day Conference Call, at 26 (Ex. 12) | [We have provided an update to our full year 2018 guidance to account for the most recently signed divestiture, the Commercial vehicle operations business. Similar to the guidance revision on our Q1 earnings call,] the only change we are making to guidance are as a result of this divestiture. [We now expect revenue to be between $5.4 billion and $5.6 billion in 2018. This assumes that we close all the signed deals on June 30. At the midpoint of our range,] we'd still expect to grow organically in Q4 of this year. | *Cautionary language identified above from Conduent's Analyst Day Conference Call incorporated here by reference*<br><br>Source: June 8, 2018 Conduent's 2018 Analyst Day Conference Call at 4 (attached as Ex. 12)<br><br>***<br><br>*Cautionary language identified above from Conduent's Analyst Day Slideshow incorporated here by reference*<br><br>Source: June 8, 2018 Conduent's 2018 Analyst Day Slideshow at 3 (attached as Ex. 22)<br><br>*** |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | *Cautionary language identified above from Conduent, Inc. FY 2017 Form 10-K incorporated here by reference.*<br><br>Source: Conduent FY 2017 Form 10-K at 11–23, 33, 82 (attached as Ex. 1) (incorporated by reference in June 8, 2018 Analyst Day Slideshow)<br><br>***<br><br>*Cautionary language identified above from Conduent, Inc. May 9, 2018 Form 8-K incorporated here by reference.*<br><br>Source: May 9, 2018 Form 8-K at 3 (attached as Ex. 6) (incorporated by reference in June 8, 2018 Analyst Day Slideshow) |
| 159 | June 8, 2018 Conduent's Analyst Day Conference Call, at 6 (Ex. 12) | We're also aggressively attacking our IT infrastructure with a goal of consolidating down to 2 primary data centers and a single network backbone by 2020. We've taken back our critical network infrastructure as well as our client-facing applications from service providers to whom we had outsourced for better control and performance by ourselves. | *Cautionary language identified above from Conduent's Analyst Day Conference Call incorporated here by reference*<br><br>Source: June 8, 2018 Conduent's 2018 Analyst Day Conference Call at 4 (attached as Ex. 12)<br><br>***<br><br>*Cautionary language identified above from Conduent's Analyst Day Slideshow incorporated here by reference*<br><br>Source: June 8, 2018 Conduent's 2018 Analyst Day Slideshow at 3 (attached as Ex. 22) |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | ***<br><br>*Cautionary language identified above from Conduent, Inc. FY 2017 Form 10-K incorporated here by reference.*<br><br>Source: Conduent FY 2017 Form 10-K at 11–23, 33, 82 (attached as Ex. 1) (incorporated by reference in June 8, 2018 Analyst Day Slideshow)<br><br>***<br><br>*Cautionary language identified above from Conduent, Inc. May 9, 2018 Form 8-K incorporated here by reference.*<br><br>Source: May 9, 2018 Form 8-K at 3 (attached as Ex. 6) (incorporated by reference in June 8, 2018 Analyst Day Slideshow) |
| 161 | August 8, 2018 Form 8-K, at 7 (Ex. 8) | On August 8, 2018, Conduent announced its financial results for the second quarter. In the Company's second quarter earnings announcement, Conduent reaffirmed its FY2018 revenue guidance of between $5.41 billion and $5.61 billion and its adjusted EBITDA guidance of $662 million and $688 million, provided during the Company's June 8, 2018 Analyst Day conference call. | **Forward-Looking Statements**<br><br>This Report and any exhibits to this Report may contain "forward-looking statements" as defined in the Private Securities Litigation Reform Act of 1995. The words "anticipate," "believe," "estimate," "expect," "intend," "will," "should," and similar expressions, as they relate to us, are intended to identify forward-looking statements. These statements reflect management's current beliefs, assumptions and expectations and are subject to a number of factors that may cause actual results to differ materially. . . . |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | | Source: August 8, 2018 Form 8-K at 3 (attached as Ex. 8). <br><br> *** <br><br> *Cautionary language identified above from Conduent, Inc. FY 2017 Form 10-K incorporated here by reference.* <br><br> Source: Conduent FY 2017 Form 10-K at 11–23, 33, 82 (attached as Ex. 1) (incorporated by reference in August 8, 2018 Form 8-K) |
