# EXHIBIT 15

Case 2:19-cv-08237-SDW-AME    Document 33-17    Filed 11/12/19    Page 2 of 3 PageID: 583



SHARE ✉ f 𝕏

**For Immediate Release:** 05/15/18
**Contact**: Office of Media Relations and Communications | (518) 471-5300
| public.info@thruway.ny.gov

### THRUWAY AUTHORITY ANNOUNCES VIOLATION FEE REDUCTION AT THE GOV. MARIO M. CUOMO BRIDGE

*Violation Fee Reduced to $50 Per Trip Effective May 15, 2018*

*Fee Now Consistent with Tolling Locations Along Entire 570-Mile Thruway System*

*Thruway Authority Continues to Increase Educational Outreach About Cashless Tolling Billing and to Improve Customer Service Experience*

The New York State Thruway Authority today announced that toll violation fees at the Governor Mario M. Cuomo Bridge will be reduced from $100 to $50 per trip, effective May 15, 2018. The adjustment comes after a review of the cashless tolling billing process and the successful conclusion of the cashless tolling Amnesty Program where more than 281,000 violations were resolved, resulting in more than $1.4 million in unpaid tolls being collected from Tolls By Mail customers.

"Along with the six-point action plan we rolled out in January, including the Amnesty Program, we promised a careful review of the cashless tolling billing process," **Thruway Authority Acting Executive Director Matthew J. Driscoll said.** "We recognize that the vast majority of customers pay their tolls on time, however, there is a need for balance and after careful consideration, the violation adjustment will continue to ensure strict enforcement measures remain in place to combat toll payment evasion and chronic toll scofflaws."

As part of the Tolls By Mail billing process, the first toll bill for the Gov. Mario M. Cuomo Bridge is mailed to the customer without any fees. If the customer fails to pay by the due date, a $5 late fee is imposed on the second notice. If a second notice also goes unpaid, a violation fee of $50 per toll will now be imposed, effective May 15th. Thruway motorists who do not pay their tolls are subject to violation fees, potential registration suspension, and other enforcement actions to ensure all that Thruway customers pay their fair share.

In addition to the violation fee adjustment, the Thruway Authority continues its educational outreach to motorists about cashless tolling billing at the Gov. Mario M. Cuomo Bridge.  The effort is designed to increase awareness of how to pay bills on-time and avoid fees, violations and possible registration suspension.

Action steps which have been already been implemented include: new roadway signage that more clearly outlines Tolls By Mail payment options and how to avoid late fees and penalties; updated sections of the Thruway Authority website and mobile app include educational PSAs on getting the most from cashless tolling and the benefits of E-ZPass; and, increased E-ZPass outreach including a new commercial featuring former Buffalo Bills' Hall of Fame running back Thurman Thomas.

Case 2:19-cv-08237-SDW-AME      Document 33-17     Filed 11/12/19     Page 3 of 3 PageID: 584

Additionally, the Thruway Authority is improving the wording on toll bills and envelopes to emphasize ways to avoid fines and penalties; working with Tolls By Mail contractor, Conduent, to simplify the Tolls By Mail website; and, increasing access of E-ZPass On-the-Go tags which are now sold in 26 Thruway Service Areas system-wide, select cash toll lanes throughout the system, and nearly 800 locations across the state including select grocery and convenience stores, and government offices.

E-ZPass is accepted in 16 states nationwide including New York. Anyone, regardless of state residency, can sign up for a New York E-ZPass and enjoy discounts and flexible payment options available to customers.

New York State law requires motorists to keep their address current with the DMV and drivers must update their address with DMV within 10 days of moving. This will ensure bills are mailed to the registered owner of the vehicle. The New York State Department of Motor Vehicles has a regulation that allows suspension of the vehicle registration of motorists with three or more unpaid tolls, violation fees and other charges resulting from violations on different days. Repeated notices are sent before eligibility for suspension. Prior to the suspension taking effect, the registrant may request a hearing before a DMV administrative law judge. If the registrant requests a hearing, the suspension will be held in abeyance until the conclusion of the hearing.

Motorists who use cashless tolling but claim they have not received a toll bill should contact the Tolls By Mail Customer Service Center at 1-844-826-8400 immediately to address the issue, and avoid any fines. For questions regarding Notices of Toll violation, contact the E-ZPass Customer Service Center at 1-800-333-8655.

### 

Download the new NYS Thruway Authority mobile app, announced by Governor Andrew M. Cuomo. The app includes: real-time, Thruway-specific traffic and navigation assistance, Thruway Service Area locator, toll calculator, roadside assistance and more. Download the free app to your iPhone and Android devices TODAY!

Motorists can sign up for TRANSAlert emails regarding Thruway traffic conditions at http://wwwapps.thruway.ny.gov/tas/.

Follow us on Twitter @ThruwayTraffic and @NYSThruway

Like us on Facebook at NYS Thruway Authority