# EXHIBIT 18



# *Florida Department of Transportation*

**RICK SCOTT**
**GOVERNOR**

605 Suwannee Street
Tallahassee, FL  32399-0450

**MIKE DEW**
**SECRETARY**

July 16, 2018

David A. Amoriell
Group President
Conduent State & Local Solutions, Inc.
12410 Milestone Center Drive, 5th Floor
Germantown, MD  20876

Re:     Centralized Customer Service System

Dear Mr. Amoriell:

Thank you for your response to the Department's June 28 correspondence. As you indicated, there have been some improvements in the operation of the Centralized Customer Service System. The Department appreciates Conduent's candid acknowledgment of the issues as well as its commitment to fully resolve those issues. The Department will continue to work closely with your team as they bring the System up to the performance requirements contained in the November 16, 2015 Agreement. The Department anticipates and expects that Conduent will continue to improve the operations of the SunPass call center, the website interface, the functionality of the mobile application interface and the availability and reliability of SunPass Plus, so that SunPass customers are provided the premium level of service they are entitled to expect.

We are also aware that Conduent has been working to remedy the significant issues with transaction and payment processing. Conduent has committed to fully process current transactions and eliminate the backlog that resulted from processing errors. The Department has advised Conduent staff that this is critical to avoid ongoing disruption of agency revenues and the consequent damages. Transaction processing must occur accurately and timely. Because this is an absolutely critical service, the Department will not deem the assurances Conduent provided in your July 10 letter to be adequate under the provisions of section 2.41 b. of the Special Conditions to the Agreement until Conduent has demonstrated the consistent ability to timely and accurately process current transactions, eliminate the backlog, and provide a full financial

David A. Amoriell
July 16, 2018
Page 2

reconciliation for each day's activity that the Department can rely upon to transfer revenues to participating and external agencies. Until such time, and as provided in section 2.41 b. of the Special Conditions to the Agreement, the Department is suspending all payments to Conduent.

Neither the Department's forbearance while Conduent remedies the issues with the System, or the Department's future acceptance of Conduent's assurances, shall constitute a waiver of any rights or remedies the Department has under the terms of the Agreement, including, but not limited to, any rights the Department has under the required performance bond, any claims for breach of the Service Warranties provided under section 2.34.5, any right to adjust or deny compensation to Conduent, any right to indemnity, and any right to recover for lost or delayed revenues. We expect and anticipate that Conduent will promptly demonstrate its ability to fully perform its obligations.

Sincerely,

Mike Dew
Secretary