# EXHIBIT 19

Case 2:19-cv-08237-SDW-AME       Document 33-21       Filed 11/12/19       Page 2 of 3 PageID: 595

**BLOGGYTOWN**

## Petition for SunPass to waive tolls after botched upgrade gets over 11,000 signatures

Posted By Monivette Cordeiro on Tue, Aug 14, 2018 at 12:47 pm

**We're loading your content, stay tuned!**



Photo via Formulanone/Flickr

Over 11,000 people are still rightly pissed at Florida's SunPass toll system after a botched **$287 million upgrade** left a months-long backlog of 170 million transactions.

A **petition** created by Orlando resident Mike DiMauro asking for SunPass to waive fees for customers has garnered more than 11,700 signatures Tuesday morning, a month after **DiMauro** created it in July. The Florida Department of Transportation announced **Tuesday** that all SunPass toll transactions had been processed and that the entire backlog of toll transactions that resulted from the contractor Conduent's "failure to properly transition customers" to the new system have been cleared.

"We use these toll roads for work, vacation, school, church and other places," reads the petition, which is addressed to Gov. Rick Scott and other Florida officials. "Some of us who depend on the SunPass to collect tolls for work are not able to get the transaction activity to get reimbursed from our employers. Now when the system goes back and running again, it's going to be a huge bill for people that have been using SunPass since June 1. Some of us have auto pay on our accounts. Why should we, the SunPass customers, have to pay for tolls while the system was down when it was the fault of Conduent and SunPass?"

DiMauro's prediction that there would be huge bills for people from the

SunPass mess has, unfortunately, come true. The Florida Department of Transportation told **WKMG 6** that it has no system in place currently for reimbursing SunPass customers who were hit with overdraft fees after SunPass charged their accounts repeatedly with backlogged transactions. The *Northwest Florida Daily News* reports some people are being charged anywhere from $50 to $200 a day in old toll fees after the SunPass system went down in June.

*Stay on top of Orlando news and views. Sign up for our weekly* **Headlines newsletter.**

SPONSORED CONTENT BY

**Top 10 Dumbest Movie Petitions**

Tags: sunpass, florida sunpass, Image

Jump to comments

**READERS ALSO LIKED...**



**A Lucky's Market will open near Fashion Square Mall this fall**
Feb 2, 2018



**Disney erects giant Woody at Hollywood Studios**
Apr 24, 2018



**Wally's Mills Avenue Liquors has reportedly closed after 64 years in business**
Aug 21, 2018

**BLOGS**

Archives | RSS