# EXHIBIT 22





Case 2:19-cv-08237-SDW-AME Document 33-24 Filed 11/12/19 Page 4 of 6 PageID: 627

# Forward-Looking Statements

CONDUENT

This presentation contains "forward-looking statements" that involve risks and uncertainties. These statements can be identified by the fact that they do not relate strictly to historical or current facts, but rather are based on current expectations, estimates, assumptions and projections about the business process outsourcing industry and our business and financial results. Forward-looking statements often include words such as "anticipates," "estimates," "expects," "projects," "intends," "plans," "believes" and words and terms of similar substance in connection with discussions of future operating or financial performance. As with any projection or forecast, forward-looking statements are inherently susceptible to uncertainty and changes in circumstances. Our actual results may vary materially from those expressed or implied in our forward-looking statements. Accordingly, undue reliance should not be placed on any forward-looking statement made by us or on our behalf. Important factors that could cause our actual results to differ materially from those in our forward-looking statements include, but are not limited to:

- termination rights contained in our government contracts;
- our ability to renew commercial and government contracts awarded through competitive bidding processes;
- our ability to recover capital and other investments in connection with our contracts;
- our ability to attract and retain necessary technical personnel and qualified subcontractors;
- our ability to deliver on our contractual obligations properly and on time;
- competitive pressures;
- our significant indebtedness;
- changes in interest in outsourced business process services;
- our ability to obtain adequate pricing for our services and to improve our cost structure;
- claims of infringement of third-party intellectual property rights;
- the failure to comply with laws relating to individually identifiable information, and personal health information and laws relating to processing certain financial transactions, including payment card transactions and debit or credit card transactions;
- our ability to collect our receivables for unbilled services
- breaches of our security systems and service interruptions;

- our ability to estimate the scope of work or the costs of performance in our contracts;
- a decline in revenues from or a loss or failure of significant clients
- our failure to maintain a satisfactory credit rating;
- our ability to attract and retain key employees;
- increases in the cost of telephone and data services or significant interruptions in such services;
- fluctuations in our non-recurring revenue
- our failure to develop new service offerings;
- our ability to receive dividends or other payments from our subsidiaries;
- changes in tax and other laws and regulations;
- changes in government regulation and economic, strategic, political and social conditions;
- any reference to "Signed Divestitures" which subject to customary closing conditions;
- changes in U.S. GAAP or other applicable accounting policies; and
- other factors that are set forth in the "Risk Factors" section, the "Legal Proceedings" section, the "Management's Discussion and Analysis of Financial Condition and Results of Operations" section and other sections of our Annual Report on Form 10-K, as well as in our Quarterly Reports on Form 10-Q and Current Reports on Form 8-K filed with the Securities and Exchange Commission.

We caution you that the foregoing list of important factors may not contain all of the material factors that are important to you. Any forward-looking statements made by us in this presentation speak only as of the date on which they are made. We are under no obligation to, and expressly disclaim any obligation to, update or alter our forward looking statements, whether as a result of new information, subsequent events or otherwise.

3

# Non-GAAP Disclosure & Other Items



<u>Non-GAAP Disclosure</u>

We have reported our financial results in accordance with U.S. generally accepted accounting principles (GAAP). In addition, we have discussed our financial results using non-GAAP measures. We believe these non-GAAP measures allow investors to better understand the trends in our business and to better understand and compare our results. Accordingly, we believe it is necessary to adjust several reported amounts, determined in accordance with GAAP, to exclude the effects of certain items as well as their related tax effects. Management believes that these non-GAAP financial measures provide an additional means of analyzing the current periods' results against the corresponding prior periods' results.

However, these non-GAAP financial measures should be viewed in addition to, and not as a substitute for, the Company's reported results prepared in accordance with U.S. GAAP. Our non-GAAP financial measures are not meant to be considered in isolation or as a substitute for comparable U.S. GAAP measures and should be read only in conjunction with our Condensed Consolidated Financial Statements prepared in accordance with U.S. GAAP.

Our management regularly uses our supplemental non-GAAP financial measures internally to understand, manage and evaluate our business and make operating decisions, and providing such non-GAAP financial measures to investors allows for a further level of transparency as to how management reviews and evaluates our business results and trends. These non-GAAP measures are among the primary factors management uses in planning for and forecasting future periods. Compensation of our executives is based in part on the performance of our business based on these non-GAAP measures. Non-GAAP measures are footnoted, where applicable, in each slide.

<u>Signed Divestiture Disclosure</u>

Reference in the presentations today to "signed divestitures" relates to previously announced agreements Conduent has signed to sell subsidiaries or assets of certain lines of business. These agreements have not yet closed. The closings are subject to fulfillment of closing conditions and obtaining any required government regulatory approvals.

4

# FY2018 Guidance

Case 2:19-cv-08237-SDW-AME    Document 33-24    Filed 11/12/19    Page 6 of 6 PageID: 629



|  | As of Feb 21st | As of May 9th | As of June 8th |  |
|---|---|---|---|---|
| Revenue | $5.60 - $5.80B | $5.44 - $5.64B | $5.41 - $5.61B | ➤ • Assumes signed divesture close dates of 6/30 |
| Adj EBITDA<br>Adj EBITDA Margin | $707 - $733M<br>12.1 - 13.0% | $672 - $698M<br>11.9 - 12.8% | $662 - $688M<br>11.8 - 12.7% | ➤ • Continued focus on margin expansion, post-divestiture impact |
| Adj Free Cash Flow<br>% of Adj EBITDA | $177 - $257M<br>25 - 35% | $168 - $244M<br>25 - 35% | $166 - $241M<br>25 - 35% | ➤ • Capex expected to be ~3% of revenue<br>• Assumes debt pay down<br>• Adj tax rate of 30 - 35% |

## All guidance metrics unchanged, excluding divestiture impact

Note: Refer to Appendix for Non-GAAP definitions for adjusted EBITDA, adjusted EBITDA margin, Adjusted Free Cash Flow and "Non-GAAP Outlook" for certain non-GAAP information concerning outlook

84