**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EMPLOYEES' RETIREMENT SYSTEM OF THE PUERTO RICO ELECTRIC POWER AUTHORITY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CONDUENT INC., ASHOK VEMURI, and BRIAN WEBB-WALSH, <br><br> Defendants. | Case No. 2:19-cv-08237-SDW-SCM <br><br> Motion Day:  December 16, 2019 |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

This matter having been brought before the Court by Defendants Conduent Inc., Ashok Vemuri, and Brian Webb-Walsh (collectively, "Defendants"), for an Order dismissing the Amended Class Action Complaint (Dkt. 18) pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995:

IT IS HEREBY ORDERED on this ___ day of _____, 20__, as follows:

1.      Defendants' Motion to Dismiss the Amended Class Action Complaint is GRANTED;

2.  The Amended Class Action Complaint is DISMISSED WITH PREJUDICE; and

3.  A copy of this Order shall be served upon all counsel of record via filing with the CM/ECF system.

_____
The Honorable Susan D. Wigenton
United States District Judge