**KING & SPALDING LLP**
Israel Dahan
1185 Avenue of the Americas, 36th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com

*Counsel for Defendants*

[*Additional counsel on signature page*]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMPLOYEES' RETIREMENT SYSTEM OF THE PUERTO RICO ELECTRIC POWER AUTHORITY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CONDUENT INC., ASHOK VEMURI, and BRIAN WEBB-WALSH, <br><br> Defendants. | Case No. 2:19-cv-08237-SDW-SCM |

## NOTICE OF UNOPPOSED MOTION AND
## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Defendants Conduent, Inc. ("Conduent"), Ashok Vemuri, and Brian Webb-Walsh (collectively, "Defendants") respectfully submit this Unopposed Motion to Amend Scheduling Order, showing as follows:

1.   On March 8, 2019, a Class Action Complaint was filed against Defendants. *See* Dkt. 1.

2.   On July 15, 2019, the Court appointed the Conduent Institutional Investor Group as Lead Plaintiff and Bernstein Liebhard LLP and Thornton Law Firm LLP were appointed as Co-Lead Counsel.  *See* Dkt. 10.

3.   On July 30, 2019, Lead Plaintiff and Defendants filed a Stipulation and Proposed Order to Schedule Filing an Amended Complaint and Defendants' Response (Dkt. 16), which the Court entered on August 5, 2019 (Dkt. 17).  Pursuant to that Order, Lead Plaintiff's deadline for filing an amended complaint was September 13, 2019, and Defendants' deadline for filing a response to the Amended Complaint was October 28, 2019.  Dkt. 17.

4.   On September 13, 2019, Lead Plaintiff filed the Amended Class Action Complaint. *See* Dkt. 18.

5.   After Lead Plaintiff filed the Amended Class Action Complaint, undersigned counsel appeared for Defendants for the first time.  *See* Dkts. 19, 21, 22.  Following the appearance of new counsel, on October 10, 2019, the Parties filed a Joint Motion to Amend Scheduling Order, which requested the following amended schedule in light of undersigned counsel's recent appearance for Defendants:

   a. Defendants shall file their motion to dismiss the Amended Class Action Complaint on or before November 12, 2019;

-2-

    b. Lead Plaintiff shall file any opposition to a motion to dismiss on or before January 13, 2020; and

    c. Defendants shall file any reply in support of a motion to dismiss on or before February 12, 2020.

6. On October 25, 2019, the Court granted in part the Parties' Joint Motion to Amend Scheduling Order, providing that Defendants shall file their motion to dismiss the Amended Class Action Complaint on or before November 12, 2019, and "the timing of the opposition and any reply shall be in accordance with the rules." Dkt. 32. Accordingly, Defendants filed their Motion to Dismiss on November 12, 2019, and Plaintiff's opposition was due December 2, 2019 in accordance with the Local Rules.

7. On November 14, 2019, Plaintiff filed a letter seeking an automatic extension of the motion day for Defendants' Motion to Dismiss the Class Action Complaint pursuant to Local Rule 7.1(d)(5). *See* Dkt. 34. On November 15, 2019, the Court granted Plaintiff's request, and the motion day was adjourned to January 6, 2020. Plaintiff's opposition is due December 23, 2019. Defendants then have seven days to file a reply, which is due December 30, 2019.

8. Defendants anticipate filing a reply to Plaintiff's opposition.

9. Defendants respectfully request, and Plaintiff does not oppose, a brief two-week extension of Defendants' reply period, such that Defendants shall have

until January 13, 2020 to file Defendants' reply. Defendants make this request for two reasons. First, the upcoming holidays present scheduling difficulties for Defendants and their undersigned counsel. Second, this is a case involving a 233-paragraph Amended Complaint and statutory heightened pleading standards at the motion-to-dismiss stage. Defendants respectfully request a brief two-week extension to allow undersigned counsel to prepare an appropriate reply and ensure Defendants are able to review with counsel in time for filing with the Court.

10.     Accordingly, the Defendants respectfully request that the Court enter the [Proposed] Order Granting Unopposed Motion to Amend Scheduling Order attached hereto.

[Signatures on following page]

-5-

Respectfully submitted this 2nd day of December, 2019.

*/s/ Israel Dahan*
**KING & SPALDING LLP**
Israel Dahan
1185 Avenue of the Americas, 36th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com

B. Warren Pope (*pro hac vice*)
Brian D. Barnes (*pro hac vice*)
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com
bbarnes@kslaw.com

*Counsel for Defendants Conduent, Inc.,*
*Ashok Vemuri, and Brian Webb-Walsh*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel registered to receive ECF notifications in this case.

This 2nd day of December, 2019.

*/s/ Israel Dahan*
**KING & SPALDING LLP**
Israel Dahan
1185 Avenue of the Americas, 36th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com