# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

EMPLOYEES' RETIREMENT
SYSTEM OF THE PUERTO RICO
ELECTRIC POWER AUTHORITY,
Individually and on Behalf of All Others
Similarly Situated,

       Plaintiff,

      v.

CONDUENT INC., ASHOK VEMURI,
and BRIAN WEBB-WALSH,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:19-cv-08237-SDW-SCM

## [PROPOSED] ORDER GRANTING
## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

This matter having come before the Court on the Unopposed Motion to Amend Scheduling Order (the "Motion") filed by Defendants Conduent, Inc. ("Conduent"), Ashok Vemuri, and Brian Webb-Walsh (collectively, "Defendants"), and good cause to grant the Motion appearing, the Court hereby orders as follows:

1.    The briefing deadlines determined in the Order Granting Joint Motion to Amended Scheduling Order (the "Scheduling Order") (Dkt. 32) are hereby amended as follows:

    a.  Defendants shall file their reply in support of the Motion to Dismiss the Amended Class Action Complaint on or before January 13, 2020.

**SO ORDERED** this \_\_\_\_\_ day of _____, 2019.

_____
THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

2