## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

EMPLOYEES' RETIREMENT )
SYSTEM OF THE PUERTO RICO )
ELECTRIC POWER AUTHORITY, )
Individually and on Behalf of All Others )
Similarly Situated, )
)
     Plaintiff, )
) Case No. 2:19-cv-08237-SDW-SCM
     v. )
)
CONDUENT INC., ASHOK VEMURI, )
and BRIAN WEBB-WALSH, )
)
     Defendants. )

## [PROPOSED] ORDER GRANTING
## <u>UNOPPOSED MOTION TO AMEND SCHEDULING ORDER</u>

This matter having come before the Court on the Unopposed Motion to Amend Scheduling Order (the "Motion") filed by Defendants Conduent, Inc. ("Conduent"), Ashok Vemuri, and Brian Webb-Walsh (collectively, "Defendants"), and good cause to grant the Motion appearing, the Court hereby orders as follows:

1.    The briefing deadlines determined in the Order Granting Joint Motion to Amended Scheduling Order (the "Scheduling Order") (Dkt. 32) are hereby amended as follows:

a. Defendants shall file their reply in support of the Motion to Dismiss the Amended Class Action Complaint on or before January 13, 2020.

**SO ORDERED** this __5th__ day of _December_, 2019.

_____
THE HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

2