**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| EMPLOYEES RETIREMENT SYSTEM OF THE PUERTO RICO ELECTRIC POWER AUTHORITY, *Individually and on Behalf of All Others Similarly Situated*,<br><br>                    Plaintiff,<br><br>v.<br><br>CONDUENT INC., *et al.*,<br><br>                    Defendants. | Civil Action No. 19-8237 (SDW) (SCM)<br><br><br>**ORDER**<br><br><br>June 5, 2020 |

**THIS MATTER** having come before this Court upon Defendants Conduent Inc., Ashok Vemuri, and Brian Webb-Walsh's (collectively, "Defendants") Motion to Dismiss Lead Plaintiff's Amended Class Action Complaint, (D.E. 18), for failure to state a claim pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, and this Court having considered the parties' submissions, for the reasons stated in this Court's Opinion dated June 5, 2020,

**IT IS** on this 5th day of June 2020,

**ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

**SO ORDERED**.

　　　　　　　　　　　　　　　　_/s/ Susan D. Wigenton_
　　　　　　　　　　　　　　**SUSAN D. WIGENTON, U.S.D.J.**

Orig:　Clerk
cc:　　Parties
　　　　Steven C. Mannion, U.S.M.J.