**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EMPLOYEES' RETIREMENT SYSTEM OF THE PUERTO RICO ELECTRIC POWER AUTHORITY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONDUENT INC., ASHOK VEMURI, and BRIAN WEBB-WALSH,<br><br>Defendants. | Case No.: 2:19-cv-08237-SDW-SCM<br><br>Hon. Susan D. Wigenton<br><br>Hon. Steven C. Mannion |

**UNOPPOSED MOTION TO AMEND CASE CAPTION**

Lead Plaintiff Oklahoma Firefighters Pension and Retirement System, Plymouth County Retirement Association, Electrical Workers Pension Fund, Local 103, I.B.E.W., and Employees Retirement System of the Puerto Rico Electric Power Authority (the "Conduent Institutional Investor Group" or "Lead Plaintiff") respectfully submits this Unopposed Motion to the Amend Case Caption, and states as follows:

1.      This case was originally filed by Plaintiff Employees Retirement System of the Puerto Rico Electric Power Authority. *See* Dkt. 1.

2.      On July 15, 2019, the Court appointed the Conduent Institutional Investor Group, as Lead Plaintiff. *See* Dkt. 10.

3.      For ease of reference, Lead Plaintiff moves that this action be captioned *In re Conduent Inc. Securities Litigation*.

4.      Defendants do not oppose Lead Plaintiff's proposal to amend the case caption.

WHEREFORE, Lead Plaintiff respectfully requests that the Court enter an Order

1

amending the caption to "IN RE CONDUENT INC. SECURITIES LITIGATION."

DATED: August 5, 2020                    Respectfully Submitted,

                                          /s/ Richard Elem
                                         **LAW OFFICES OF JAN MEYER**
                                         **& ASSOCIATES, P.C.**
                                         Richard Elem
                                         1029 Teaneck Road, Second Floor
                                         Teaneck, New Jersey 07666
                                         Telephone: (201)-862-9500
                                         Email: relem@janmeyerlaw.com

                                         *Liaison Counsel for Lead Plaintiff and the*
                                         *Proposed Class*

                                         **BERNSTEIN LIEBHARD LLP**
                                         Stanley D. Bernstein(*pro hac vice*)
                                         Michael S. Bigin (*pro hac vice*)
                                         Peter J. Harrington (*pro hac vice*)
                                         10 East 40th Street
                                         New York, NY 10016
                                         Telephone: (212) 779-1414
                                         Email:  bernstein@bernlieb.com
                                                 bigin@bernlieb.com
                                                 pharrington@bernlieb.com

                                         **THORNTON LAW FIRM LLP**
                                         Guillaume Buell(*pro hac vice*)
                                         1 Lincoln Street
                                         Boston, MA 02111
                                         Telephone:  (617) 531-3933
                                         Email: gbuell@tenlaw.com

                                         *Co-Lead Counsel for Lead Plaintiff and the*
                                         *Proposed Class*

                                         **WOLF POPPER LLP**
                                         Robert C. Finkel(*pro hac vice*)
                                         845 Third Avenue
                                         New York, NY 10022
                                         Telephone:  (212) 759-4600
                                         Email:  rfinkel@wolfpopper.com

                                         *Additional Counsel for Lead Plaintiff and the*
                                         *Proposed Class*

                                         2

**CERTIFICATE OF SERVICE**

I, Richard Elem, hereby certify that on August 5, 2020, a true and correct copy of the annexed **UNOPPOSED MOTION TO AMEND CASE CAPTION** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: August 5, 2020                                    /s/ Richard Elem
                                                         Richard Elem