**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EMPLOYEES' RETIREMENT SYSTEM OF THE PUERTO RICO ELECTRIC POWER AUTHORITY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONDUENT INC., ASHOK VEMURI, and BRIAN WEBB-WALSH,<br><br>Defendants. | Case No.: 2:19-cv-08237-SDW-SCM<br><br>Hon. Susan D. Wigenton<br><br>Hon. Steven C. Mannion |

**[PROPOSED] ORDER AMENDING CASE CAPTION**

Having considered the Unopposed Motion of Lead Plaintiff Conduent Investor Group to Amend the Case Caption, the Court has determined that good cause is shown to do so.

IT IS THEREFORE ORDERED that the caption in this action shall read "IN RE CONDUENT INC. SECURITIES LITIGATION."

The Clerk of the Court is directed to amend the docket accordingly.

**SO ORDERED** this _____ day of _____, 2020.

_____
Hon. Steven C. Mannion
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I, Richard Elem, hereby certify that on August 5, 2020, a true and correct copy of the annexed **[PROPOSED] ORDER AMENDING CASE CAPTION** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: August 5, 2020                          /s/ Richard Elem
                                               Richard Elem