**BERNSTEIN LIEBHARD LLP**
ATTORNEYS AT LAW
10 EAST 40TH STREET
NEW YORK, NEW YORK 10016
_____

(212) 779-1414
FAX: (212) 779-3218
www.bernlieb.com

October 15, 2020

ECF FILING
Hon. Steven C. Mannion
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

    Re: *In Re Conduent Inc. Sec. Litig.*, Case No. 2:19-cv-8237

Dear Judge Mannion:

    As advised by Chambers, I write on behalf of Lead Plaintiff and Defendants to refile the joint schedule requested for Lead Plaintiff's Fed. R. Civ. P. 23 motion for class certification (previously filed as Dkt. 51). The proposed joint schedule contemplates that Lead Plaintiff file its Rule 23 motion today.

    Lead Plaintiff is ready to file the motion today and abide by the joint schedule. Accordingly, we respectfully request the Court's permission to file the motion and approval of the proposed schedule.

                                                 Respectfully,

                                                 */s/ Michael S. Bigin*

cc: All Counsel by ECF

00598079;V1