**LAW OFFICES OF JAN MEYER**
**& ASSOCIATES, P.C.**
Richard L. Elem, Esq.
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666
Telephone: 201-862-9500
Email: relem@janmeyerlaw.com

*Liaison Counsel for Lead Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | Case No.: 2:19-cv-08237-SDW-SCM<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br><br>Motion Day: March 1, 2021 |

**DECLARATION OF PETER J. HARRINGTON IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**

I, PETER J. HARRINGTON, hereby declare under penalty of perjury that:

1. I am an associate with Bernstein Liebhard LLP. I make this Declaration in Support of Lead Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel. The matters set forth herein are within my personal knowledge.

2. Attached hereto are true and correct copies of the following documents:

Exhibit A-1:  Oklahoma Firefighters Pension and Retirement System's Objections and Responses to Defendants' Interrogatory No. 1 dated October 5, 2015;

Exhibit A-2:  Oklahoma Firefighters Pension and Retirement System's Objections and Responses to Defendants' Interrogatory No. 13 dated October 5, 2015;

Exhibit B-1:  Plymouth County Retirement Association's Objections and Responses to Defendants' Interrogatory No. 1 dated October 5, 2015;

Exhibit B-2:  Plymouth County Retirement Association's Objections and Responses to Defendants' Interrogatory No. 13 dated October 5, 2015;

Exhibit C-1:  Electrical Workers Pension Fund, Local 103, I.B.E.W.'s Objections and Responses to Defendants' Interrogatory No. 1 dated October 5, 2015;

Exhibit C-2:    Electrical    Workers    Pension    Fund,    Local    103,    I.B.E.W.'s

Objections   and   Responses   to   Defendants'   Interrogatory   No.   13

dated October 5, 2015;

Exhibit D:      Expert Report of Chad Coffman, CFA, dated October 15, 2020;

Exhibit E:      Firm Résumé of Bernstein Liebhard LLP; and

Exhibit F:      Firm Résumé of Thornton Law Firm LLP.


Executed: December 7, 2020                    /s/ Peter J. Harrington
                                              PETER J. HARRINGTON

## CERTIFICATE OF SERVICE

I, Richard L. Elem, hereby certify that on December 7, 2020, a true and correct copy of the annexed **DECLARATION OF PETER J. HARRINGTON IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: December 7, 2020                                    /s/ Richard L. Elem
                                                            Richard L. Elem