**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | Case No.: 2:19-cv-08237-SDW-SCM<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br><br>Hon. Leda D. Wettre, U.S.M.J. |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S**
**MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS**
**REPRESENTATIVES, AND APPOINTMENT OF CLASS COUNSEL**

Before the Court is Lead Plaintiff Conduent Institutional Investor Group's Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel (the "Motion").

Lead Plaintiff alleges causes of action under the federal securities laws against Defendants for violations Section 10(b) of the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder (15 U.S.C. § 78j(b)) ("Exchange Act") and Section 20(a) of the Exchange Act.  Lead Plaintiff asserts each cause of action on behalf of itself and the proposed class.

After considering the Motion, response, reply, record and applicable law, the Court **GRANTS** the Motion. The Court certifies the following Class pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3): "All persons who purchased Conduent Inc. common stock on the open market on a United States stock exchange between February 21, 2018 and November 6, 2018, inclusive (the "Class Period"), and who were damaged thereby."

Excluded from the Class are: (1) Conduent, Inc. and its officers, directors, employees, affiliates, legal representatives, predecessors, successors and assigns, and any entity in which any of them have a controlling interest or are a parent; and (2) Defendants, their immediate families, employees, affiliates, legal representatives, heirs, predecessors, successors and assigns, and any entity in which any of them has a controlling interest.

The proposed Class Representatives, Oklahoma Firefighters Pension and Retirement System ("OFPRS"); Plymouth County Retirement Association ("PCRA"); and Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103"), each satisfy the requirements of Rule 23(a), and the Court therefore appoints OFPRS, PCRA, and Local 103 as Class Representatives

on behalf of the Class. The Court also finds that Bernstein Liebhard LLP and Thornton Law Firm LLP satisfy the requirements of Rule 23(g) and are appointed Class Counsel.

The Court finds that the Class satisfies the requirements of Rules 23(a) and 23(b)(3) in that: (1) the Class is so numerous that joinder of all members is impracticable; (2) there are questions of fact and law common to the Class; (3) the Class Representative's claims are typical of the claims of the other members of the Class; (4) the Class Representatives and proposed Class Counsel will fairly and adequately represent the interests of the Class; (5) the questions of fact or law common to the Class predominate over any questions affecting only individual members; and (6) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

IT IS SO ORDERED.

DATED: _____, 2021

_____
HONORABLE SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE