**KING & SPALDING LLP**
Israel Dahan
1185 Avenue of the Americas, 36th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com

*Counsel for Defendants*

[*Additional counsel appear on signature page*]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | ) Case No. 2:19-cv-08237-SDW-LDW ) ) ) Hon. Susan D. Wigenton, U.S.D.J. ) Hon. Leda D. Wettre, U.S.M.J. ) ) Motion Day: March 1, 2021 |

## CERTIFICATION OF BETHANY M. REZEK
## IN SUPPORT OF DEFENDANTS' MEMORANDUM
## IN OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR
## CLASS CERTIFICATION, APPOINTMENT OF CLASS
## REPRESENTATIVES AND APPOINTMENT OF CLASS COUNSEL

I, Bethany M. Rezek, hereby declare:

1.     I am an attorney licensed to practice law in the State of Georgia with the law firm of King & Spalding LLP, attorneys of record for Defendants Conduent Incorporated ("Conduent"), Ashok Vemuri, and Brian Webb-Walsh (collectively, the "Individual Defendants," and together with Conduent, "Defendants"), in the above-captioned action.  I am admitted *pro hac vice* in this case.

1

2.    I make this Certification to provide the Court with true and correct copies of the following documents cited in Defendants' Memorandum in Opposition to Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives and Appointment of Class Counsel:

Exhibit 1    Excerpts of the December 8, 2020 Deposition of Plaintiff Oklahoma Firefighters Pension and Retirement System ("OFPRS") by its representative Chase Rankin, CPA - SUBMITTED PROVISIONALLY UNDER SEAL

Exhibit 2    Excerpts of the December 10, 2020 Deposition of Plaintiff Plymouth County Retirement Association ("PCRA") by its representative David Sullivan - SUBMITTED PROVISIONALLY UNDER SEAL

Exhibit 3    Excerpts of the December 11, 2020 Deposition of Plaintiff Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103") by its representative Michael P. Donovan - SUBMITTED PROVISIONALLY UNDER SEAL

Exhibit 4    Retention Agreement for Securities Class Action Litigation between Thornton Law Firm LLP and Plymouth County Retirement Association for Conduent Inc. Securities Litigation (document produced by Plaintiff PCRA as CNDT-PCRA_000418, and

introduced as Exhibit 49 in December 10, 2020 Deposition of Plaintiff PCRA) – SUBMITTED PROVISIONALLY UNDER SEAL

Exhibit 5    Retention Agreement for Securities Class Action Litigation between Thornton Law Firm LLP and Electrical Workers Pension Fund, Local 103, I.B.E.W. for Conduent Inc. Securities Litigation (document produced by Plaintiff Local 103 as CNDT-L103_000822, and introduced as Exhibit 69 in Deposition of Plaintiff Local 103) – SUBMITTED PROVISIONALLY UNDER SEAL

Exhibit 6    Legal Services Agreement for Securities Litigation Counsel between Bernstein Liebhard LLP and Oklahoma Firefighters Pension and Retirement System for Conduent Inc. Securities Litigation (document produced by Plaintiff OFPRS as OFPRS025345, and introduced as Exhibit 25 in Deposition of OFPRS) – SUBMITTED PROVISIONALLY UNDER SEAL

Exhibit 7    Excerpts of the December 22, 2020 Deposition of Plaintiffs' Expert Chad Coffman, CFA

Exhibit 8    Expert Rebuttal Report of Professor René M. Stulz, Ph.D dated January 21, 2021

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of January, 2021, in Atlanta, Fulton County, Georgia.

*/s/ Bethany M. Rezek*

Bethany M. Rezek (*pro hac vice*)
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
brezek@kslaw.com

**KING & SPALDING LLP**
Israel Dahan
1185 Avenue of the Americas, 36th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com

B. Warren Pope (*pro hac vice*)
Bethany M. Rezek (*pro hac vice*)
Brian D. Barnes (*pro hac vice*)
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com
brezek@kslaw.com
bbarnes@kslaw.com

*Counsel for Defendants*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

DATED this 21st day of January, 2021.

/s/ Israel Dahan
Israel Dahan

*Counsel for Defendants*