# EXHIBIT 1

# FILED UNDER SEAL

# CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY ORDER