# EXHIBIT 4

# FILED UNDER SEAL

# CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY ORDER