# EXHIBIT 5

## FILED UNDER SEAL

## CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY ORDER