# EXHIBIT 6

# FILED UNDER SEAL

# CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY ORDER