## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
|  | ) | Case No. 2:19-cv-08237-SDW-LDW |
|  | ) |  |
| IN RE CONDUENT INC. | ) | Hon. Susan D. Wigenton, U.S.D.J. |
| SECURITIES LITIGATION | ) | Hon. Leda D. Wettre, U.S.M.J. |
|  | ) |  |
|  | ) | Motion Day:  March 1, 2021 |

### ORDER DENYING LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES AND APPOINTMENT OF CLASS COUNSEL

This matter having come before the Court on Lead Plaintiff's Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel, and the Court having considered the papers filed in support of and in opposition to that Motion, and the Court having found that the requirements of Federal Rule of Civil Procedure 23 have not been satisfied, and for good cause shown:

IT IS on this _____ day of _____, 2021,

ORDERED that Lead Plaintiff's Motion for Class Certification is DENIED.

_____
The Honorable Susan D. Wigenton
United States District Judge