**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | Civil Action No. 19-8237 (SDW) (LDW) **ORDER** |

**THIS MATTER** having come before the Court by way of the parties' January 27, 2021 joint dispute letter regarding the number of ESI custodians from whom defendant Conduent, Inc. should collect relevant documents and the appropriate relevant time period for discovery in this action (ECF No. 82); and the Court having held a telephone conference with the parties on February 2, 2021; and for good cause shown;

**IT IS** on this day, February 3, 2021, **ORDERED** that:

1. The parties are directed to meet and confer in an effort to resolve their disputes about ESI custodians and the relevant time period for discovery on or before **February 16, 2021**.

2. The parties shall appear for a telephonic status conference before the undersigned on **March 2, 2021 at 4:30 p.m.**, at which time the Court will revisit the March 2021 fact and expert discovery deadlines. The parties shall submit concise status letters to the Court no later than three business days in advance of the conference. At the allotted time, counsel are to dial (888) 684-8852, code 8948139.

    *s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge