**KING & SPALDING LLP**
Israel Dahan
1185 Avenue of the Americas, 36th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com

*Counsel for Defendants*

**LAW OFFICES OF JAN MEYER**
**& ASSOCIATES, P.C.**
Richard Elem, Esq.
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666
Telephone: (201)-862-9500
Email: relem@janmeyerlaw.com

*Liaison Counsel for Lead Plaintiff*

[*Additional counsel appear on signature page*]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) | Case No. 2:19-cv-08237-SDW-AME |

## JOINT CONSENT MOTION TO STAY CASE PENDING MEDIATION

Defendants Conduent Incorporated, Ashok Vemuri, and Brian Webb-Walsh

(collectively, "Defendants"), and Lead Plaintiffs Oklahoma Firefighters Pension and

Retirement System, Plymouth County Retirement Association, Electrical Workers

Pension Fund, Local 103, I.B.E.W., and Employees' Retirement System of the Puerto Rico Electric Power Authority (collectively, "Lead Plaintiffs," and with Defendants, the "Parties"), hereby submit this Joint Motion to Stay Case Pending Mediation. In support of this Joint Motion, the Parties state as follows:

1.    The Parties have conferred and agreed, in an effort to resolve this dispute, to attend a private, non-binding, confidential mediation, which is scheduled to occur on June 3, 2021, before a nationally recognized mediator.

2.    The Parties further agree that judicial and party resources would best be served by the entry of a temporary stay in this case pending mediation. The Parties respectfully request that a stay be entered through July 12, 2021, which allows for diligent preparation for and participation in the June 3 mediation, plus a reasonable follow up period following the June 3, 2021 mediation, if necessary, and accounts for the July 4, 2021 holiday.

3.    At present, there is a Joint Dispute Letter pending before the Court regarding certain document search terms and the schedule for the remainder of discovery. *See* Dkt. 95. The Parties agree that judicial and party resources would best be served if the Parties reserve all rights with respect to that pending dispute and, should mediation prove unsuccessful, provide an updated submission to the Court upon lifting of the stay, whether in the form of an agreed Joint Letter or a revised Joint Dispute Letter.

-2-

4.     Therefore, in order to conserve judicial and party resources, the Parties hereby agree and stipulate as follows:

a.     The Parties jointly request that this case be stayed through July 12, 2021;

b.     Should the case not resolve by July 12, 2021, the Parties will submit a Joint Letter or a Joint Dispute Letter on July 14, 2021 regarding their respective positions on search terms, any other outstanding discovery dispute, and the proposed schedule for the remainder of discovery.

5.     The Parties respectfully request that the Court enter the Proposed Order Staying Case Pending Mediation attached hereto.

Dated: April 23, 2021

| | |
|---|---|
| */s/ Richard Elem* | */s/ Israel Dahan* |
| **LAW OFFICES OF JAN MEYER & ASSOCIATES, P.C.** | **KING & SPALDING LLP** |
| | Israel Dahan |
| Richard Elem, Esq. | 1185 Avenue of the Americas, 36th Floor |
| 1029 Teaneck Road, Second Floor | New York, NY 10036-2601 |
| Teaneck, New Jersey 07666 | Telephone: (212) 556-2100 |
| Telephone: (201)-862-9500 | Fax: (212) 556-2222 |
| Email: relem@janmeyerlaw.com | idahan@kslaw.com |
| *Liaison Counsel for Lead Plaintiff* | B. Warren Pope (*pro hac vice*) |
| | Bethany M. Rezek (*pro hac vice*) |
| **BERNSTEIN LIEBHARD LLP** | Brian D. Barnes (*pro hac vice*) |
| Stanley D. Bernstein (*pro hac vice*) | 1180 Peachtree Street, N.E. |
| Michael S. Bigin (*pro hac vice*) | Atlanta, Georgia 30309-3521 |
| Peter J. Harrington (*pro hac vice*) | Telephone: (404) 572-4600 |

-3-

10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: bernstein@bernlieb.com
bigin@bernlieb.com
pharrington@bernlieb.com

Fax: (404) 572-5100
wpope@kslaw.com
brezek@kslaw.com
bbarnes@kslaw.com

*Counsel for Defendants*

**THORNTON LAW FIRM LLP**

Guillaume Buell (*pro hac vice*)
1 Lincoln Street
Boston, MA 02111
Telephone: (617) 531-3933
Email: gbuell@tenlaw.com

*Co-Lead Counsel for Lead Plaintiff
and the Proposed Class*

**WOLF POPPER LLP**

Robert C. Finkel (*pro hac vice*)
Joshua W. Ruthizer  (*pro hac vice*)
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Email: rfinkel@wolfpopper.com

*Additional Counsel for Lead Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

DATED this 23rd day of April, 2021.

/s/ Israel Dahan
Israel Dahan

*Counsel for Defendants*