# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

IN RE CONDUENT INC.
SECURITIES LITIGATION

)
)
)
)

Case No. 2:19-cv-08237-SDW-AME

## [PROPOSED] ORDER GRANTING JOINT CONSENT MOTION TO STAY CASE PENDING MEDIATION

Before the Court is the Joint Consent Motion to Stay Case Pending Mediation submitted by Defendants Conduent Incorporated, Ashok Vemuri, and Brian Webb-Walsh (collectively, "Defendants"), and by Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System, Plymouth County Retirement Association, Electrical Workers Pension Fund, Local 103, I.B.E.W., and Employees' Retirement System of the Puerto Rico Electric Power Authority (collectively, "Lead Plaintiffs," and with Defendants, the "Parties"). After considering the Joint Motion, the Court hereby **ORDERS** as follows:

1.    The above-captioned case shall be stayed through July 12, 2021.

2.    Should the case not resolve by July 12, 2021, the Parties shall submit a Joint Letter or a Joint Dispute Letter on July 14, 2021 regarding their respective positions on the remaining discovery disputes and a proposed schedule for the remainder of discovery.

_____
The Honorable Andre M. Espinosa
United States Magistrate Judge