**KING & SPALDING LLP**
Israel Dahan
1185 Avenue of the Americas, 36th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com

*Counsel for Defendants*

**LAW OFFICES OF JAN MEYER**
**& ASSOCIATES, P.C.**
Richard Elem, Esq.
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666
Telephone: (201)-862-9500
Email: relem@janmeyerlaw.com

*Liaison Counsel for Lead Plaintiff*

[*Additional counsel appear on signature page*]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) Case No. 2:19-cv-08237-SDW-AME |

## JOINT CONSENT MOTION TO ADMINISTRATIVELY TERMINATE CASE PENDING MEDIATION

Defendants Conduent Incorporated, Ashok Vemuri, and Brian Webb-Walsh

(collectively, "Defendants"), and Lead Plaintiffs Oklahoma Firefighters Pension and

Retirement System, Plymouth County Retirement Association, Electrical Workers

Pension Fund, Local 103, I.B.E.W., and Employees' Retirement System of the Puerto Rico Electric Power Authority (collectively, "Lead Plaintiffs," and with Defendants, the "Parties"), hereby submit this Joint Motion to Administratively Terminate the Case Pending Mediation.  In support of this Joint Motion, the Parties state as follows:

1.      The Parties have conferred and agreed, in an effort to resolve this dispute, to attend a private, non-binding, confidential mediation, which is scheduled to occur on June 3, 2021, before a nationally recognized mediator.

2.      The Parties further agree that judicial and party resources would best be served by administratively terminating this case pending mediation.  The Parties currently anticipate that an administrative termination will be necessary through July 12, 2021, which allows for diligent preparation for and participation in the June 3, 2021 mediation, plus a reasonable follow up period following the June 3, 2021 mediation, if necessary, and accounts for the July 4, 2021 holiday.

3.      At present, there is a Joint Dispute Letter pending before the Court regarding certain document search terms and the schedule for the remainder of discovery.  *See* Dkt. 95.  The Parties agree that judicial and party resources would best be served if the Parties reserve all rights with respect to that pending dispute and, should mediation prove unsuccessful, provide an updated submission to the Court upon any reopening of the case, whether in the form of an agreed Joint Letter

or a revised Joint Dispute Letter.

4.      Therefore, in order to conserve judicial and party resources, the Parties hereby agree and stipulate as follows:

      a.      The Parties jointly request that this case be administratively terminated;

      b.      Should the case not resolve by July 12, 2021, the Parties will submit a Joint Letter or a Joint Dispute Letter on July 14, 2021 requesting that the case be reopened and presenting their respective positions on search terms, any other outstanding discovery dispute, and the proposed schedule for the remainder of discovery.

5.      The Parties respectfully request that the Court enter the Proposed Order Administratively Terminating the Case Pending Mediation attached hereto.

Dated: April 28, 2021

/s/ Richard Elem
**LAW OFFICES OF JAN MEYER & ASSOCIATES, P.C.**

Richard Elem, Esq.
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666
Telephone: (201)-862-9500
Email: relem@janmeyerlaw.com

*Liaison Counsel for Lead Plaintiff*

/s/ Israel Dahan
**KING & SPALDING LLP**

Israel Dahan
1185 Avenue of the Americas, 36th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com

B. Warren Pope (*pro hac vice*)
Bethany M. Rezek (*pro hac vice*)

-3-

**BERNSTEIN LIEBHARD LLP**
Stanley D. Bernstein (*pro hac vice*)
Michael S. Bigin (*pro hac vice*)
Peter J. Harrington (*pro hac vice*)
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: bernstein@bernlieb.com
bigin@bernlieb.com
pharrington@bernlieb.com

**THORNTON LAW FIRM LLP**
Guillaume Buell (*pro hac vice*)
1 Lincoln Street
Boston, MA 02111
Telephone: (617) 531-3933
Email: gbuell@tenlaw.com

*Co-Lead Counsel for Lead Plaintiff
and the Proposed Class*

**WOLF POPPER LLP**
Robert C. Finkel (*pro hac vice*)
Joshua W. Ruthizer  (*pro hac vice*)
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Email: rfinkel@wolfpopper.com

*Additional Counsel for Lead Plaintiff*

Brian D. Barnes (*pro hac vice*)
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com
brezek@kslaw.com
bbarnes@kslaw.com

*Counsel for Defendants*

-4-

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

DATED this 28th day of April, 2021.

>_/s/ Israel Dahan_
>Israel Dahan
>
>_Counsel for Defendants_