# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) | Civil Action No. 2:19-cv-08237-SDW-AME **ORDER ADMINISTRATIVELY TERMINATING ACTION** |

**WHEREAS** before the Court is the Joint Consent Motion to Administratively Terminate the Case Pending Mediation submitted by Defendants Conduent Incorporated, Ashok Vemuri, and Brian Webb-Walsh (collectively, "Defendants"), and by Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System, Plymouth County Retirement Association, Electrical Workers Pension Fund, Local 103, I.B.E.W., and Employees' Retirement System of the Puerto Rico Electric Power Authority (collectively, "Lead Plaintiffs," and with Defendants, the "Parties"); and

**WHEREAS** the Parties request that the Court administratively terminate the case pending mediation; therefore,

**IT IS, on this ___ day of April 2021,**

**ORDERED** that this action and any pending motions are hereby administratively terminated pending the outcome of the Parties' upcoming mediation; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule

of Civil Procedure 41; and it is further

**ORDERED** any party may request that this matter be reopened and restored

to the Court's active docket by filing a letter to that effect.

_____
Hon. Andre M. Espinosa
United States Magistrate Judge

2