**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | : : : : : : | **Civil Action No. 19-8237-SDW-AME**<br><br>**ORDER TO REOPEN** |

**WHEREAS**, on April 29, 2021, the Court entered an Order administratively terminating this action pending the outcome of mediation [ECF No. 98]; and

**WHEREAS** the April 29, 2021 Order provided that this action may be reopened upon letter request by any party; and

**WHEREAS** on July 16, 2021, Lead Plaintiff filed a letter requesting that the matter be reopened and restored the Court's active docket [ECF No. 99]; and

**WHEREAS** Lead Plaintiff advised that its motion for class certification [ECF No. 76], pending as of the time the case was administratively terminated, remains undecided and ripe for adjudication; and

**WHEREAS** Lead Plaintiff further advised that it will confer with Defendants regarding a pending discovery dispute and submit an updated request for the Court's assistance with discovery issues; and

**WHEREAS** the Court finds good cause to reopen the action and restore pending applications to the active docket; therefore,

**IT IS** on this 26th day of July 2021,

**ORDERED** that Lead Plaintiff's request to reopen this action [ECF No. 99] is granted; and it is further

**ORDERED** that the Clerk of Court shall mark this case **OPEN** and restore it to the active docket of the Court; and it is further

**ORDERED** that Lead Plaintiff's motion for class certification [ECF No. 76] shall be marked on the docket as a pending motion; and it is further

**ORDERED** that, on or before August 13, 2021, the parties shall file a joint status letter, not to exceed five pages double-spaced, setting forth a brief background of this action, the status of litigation, and any discovery issues they wish the Court to address; and it is further

**ORDERED** that, following receipt of the status letter, the Court will schedule a telephonic conference.

  /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge