**EXHIBIT A**

| Search Terms – January 1, 2017 to November 6, 2018 | |
|---|---|
| **Plaintiffs' Proposed Terms** | **Defendants' Proposed Terms** |
| *Agreed terms as of March 31, 2021:* | |
| "Strategic Transformation" | "Strategic Transformation" |
| 90* w/10 ecosystem | 90* w/10 ecosystem |
| (fragment or disjoint or imped* or (statement w/2 work)) w/10 (*structure* OR IT OR "information technology" or productiv* or performance) | (fragment or disjoint or imped* or (statement w/2 work)) w/10 (*structure* OR IT OR "information technology" or productiv* or performance) |
| (mainframe OR "data center") w/10 (cloud OR "off premise") | (mainframe OR "data center") w/10 (cloud OR "off premise") |
| *Disputed terms as of March 31, 2021:* | |
| ("New York" or Maryland or Florida or "New Jersey" or Texas) w/10 (penal* or fine or adjustment or problem or complaint or outage or (manag* w/6 data)) | ("New York" or Maryland or Florida or "New Jersey" or Texas) w/6 (penal* or fine or adjustment or problem or complaint or outage) |
| (map* or inventory* or rational* or modern*) w/10 (technology or infrastructure or system*) | (map* or inventory* or rational* or modern*) w/6 (technology or infrastructure) |
| (script or guidance or "financial statement" or "financial-result" or "10-k" or "annual report" or "quarterly report" or "10-Q" or "8-k" or shareholder or stockholder or investor) w/30 (draft or final or comments or presentation or deck) | (script or guidance or "financial statement" or "financial-result" or "10-k" or "annual report" or "quarterly report" or "10-Q" or "8-k" or shareholder or stockholder or investor) w/6 (draft or comments or presentation or deck) |
| analyst w/6 (report or comment or presentation) | |
| toll w/10 (infrastructure or upgrad* or revisit* or modif* or migrat* or consolidat* or optimiz* or vendor or (manag* w/6 data)) | toll* w/6 (infrastructure or upgrad* or migrat* or consolidate* or optimiz*) |
| "data center" w/10 (upgrad* or revisit* or consolidat* or optimiz* or vendor) | ("data center" w/6 (infrastructure or upgrad* or migrat* or consolidate* or optimiz*)) AND |

1

| | |
|---|---|
| "data center" w/5 (infrastructure or manag* or migrat*) | (TTDC or T.T.D.C. or EWDC or E.W.D.C. or TNG or Tarrytown or "East Windsor") |
| (platform or network) w/4 migrat* | ((platform or network) w/4 (infrastructure or upgrad* or migrat* or consolidate* or optimiz*)) AND (Transportation or "Public Sector" or Tolling or "data center" or Tarrytown or TNG) |
| ((platform or network) w/4 infrastructure) AND (Transportation or "Public Sector" or toll* or "data center" or TTDC or T.T.D.C. or EWDC or E.W.D.C. or TNG or Tarrytown or "East Windsor") | |
| (platform or network) w/8 (upgrad* or revisit* or modif* or consolidat* or optimiz* or (manag* w/6 data)) | |
| Atos w/12 ("data center" or (manag* w/6 data) or migrat* or network or platform or replac* or toll* or upgrad*) | Atos AND ((platform or network) w/4 (infrastructure or upgrad* or migrat* or consolidate* or optimiz*)) |
| Atos w/30 (penal* or outage or complaint or problem or map* or inventory* or rational* or modern* or infrastructure or upgrad* or consolidat* or terminat* or "take over" or optimiz* or network) | |
| ("IT" or "information technology") w/6 consolidat* | |
| *Newly proposed terms as of June 15, 2021* | |
| "Loss Review" | |
| (TNG or "The Next Generation") w/10 (issue OR problem OR outdated OR fail OR delay OR optimal OR unreliable OR impact OR error OR consolidate OR remediate OR strain OR outage OR loss OR toll OR "data center" OR platform OR network OR IT OR infrastructure OR problem OR complaint OR outage) | |
| Reputation* w/10 (risk OR harm) | |
| (Vemuri OR Walsh) AND ((PMP or "platform migration") OR (QBR or "Quarterly Business Review") OR (TNG or "The Next Generation") or "Transformation Office") | |