**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

IN RE CONDUENT INC.
SECURITIES LITIGATION

:
:
:
:
:
:
:

**Civil Action No. 19-8237-SDW-AME**

**ORDER**

The Court having held a status conference in this matter on September 13, 2021; and the

parties having requested the Court's assistance with a discovery dispute regarding the scope of

search terms and custodians to be included in Defendant's search for documents that may be

responsive to Lead Plaintiff's request for production, as set forth in the joint discovery letter at ECF

No. 103; and the Court having addressed the dispute during the status conference and found that the

parties have not exhausted their meet and confer obligation, under Federal Rule of Civil Procedure

37 and Local Civil Rule 37.1; therefore,

**IT IS** on this 17th day of September 2021,

**ORDERED** that the parties shall continue to meet and confer regarding search terms and

custodians, as more fully detailed in the dispute letter at ECF No. 103; in an effort to resolve or

narrow the dispute without Court intervention; and it is further

**ORDERED** that should the parties be unable to fully resolve the dispute, they shall file a

joint letter of no more than five pages, on or before October 5, 2021, concisely setting forth their

efforts and progress in negotiating mutually agreeable discovery parameters, the matters that remain

unresolved, and proposed solutions for the Court's consideration; and it is further

**ORDERED** the Court will hold a telephonic status conference on **October 12, 2021, at**

**3:30 p.m.** using the Court's teleconference line, 866-434-5269, access code 1874589#.

　　　　　　　　　　　　　　　 /s/ *André M. Espinosa*　　　　
　　　　　　　　　　　　　　 ANDRÉ M. ESPINOSA,
　　　　　　　　　　　　　　 United States Magistrate Judge