**EXHIBIT 2 – DEFENDANTS' EXHIBIT**

| Search Terms – January 1, 2017 to November 6, 2018 | |
|---|---|
| **Plaintiffs' Proposed Terms** | **Defendants' Proposed Terms** |
| *The terms below are included in the proposals of both Parties:* | |
| "Strategic Transformation" | "Strategic Transformation" |
| 90* w/10 ecosystem | 90* w/10 ecosystem |
| (mainframe OR "data center") w/10 (cloud OR "off premise") | (mainframe OR "data center") w/10 (cloud OR "off premise") |
| (fragment or disjoint or imped* or (statement w/2 work)) w/10 (*structure* OR IT OR "information technology" or productiv* or performance) | (fragment or disjoint or imped* or (statement w/2 work)) w/10 (*structure* OR IT OR "information technology" or productiv* or performance) |
| (TNG or "The Next Generation") w/7 (issue OR problem OR outdated OR fail OR delay OR unreliable OR consolidate OR remediate OR outage OR loss OR toll OR "data center" OR infrastructure OR complaint) | (TNG or "The Next Generation") w/7 (issue OR problem OR outdated OR fail OR delay OR unreliable OR consolidate OR remediate OR outage OR loss OR toll OR "data center" OR infrastructure OR complaint) |
| (Vemuri OR Walsh) w/25 (Atos OR TNG or "The Next Generation" or "Transformation Office") | (Vemuri OR Walsh) w/25 (Atos OR TNG or "The Next Generation" or "Transformation Office") |
| (IT or "information technology") w/4 consolidat* | (IT or "information technology") w/4 consolidat* |
| Reputation* w/7 (risk OR harm) | Reputation* w/7 (risk OR harm) |
| "Loss Review" | "Loss Review" |
| ("New York" or Maryland or Florida or "New Jersey" or Texas) w/8 (penal* or fine or adjustment or problem or complaint or outage) | ("New York" or Maryland or Florida or "New Jersey" or Texas) w/8 (penal* or fine or adjustment or problem or complaint or outage) |

| The terms below are unique to each Party's respective proposal: | |
|---|---|
| "data center" w/4 (manag* or migrat* or upgrad* or consolidat* or optimiz*) | ("data center" w/6 (infrastructure or upgrad* or migrat* or consolidate* or optimiz*)) AND (TTDC or T.T.D.C. or EWDC or E.W.D.C. or TNG or Tarrytown or "East Windsor") |
| ((platform or network) w/6 (infrastructure or upgrad* or consolidat* or optimiz* or migrat*)) AND (Transportation or "Public Sector" or toll* or "data center" or TTDC or T.T.D.C. or EWDC or E.W.D.C. or TNG or Tarrytown or "East Windsor") | ((platform or network) w/4 (infrastructure or upgrad* or migrat* or consolidate* or optimiz*)) AND (Transportation or "Public Sector" or Tolling or "data center" or Tarrytown or TNG) |
| (map* or inventory* or rational* or modern*) w/7 (technology or infrastructure or system*) | (map* or inventory* or rational* or modern*) w/6 (technology or infrastructure) |
| (script or guidance or "financial statement" or "financial-result" or "10-k" or "annual report" or "quarterly report" or "10-Q" or "8-k" or shareholder or stockholder or investor) w/18 (draft or final or comments or presentation or deck) | (script or guidance or "financial statement" or "financial-result" or "10-k" or "annual report" or "quarterly report" or "10-Q" or "8-k" or shareholder or stockholder or investor) w/6 (draft or comments or presentation or deck) |
| Atos w/10 (problem or map* or inventory* or rational* or infrastructure or upgrad* or consolidat* or "take over" or optimiz*) | Atos AND ((platform or network) w/4 (infrastructure or upgrad* or migrat* or consolidate* or optimiz*)) |
| Atos w/6 ("data center" or (manag* w/6 data) or migrat* or network or platform) | |
| toll w/7 (infrastructure or upgrad* or migrat* or consolidat* or optimiz* or (manag* w/6 data)) | toll* w/6 (infrastructure or upgrad* or migrat* or consolidate* or optimiz*) |

2