**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

<table>
<tr><td>

IN RE CONDUENT INC. SECURITIES LITIGATION

</td><td>

**Case No.: 2:19-cv-08237-SDW-AME**

**ORDER**

</td></tr>
</table>

The Court having held a telephonic hearing in this matter on October 12, 2021 concerning the Parties' discovery dispute detailed in the joint dispute letters at ECF No. 107 and 108, and the Court having considered the Parties' respective arguments,

**IT IS ORDERED** that Defendants shall apply the following search terms to the electronically-stored information of the 25 agreed-upon custodians for the time period January 1, 2017 to November 6, 2018:

| |
|---|
| (IT or "information technology") w/4 consolidat* |
| "Loss Review" |
| "Strategic Transformation" |
| ("New York" or Maryland or Florida or "New Jersey" or Texas) w/8 (penal* or fine or adjustment or problem or complaint or outage) |
| (fragment or disjoint or imped* or (statement w/2 work)) w/10 (*structure* OR IT OR "information technology" or productiv* or performance) |
| (mainframe OR "data center") w/10 (cloud OR "off premise") |
| Reputation* w/7 (risk OR harm) |
| (TNG or "The Next Generation") w/7 (issue OR problem OR outdated OR fail OR delay OR unreliable OR consolidate OR remediate OR outage OR loss OR toll OR "data center" OR infrastructure OR complaint) |
| (Vemuri OR Walsh) w/25 (Atos OR TNG or "The Next Generation" or "Transformation Office") |
| 90* w/10 ecosystem |
| "data center" w/4 (manag* or migrat* or upgrad* or consolidate* or optimiz*) |

| |
|---|
| ((platform or network) w/6 (infrastructure or upgrad* or consolidat* or optimiz* or migrat*)) AND (Transportation or "Public Sector" or toll* or "data center" or TTDC or T.T.D.C. or EWDC or E.W.D.C. or TNG or Tarrytown or "East Windsor") |
| (map* or inventory* or rational* or modern*) w/6 (technology or infrastructure) |
| (script or guidance or "financial statement" or "financial-result" or "10-k" or "annual report" or "quarterly report" or "10-Q" or "8-k" or shareholder or stockholder or investor) w/12 (draft or comments or presentation or deck) |
| Atos w/6 ("data center" or (manag* w/6 data) or migrat* or network or platform) or w/10 (problem or map* or inventory* or rational* or infrastructure or upgrad* or consolidat* or "take over" or optimiz*) |
| toll w/7 (infrastructure or upgrad* or migrat* or consolidat* or optimiz* or (manag* w/6 data)) |

and it is further

**ORDERED** that the parties shall continue to meet and confer regarding Lead Plaintiff's request for discovery from members of Conduent's Board of Directors; and it is further

**ORDERED** that the Court will hold a telephonic status conference on **January 14, 2022, at 10:00 a.m.** using the Court's teleconference line, 866-434-5269, access code 1874598#. On or before January 11, 2022, the parties shall submit a joint letter to the Court of no more than eight pages advising the Court of any discovery dispute ripe for the Court's consideration or otherwise advising the Court of the status of discovery.

DATED: _____October 19,_____, 2021

*/s/ André M. Espinosa*

—————————————————
ANDRÉ M. ESPINOSA
United States Magistrate Judge