**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | Case No.: 2:19-cv-08237-SDW-AME |
|  | Hon. Susan D. Wigenton, U.S.D.J. |
|  | Hon. André M. Espinosa, U.S.M.J. |

**ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE**
**FOR PETER J. HARRINGTON TO WITHDRAW AS COUNSEL**

Lead Plaintiff seeks to withdraw Peter J. Harrington as counsel in the above captioned action.

IT IS HEREBY ORDERED that Lead Plaintiff's Motion for Peter J. Harrington to Withdraw as Counsel is GRANTED. The Clerk of the Court is further ordered to remove Mr. Harrington from the Court's electronic service list. The motion at ECF 115 shall be terminated.

DATED: _____March 25___, 2022        */s/ André M. Espinosa*
_____
ANDRÉ M. ESPINOSA
United States Magistrate Judge