**KING & SPALDING LLP**
Israel Dahan
1185 Avenue of the Americas, 36th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Fax: (212) 556-2222
idahan@kslaw.com

*Counsel for Defendants*

**LAW OFFICES OF JAN MEYER**
**& ASSOCIATES, P.C.**
Richard Elem, Esq.
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666
Telephone: (201) 862-9500
Email: relem@janmeyerlaw.com

*Liaison Counsel for Lead Plaintiff*

[*Additional counsel appear on signature page*]

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | ) ) ) ) ) ) )    Case No. 2:19-cv-08237-SDW-AME |

## JOINT STIPULATION TO STAY CASE PENDING MEDIATION

Pursuant to this Court's March 29, 2022 Text Order, Dkt. 118, Defendants

Conduent Incorporated, Ashok Vemuri, and Brian Webb-Walsh (collectively,

"Defendants"), and Lead Plaintiffs Oklahoma Firefighters Pension and Retirement

System, Plymouth County Retirement Association, and Electrical Workers Pension Fund, Local 103, I.B.E.W. (collectively, "Lead Plaintiffs," and with Defendants, the "Parties"), hereby submit this Joint Stipulation to Stay the Case Pending Mediation, together with a Proposed Order for the Court's consideration.  In support of this Joint Stipulation, the Parties state as follows:

1.      The Parties have conferred and agreed, in an effort to resolve this dispute, to attend a private, non-binding, confidential mediation, which is currently scheduled to occur on August 4, 2022, before a nationally recognized mediator.

2.      The Parties have further agreed to seek a stay of this case pending mediation; provided, however, that during the pendency of the stay, the Parties will continue to meet and confer in good faith regarding Defendants' privilege log, and Plaintiffs will be permitted to continue pursuing document discovery from third parties (with the exception of third-party discovery from current or former Conduent directors, officers, or employees).  The Parties agree that judicial and party resources would best be served by this agreement.

3.      The Parties agree that, pursuant to the Court's Text Order, Dkt. 118, the Parties shall file a joint update with the Court within five days of concluding mediation.

4.      Therefore, the Parties hereby agree and stipulate as follows:

a.      The Parties jointly request that this case be stayed as set forth

-2-

herein;

    b.    Within five days of concluding mediation, the Parties will file a joint update with the Court.

5.    The Parties respectfully request that the Court enter the Proposed Order Staying the Case Pending Mediation attached hereto.

Dated: April 4, 2022

| | |
|---|---|
| */s/ Richard Elem* | */s/ Israel Dahan* |
| **LAW OFFICES OF JAN MEYER & ASSOCIATES, P.C.** | **KING & SPALDING LLP** |
| | |
| Richard Elem, Esq. | Israel Dahan |
| 1029 Teaneck Road, Second Floor | 1185 Avenue of the Americas, 36th Floor |
| Teaneck, New Jersey 07666 | New York, NY 10036-2601 |
| Telephone: (201) 862-9500 | Telephone: (212) 556-2100 |
| Email: relem@janmeyerlaw.com | Fax: (212) 556-2222 |
| | idahan@kslaw.com |
| | |
| *Liaison Counsel for Lead Plaintiff* | B. Warren Pope (*pro hac vice*) |
| | Bethany M. Rezek (*pro hac vice*) |
| **BERNSTEIN LIEBHARD LLP** | Brian D. Barnes (*pro hac vice*) |
| Stanley D. Bernstein (*pro hac vice*) | 1180 Peachtree Street, N.E. |
| Michael S. Bigin (*pro hac vice*) | Atlanta, Georgia 30309-3521 |
| 10 East 40th Street | Telephone: (404) 572-4600 |
| New York, NY 10016 | Fax: (404) 572-5100 |
| Telephone: (212) 779-1414 | wpope@kslaw.com |
| Facsimile: (212) 779-3218 | brezek@kslaw.com |
| Email: bernstein@bernlieb.com | bbarnes@kslaw.com |
| bigin@bernlieb.com | |
| | *Counsel for Defendants* |
| **THORNTON LAW FIRM LLP** | |
| 1 Lincoln Street | |
| Boston, MA 02111 | |
| Telephone: (617) 531-3933 | |

-4-

*Co-Lead Counsel for Lead Plaintiff*
*and the Class*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

DATED this 4th day of April, 2022.

<u>/s/ Israel Dahan</u>
Israel Dahan

*Counsel for Defendants*