# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

IN RE CONDUENT INC.
SECURITIES LITIGATION

)
)
)
)
)
)
)

Civil Action No.

2:19-cv-08237-SDW-AME

**ORDER STAYING ACTION**

**WHEREAS** before the Court is the Joint Stipulation to Stay the Case Pending Mediation submitted by Defendants Conduent Incorporated, Ashok Vemuri, and Brian Webb-Walsh (collectively, "Defendants"), and by Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System, Plymouth County Retirement Association, and Electrical Workers Pension Fund, Local 103, I.B.E.W. (collectively, "Lead Plaintiffs," and with Defendants, the "Parties"); and

**WHEREAS** the Parties request that the Court stay the case pending mediation; therefore,

**IT IS, on this ___ day of April 2022,**

**ORDERED** that this action is hereby stayed pending the outcome of the Parties' upcoming mediation; provided, however, that during the pendency of the stay, the Parties will continue to meet and confer in good faith regarding Defendants' privilege log, and Plaintiffs will be permitted to continue pursuing document discovery from third parties (with the exception of third-party discovery from current or former Conduent directors, officers, or employees).

**ORDERED** that the Parties shall file a joint update within five days of concluding mediation.

_____
Hon. Andre M. Espinosa
United States Magistrate Judge