**LABATON SUCHAROW LLP**
Melissa H. Nafash (029852009)
Guillaume Buell (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0873
Facsimile: (212) 818-0477
Email: mnafash@labaton.com
        gbuell@labaton.com

*Proposed Co-Class Counsel*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | Case No.: 2:19-cv-08237-SDW-AME<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. André M. Espinosa, U.S.M.J. |

**DECLARATION OF GUILLAUME BUELL IN SUPPORT OF
MOTION SEEKING LEAVE TO SUBSTITUTE
LABATON SUCHAROW LLP AS CO-CLASS COUNSEL**

I, Guillaume Buell, hereby declare as follows:

1.      I am a member in good standing of the bar of the Commonwealth of Massachusetts, the State of New York, and the State of Texas. I am admitted *pro hac vice* as counsel for Plaintiffs in this Action. I am Of Counsel to the law firm of Labaton Sucharow LLP ("Labaton").

2.      I submit this declaration in connection with the motion of Class Representatives Plymouth County Retirement Association ("PCRA") and Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103") for leave to substitute Labaton into this action as Co-Class Counsel, and to allow the law firm Thornton Law Firm LLP ("Thornton") to withdraw as Co-Class Counsel.

3.      I have recently resigned from Thornton and joined Labaton. As part of their ongoing oversight of this litigation as Class Representatives, PCRA and Local 103 have decided to change counsel and have retained Labaton to represent the proposed Class as Co-Class Counsel alongside Bernstein Liebhard LLP, subject to the approval of the Court. Labaton has a long-standing relationship with both PCRA and Local 103, and a strong understanding of their organization. Labaton also has experience successfully working alongside Bernstein Liebhard LLP.

4.      As reflected in its resume attached as Exhibit A hereto, Labaton is a preeminent law firm in the field of securities litigation, has the resources and abilities to adequately represent the Class, and meets the requirements of Federal Rule of Civil Procedure 23(g).

5.      The litigation team that Labaton seeks to substitute in this case will be led by me as well as attorneys Carol Villegas and Christine Fox, both of whom have decades of experience prosecuting complex securities fraud cases on behalf of institutional investors. *See* Ex. A.

6.      Thornton has agreed to withdraw from the representation and allow Labaton to be substituted in as Co-Class Counsel together with Bernstein Liebhard LLP.

7.      PCRA and Local 103 have conferred with Defendants, who take no position on this Motion.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of April, 2022.

/s/ *Guillaume Buell*
Guillaume Buell

**CERTIFICATE OF SERVICE**

I, Melissa H. Nafash, hereby certify that on April 22, 2022, I caused the foregoing to be filed with the Clerk of the Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record through the Court's CM/ECF system.

Dated: April 22, 2022                                   */s/ Melissa H. Nafash*
                                                        Melissa H. Nafash