**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | Case No.: 2:19-cv-08237-SDW-AME |
|  | Hon. Susan D. Wigenton, U.S.D.J. |
|  | Hon. André M. Espinosa, U.S.M.J. |

**ORDER GRANTING MOTION SEEKING LEAVE TO SUBSTITUTE**
**LABATON SUCHAROW LLP AS CO-CLASS COUNSEL**

The Court has considered the Motion of Class Representatives Plymouth County Retirement Association and Electrical Workers Pension Fund, Local 103, I.B.E.W. for leave to substitute the law firm of Labaton Sucharow LLP into this action as Co-Class Counsel together with Bernstein Liebhard LLP, and to allow the law firm Thornton Law Firm LLP to withdraw.

Having considered the motion and the papers submitted in support thereof, the Court **GRANTS** the Motion and **ORDERS** as follows:

As reflected in its Firm Resume, the Court finds that Labaton Sucharow LLP is qualified to serve as Co-Class Counsel pursuant to Federal Rule of Civil Procedure 23(g). The Court therefore modifies that part of its prior Order appointing Class Counsel (*see* ECF No. 114) and **APPOINTS** Labaton Sucharow LLP as Co-Class Counsel together with Bernstein Liebhard LLP and **ALLOWS** the withdrawal of Thornton Law Firm LLP as Co-Class Counsel.

DATED: ___May 6, 2022___          ___*/s/ André M. Espinosa*___
                                   Hon. André M. Espinosa
                                   United States Magistrate Judge

2