**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) | Civil Action No.<br><br>2:19-cv-08237-SDW-AME<br><br>**ORDER ADMINISTRATIVELY TERMINATING ACTION** |

**WHEREAS** before the Court is the Joint Stipulation to Administratively Terminate the Case Pending Mediation submitted by Defendants Conduent Incorporated, Ashok Vemuri, and Brian Webb-Walsh (collectively, "Defendants"), and by Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System, Plymouth County Retirement Association, and Electrical Workers Pension Fund, Local 103, I.B.E.W. (collectively, "Lead Plaintiffs," and with Defendants, the "Parties"); and

**WHEREAS** the Parties request that the Court administratively terminate the case pending mediation; therefore,

**IT IS, on this** 20th **day of** May **2022,**

**ORDERED** that this action and any pending motions are hereby administratively terminated pending the outcome of the Parties' upcoming mediation, provided, however, that during the pendency of the administrative termination, the Parties will continue to meet and confer in good faith regarding Defendants' privilege log, and Plaintiffs will be permitted to continue pursuing

document discovery from third parties (with the exception of third-party discovery from current or former Conduent directors, officers, or employees); and it is further

**ORDERED** that the Parties shall file a joint update within five business days of concluding mediation; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that any party may request that this matter be reopened and restored to the Court's active docket by filing a letter to that effect.

*/s/ André M. Espinosa*

Hon. André M. Espinosa
United States Magistrate Judge

2