**LAW OFFICES OF JAN MEYER
& ASSOCIATES, P.C.**
Richard L. Elem, Esq.
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666
Telephone: 201-862-9500
Email: relem@janmeyerlaw.com

*Liaison Counsel for Class Representatives*

[additional counsel listed in signature block]

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | Case No.: 2:19-cv-08237-SDW-AME<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. André M. Espinosa, U.S.M.J. |

### NOTICE OF CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND <u>AUTHORIZATION TO PROVIDE NOTICE TO THE CLASS</u>

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Class Representatives Oklahoma Firefighters Pension and Retirement System, Plymouth County Retirement Association, and Electrical Workers Pension Fund, Local 103, I.B.E.W (collectively, "Class Representatives"), on behalf of themselves and the certified Class, hereby move before Hon. André M. Espinosa, U.S.M.J., at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure that, among other things: (i) preliminarily approves a settlement of this class action; (ii) approves the form and manner of notice of the proposed settlement to the members of the Class; (iii) appoints JND Legal

Administration as Claims Administrator; (iv) schedules a final settlement hearing; and (v) grants such other and further relief as the Court deems just and proper.

Defendants do not oppose the instant motion.

The motion is based on the accompanying Memorandum of Law in Support of Class Representatives' Unopposed Motion for Preliminary Approval of Class Action Settlement and Authorization to Provide Notice to the Class, and the Declaration of Richard L. Elem, dated December 2, 2022, with annexed exhibits, filed herewith.

A proposed Order Granting Preliminary Approval of Class Action Settlement, which was negotiated by the Parties to the Settlement, with annexed exhibits, is also submitted herewith.

Dated: December 2, 2022                    Respectfully submitted,

/s/ Richard L. Elem
Jan Meyer
Richard L. Elem
**LAW OFFICES OF JAN MEYER &ASSOCIATES, P.C.**
1029 Teaneck Road
Second Floor
Teaneck, New Jersey 07666
Tel: (201) 862-9500
Email: jmeyer@janmeyerlaw.com
           relem@janmeyerlaw.com

*Liaison Counsel for Class Representatives and the Class*

**BERNSTEIN LIEBHARD LLP**

/s/ Stanley D. Bernstein
Stanley D. Bernstein
Michael S. Bigin
Adam Federer
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218

Email: bernstein@bernlieb.com
bigin@bernlieb.com
afederer@bernlieb.com

**LABATON SUCHAROW LLP**

/s/ Christine M. Fox
Christine M. Fox
Carol C. Villegas
Guillaume Buell
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cfox@labaton.com
cvillegas@labaton.com
gbuell@labaton.com

*Co-Class Counsel for Class Representatives and the Class*

**WOLF POPPER LLP**
Robert C. Finkel
Joshua W. Ruthizer
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Email: rfinkel@wolfpopper.com
jruthizer@wolfpopper.com

*Additional Counsel for Class Representatives*

## CERTIFICATE OF SERVICE

I certify that on December 2, 2022, I caused the electronic filing of the foregoing Class Representatives' Unopposed Motion for Preliminary Approval of Class Action Settlement and Authorization to Provide Notice to the Class using the Court's CM/ECF system, which will be sent electronically to the registered participants as identified on the attached Electronic Mail Notice List.

/s/ *Richard L. Elem*
RICHARD L. ELEM