**LAW OFFICES OF JAN MEYER**
**& ASSOCIATES, P.C.**
Richard L. Elem, Esq.
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666
Telephone: 201-862-9500
Email: relem@janmeyerlaw.com

*Liaison Counsel for Class Representatives*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | Case No.: 2:19-cv-08237-SDW-AME<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. André M. Espinosa, U.S.M.J. |

**DECLARATION OF RICHARD L. ELEM IN SUPPORT OF**
**CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR**
<u>**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**</u>

I, RICHARD L. ELEM, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an associate with the Law Offices of Jan Meyer & Associates, P.C., Court-appointed Liaison Counsel in this certified class action, and am admitted to practice before this Court. I respectfully submit this declaration in support of Class Representatives' Unopposed Motion for Preliminary Approval of Class Action Settlement and Authorization to Provide Notice to the Class.

2. True and correct copies of the following documents are annexed hereto:

Exhibit 1: Stipulation and Agreement of Settlement, dated as of December 1, 2022, with exhibits thereto.

Exhibit 2: Laarni T. Bulan and Laura E. Simmons, *Securities Class Action Settlements – 2021 Review and Analysis* (Cornerstone Research 2022).

Exhibit 3: Firm resume of JND Legal Administration, the proposed claims administrator for the Settlement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 2, 2022.

/s/ *Richard L. Elem*
RICHARD L. ELEM

## CERTIFICATE OF SERVICE

I certify that on December 2, 2022, I caused the electronic filing of the foregoing Declaration of Richard L. Elem in Support of Class Representatives' Unopposed Motion for Preliminary Approval of Class Action Settlement using the Court's CM/ECF system, which will be sent electronically to the registered participants as identified on the attached Electronic Mail Notice List.

                                                                              /s/ *Richard L. Elem*
                                                                               RICHARD L. ELEM