**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | : : : : : : | **Civil Action No. 19-8237-SDW-AME**<br><br>**ORDER TO REOPEN** |

**WHEREAS**, on May 20, 2022, the Court entered an Order administratively terminating this action pending the outcome of mediation [ECF No. 131]; and

**WHEREAS** the May 20, 2022 Order provided that this action may be reopened upon any party's request; and

**WHEREAS** on December 2, 2022, Class Representatives filed an unopposed motion for preliminary approval of class action settlement [ECF No. 133], which reports, among other things, that the mediation has concluded and resulted in a negotiated resolution of the claims in this action; and

**WHEREAS** the Court construes the filing of the motion as a request to reopen this action and finds good cause to grant that request; therefore,

**IT IS** on this 6th day of December 2022,

**ORDERED** that the Clerk of Court shall mark this case **OPEN** and restore it to the active docket of the Court.

/s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge