**LAW OFFICES OF JAN MEYER**
**& ASSOCIATES, P.C.**
Richard L. Elem, Esq.
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666
Telephone: 201-862-9500
Email: relem@janmeyerlaw.com

*Liaison Counsel for Class Representatives*

[additional counsel on signature block]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | Case No.: 2:19-cv-08237-SDW-AME<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. André M. Espinosa, U.S.M.J. |

**NOTICE OF CLASS REPRESENTATIVES' FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

TO: ALL COUNSEL OF RECORD

     PLEASE TAKE NOTICE that Class Representatives Oklahoma Firefighters Pension and Retirement System, Plymouth County Retirement Association, and Electrical Workers Pension Fund, Local 103, I.B.E.W (collectively, "Class Representatives"), on behalf of themselves and the certified Class, hereby move before Hon. André M. Espinosa, U.S.M.J., at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure that, among other things: (i) grants final approval of the proposed settlement ("Settlement") set forth in the Stipulation and Agreement of Settlement, signed December 1, 2022, as fair, reasonable, and adequate; (ii) enters

the proposed Judgment; and (iii) approves the proposed Plan of Allocation for distribution of the proceeds of the Net Settlement Fund.

The motion is based on the accompanying Memorandum of Law in Support of Class Representatives' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and the Declaration of Michael S. Bigin, dated April 19, 2023, with annexed exhibits, filed herewith.

A proposed Order Granting Final Approval of Class Action Settlement and the Plan of Allocation will be submitted after the objection period, with the Reply.

Dated:  April 19, 2023

                              Respectfully submitted,

                              */s/ Richard Elem*
Jan Meyer
Richard L. Elem
**LAW OFFICES OF JAN MEYER**
**& ASSOCIATES, P.C.**
1029 Teaneck Road
Second Floor
Teaneck, New Jersey 07666
Telephone: (201)-862-9500
Email: jmeyer@janmeyerlaw.com
relem@janmeyerlaw.com

*Liaison Counsel for Class Representatives and the Class*

**BERNSTEIN LIEBHARD LLP**

*/s/ Stanley D. Bernstein*
Stanley D. Bernstein
Michael S. Bigin
Adam Federer
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  bernstein@bernlieb.com
        bigin@bernlieb.com

afederer@bernlieb.com

**LABATON SUCHAROW LLP**

<u>/s/ Christine M. Fox</u>
Christine M. Fox
Carol C. Villegas
Guillaume Buell
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cfox@labaton.com
cvillegas@labaton.com
gbuell@labaton.com

*Co-Class Counsel for Class Representatives and the Class*

**WOLF POPPER LLP**
Robert C. Finkel
Joshua W. Ruthizer
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Email:  rfinkel@wolfpopper.com
jruthizer@wolfpopper.com

*Additional Counsel for Class Representatives*

## CERTIFICATE OF SERVICE

I certify that on April 19, 2023, I caused the electronic filing of the foregoing Class Representatives' Motion for Final Approval of Class Action Settlement and Plan of Allocation using the Court's CM/ECF system, which will be sent electronically to the registered participants as identified on the attached Electronic Mail Notice List.

/s/ Richard L. Elem
RICHARD L. ELEM