**EXHIBIT 8**

### SUMMARY OF PLAINTIFFS' FIRMS LODESTAR AND EXPENSES

|  | Hours | Lodestar | Expenses |
|---|---|---|---|
| Bernstein Liebhard LLP | 4,812.00 | $3,813,762.50 | $266,765.66 |
| Thornton Law Firm LLP | 3,516.60 | $1,679,163.50 | $60,318.40 |
| Wolf Popper LLP | 1,830.80 | $953,823.00 | $48,728.22 |
| Labaton Sucharow LLP | 1,503.30 | $731,983.00 | $20,696.12 |
| Law Offices of Jan Meyer & Associates, P.C. | 26.05 | $11,722.50 | $0.00 |
| **Totals** | **11,688.75** | **$7,190,454.50** | **$396,508.40** |