**EXHIBIT 10**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | Case No.: 2:19-cv-08237-SDW-AME<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. André M. Espinosa, U.S.M.J. |

**DECLARATION OF MICHAEL P. DONOVAN IN SUPPORT OF APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND REQUEST FOR <u>ATTORNEYS' FEES AND EXPENSES</u>**

I, Michael P. Donovan, declare as follows:

1.   I am the Executive Director of Court-appointed Class Representative Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103"), one of the Class Representatives in this certified securities class action (the "Action").[1]  I respectfully submit this declaration in support of final approval of the proposed settlement of the Action for $32,000,000 (the "Settlement"), approval of the proposed Plan of Allocation for distributing the proceeds of the Settlement, and approval of Co-Class Counsel's request for attorneys' fees and expenses.  I also respectfully submit this declaration in support of an award to Local 103, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), in connection with the time I dedicated, on behalf of Local 103, to the representation of the proposed Class.  I have personal knowledge of the statements herein and, if called as a witness, could competently testify thereto.

2.   Local 103, along with three other plaintiffs, moved for appointment as lead plaintiff in the Action on May 7, 2019.  Local 103 was appointed as one of the Lead Plaintiffs on July 15, 2019 and as a Class Representative on February 28, 2022.  During the course of the litigation, I assisted Co-Class Counsel with the prosecution of the claims on behalf of the Class.  In that regard, I (a) regularly communicated with counsel regarding the posture and progress of the Action; (b) reviewed pleadings, motions, and briefs filed in the Action; (c) assisted with Local 103's preservation, collection and production of documents to Defendants; and (d) sat for a deposition on December 11, 2020 in connection with the motion for class certification.

3.   Additionally, I participated in, and consulted with my counsel concerning, the mediation and authorized Co-Class Counsel to settle the Action.  In making the determination that the Settlement represented a fair, reasonable, and adequate result for the Class, together with my

---

[1] Unless otherwise indicated, capitalized terms have those meanings contained in the Stipulation and Agreement of Settlement, dated as of December 1, 2022.

- 1 -

counsel, I weighed the substantial benefits to the Class against the significant risks and uncertainties of continued litigation. After doing so, I believe that the Settlement represents a favorable recovery, and that final approval of the Settlement is in the best interest of the Class.

4.    I also believe that Co-Class Counsel's request, on behalf of all Plaintiffs' Counsel, for an award of attorneys' fees in the amount of 25% of the Settlement Fund is fair and reasonable under the circumstances of this case.  I have evaluated Co-Class Counsel's request in light of the effort required to pursue the case to date, the risks and challenges in the litigation, as well as the recovery obtained for the Class.  I understand that Plaintiffs' Counsel will also devote additional time in the future to administering the Settlement.  I further believe that the Litigation Expenses requested are reasonable and represent the costs and expenses that were necessary for the successful prosecution and resolution of this case.  Based on the foregoing, I fully support Co-Class Counsel's motion for attorneys' fees and payment of Litigation Expenses.

5.    I understand the Court may make an award to Local 103 relating to its representation of the Class.  Accordingly, on behalf of Local 103, I am requesting the amount of $5,000 in connection with Local 103's efforts in the Action.  This request is based on the time I devoted to the litigation, including but not limited to time spent consulting with counsel regarding the Complaint; reviewing draft pleadings and motion papers; participating in document preservation, collection and production; sitting for a deposition; and assisting with the mediation. The time spent on this case was time that I would have otherwise devoted to the regular business of Local 103 and thus represented a cost to Local 103.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this *April 11, 2023*

_____
Michael P. Donovan