**LAW OFFICES OF JAN MEYER
& ASSOCIATES, P.C.**
Richard L. Elem, Esq.
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666
Telephone: 201-862-9500
Email: relem@janmeyerlaw.com

*Liaison Counsel for Class Representatives*

[additional counsel on signature block]

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | Case No.: 2:19-cv-08237-SDW-AME<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. André M. Espinosa, U.S.M.J. |

**NOTICE OF CO-CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS'
FEES AND PAYMENT OF EXPENSES**

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Bernstein Liebhard LLP and Labaton Sucharow LLP, Court-appointed Co-Class Counsel for Class Representatives Oklahoma Firefighters Pension and Retirement System, Plymouth County Retirement Association, and Electrical Workers Pension Fund, Local 103, I.B.E.W ("Class Representatives"), on behalf of themselves and all Plaintiffs' Counsel, hereby move before Hon. André M. Espinosa, U.S.M.J., at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order that, among other things, awards attorneys' fees in the amount of 25% from the common fund and reimburses Litigation Expenses incurred in prosecuting the Action.

The motion is based on the accompanying Memorandum of Law in Support of Co-Class Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses, and the Declaration of Michael S. Bigin, dated April 19, 2023, with annexed exhibits, filed herewith.

A proposed Order Granting an Award of Attorneys' Fees and Payment of Expenses will be submitted at the time of the Reply.

Dated:  April 19, 2023

                         Respectfully submitted,

/s/ Richard Elem_____
Jan Meyer
Richard L. Elem
**LAW OFFICES OF JAN MEYER**
**& ASSOCIATES, P.C.**
1029 Teaneck Road
Second Floor
Teaneck, New Jersey 07666
Telephone: (201)-862-9500
Email: jmeyer@janmeyerlaw.com
relem@janmeyerlaw.com

*Liaison Counsel for Class Representatives and the Class*

**BERNSTEIN LIEBHARD LLP**

/s/ Stanley D. Bernstein_____
Stanley D. Bernstein
Michael S. Bigin
Adam Federer
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email:  bernstein@bernlieb.com
       bigin@bernlieb.com
       afederer@bernlieb.com

**LABATON SUCHAROW LLP**

/s/ Christine M. Fox_____
Christine M. Fox

Carol C. Villegas
Guillaume Buell
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cfox@labaton.com
cvillegas@labaton.com
gbuell@labaton.com

*Co-Class Counsel for Class Representatives and the Class*

**WOLF POPPER LLP**
Robert C. Finkel
Joshua W. Ruthizer
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Email:  rfinkel@wolfpopper.com
jruthizer@wolfpopper.com

*Additional Counsel for Class Representatives*

## CERTIFICATE OF SERVICE

I certify that on April 19, 2023, I caused the electronic filing of the foregoing Co-Class Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses using the Court's CM/ECF system, which will be sent electronically to the registered participants as identified on the attached Electronic Mail Notice List.

*/s/ Richard L. Elem*
RICHARD L. ELEM