| 162 | August 8, 2018 Earnings Call, at 4 (Ex. 7) | Before turning to the highlights of our second quarter, I want to address a matter that has been in the press recently around our performance on a tolling contract with a state government agency. Confidentiality agreements prevent us from going into the specifics. However, I will note that issues tend to arise in the implementation phase of the startup and ramp of a new tolling system, particularly one that involves transitioning multiple legacy systems to a new and updated integrated state wide system. ***We have the capability to efficiently resolve these issues, and are dedicating all necessary resources to meet our contractual commitments.*** We are an industry leader in the | "This call is also being webcast. A copy of the slides used during this call was filed with the SEC this morning, and is available for download on the Investor Relations section of the Conduent website. We will also post a transcript later this week. <br><br> During this call, Conduent executives may make comments that contain certain forward-looking statements as defined in the Private Securities Litigation Reform Act of 1995 that, by their nature, address matters that are in the future and are uncertain. These statements reflect management's current beliefs, assumptions and expectations as of today, August 8, 2018, and are subject to a number of factors that may cause actual results to differ materially from those statements. Information concerning these factors is included in Conduent's annual report on Form 10-K filed with the SEC. We do not intend to update these forward-looking statements as a result of new information or future events or developments, except as required by law." <br><br> Source: August 8, 2018 Earnings Call at 4 (attached as Ex. 7) |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | automated tolling space across the United States with a strong performance track record, and are confident in our ability to address this issue, and are making good progress towards our mutually agreed-upon time lines. | *** <br><br> *Cautionary language identified above from August 8, 2018 Form 8-K incorporated here by reference.* <br><br> Source: August 8, 2018 Form 8-K at 3 (attached as Ex. 8) (incorporated by reference in August 8, 2018 Earnings Call) <br><br> *** <br><br> *Cautionary language identified above from Conduent FY 2017 Form 10-K incorporated here by reference.* <br><br> Source: Conduent FY 2017 Form 10-K at 11–23, 33, 82 (attached as Ex. 1) (incorporated by reference in August 8, 2018 Earnings Call) |
| 163 | August 8, 2018 Earnings Call, at 12 (Ex. 7) | [Bryan C. Bergin: . . . And then as far as that public tolling contract, does the increased resources to complete the work imply somewhat pressured margins there versus expectations? Just trying to understand the implications here on the financials from both. <br><br> . . . <br><br> Webb-Walsh:] In terms of the tolling contract, we typically don't comment on the financials around one specific | *Cautionary language identified above from August 8, 2018 Earnings Call incorporated here by reference.* <br><br> Source: August 8, 2018 Earnings Call at 4 (attached as Ex. 7) <br><br> *** <br><br> *Cautionary language identified above from August 8, 2018 Form 8-K incorporated here by reference.* <br><br> Source: August 8, 2018 Form 8-K at 3 (attached as Ex. 8) (incorporated by reference in August 8, 2018 Earnings Call) |

| AC ¶ | Source Document | Challenged Statement[1] | Identifying and Cautionary Language[2] |
|---|---|---|---|
| | | contract. We're obviously working to remediate the situation. | *** <br><br> *Cautionary language identified above from Conduent FY 2017 Form 10-K incorporated here by reference.* <br><br> Source: Conduent FY 2017 Form 10-K at 11–23, 33, 82 (attached as Ex. 1) (incorporated by reference in August 8, 2018 Earnings Call) |
| 163 | August 8, 2018 Earnings Call, at 12 (Ex. 7) | But what I will say is we just confirmed our guidance in revenue, free cash flow and adjusted EBITDA. So at this time, we don't anticipate it having an impact on our ability to meet our guidance. | *Cautionary language identified above from August 8, 2018 Earnings Call incorporated here by reference.* <br><br> Source: August 8, 2018 Earnings Call at 4 (attached as Ex. 7) <br><br> *** <br><br> *Cautionary language identified above from August 8, 2018 Form 8-K incorporated here by reference.* <br><br> Source: August 8, 2018 Form 8-K at 3 (attached as Ex. 8) (incorporated by reference in August 8, 2018 Earnings Call) <br><br> *** <br><br> *Cautionary language identified above from Conduent FY 2017 Form 10-K incorporated here by reference.* <br><br> Source: Conduent FY 2017 Form 10-K at 11–23, 33, 82 (attached as Ex. 1) (incorporated by reference in August 8, 2018 Earnings Call) |