**EXHIBIT 9**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN RE CONDUENT INC. SECURITIES
LITIGATION

Case No.: 2:19-cv-08237-SDW-AME

Hon. Susan D. Wigenton, U.S.D.J.
Hon. André M. Espinosa, U.S.M.J.

DECLARATION OF THE OKLAHOMA FIREFIGHTERS PENSION AND
RETIREMENT SYSTEM IN SUPPORT OF (I) MOTION FOR FINAL APPROVAL
OF SETTLEMENT AND PLAN OF ALLOCATION; AND (II) MOTION FOR AN
AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND
REIMBURSEMENT OF TIME TO LEAD PLAINTIFF

I, Chase Rankin, hereby declare as follows:

1. I am the Executive Director of Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") and am authorized to submit this declaration on its behalf. I have personal knowledge of the statements herein and, if called as a witness, could competently testify thereto.

2. Oklahoma Firefighters is a defined benefit pension plan based in Oklahoma City, Oklahoma. Oklahoma Firefighters manages approximately $3.26 billion in assets on behalf of its members. As set forth in the certification of the Oklahoma Firefighters previously filed with the Court in support of the motion for appointment of the Conduent Institutional Investors Group as Lead Plaintiff, the Oklahoma Firefighters purchased Conduent common stock during the Class Period and suffered damages as a result. ECF No. 6-5.

3. On July 15, 2019, the Court appointed the Conduent Institutional Investors Group as Lead Plaintiff, which included the Oklahoma Firefighters as a Co-Lead Plaintiff in this Action. ECF No.10.

00734333;V1

4. Since that time, I, and other staff members have assisted Class Counsel with the litigation of the Action for the benefit of the Class. In that regard, we regularly consulted with Class Counsel and engaged in meetings and communications with counsel regarding the litigation. The Oklahoma Firefighters reviewed the complaints filed in this Action, reviewed the motion to dismiss briefing, reviewed the Court's opinion sustaining the Action, responded to interrogatories, searched for and produced responsive documents, prepared for a deposition, and was deposed in connection with the motion for Class Certification. The Oklahoma Firefighters also reviewed the Class certification briefing and the Court's decision certifying the Class and appointing the Oklahoma Firefighters as a Class Representative. When the other Co-Class Representatives wished to substitute the Thornton Law Firm for new Class Counsel, I was involved in evaluating and overseeing that process for the Class. I also reviewed the mediation statements submitted by both parties in connection with the two mediation sessions. I participated in both mediation sessions and the Oklahoma Firefighters sent a representative to attend part of the second mediation session in person.

5. As a Court appointed Class Representative, the Oklahoma Firefighters authorized Class Counsel to settle the Action for $32 million. In making the determination that the Settlement represented a fair, reasonable, and adequate result for the Class, we weighed the substantial benefits for the Class against the significant risks and uncertainties of continued litigation. The Oklahoma Firefighters believe that the Settlement represents a favorable recovery, and that final approval of the Settlement is in the best interest of the Class.

6. The Oklahoma Firefighters have substantial experience managing outside counsel for securities class actions. At the outset of the Action, the Oklahoma Firefighters' retainer with Bernstein Liebhard LLP capped any fee request to 25% of a recovery. The Oklahoma Firefighters

believe the fee requested is fair and reasonable for this case after evaluating Class Counsel's 25% fee request in light of the amount of effort required to pursue this case, the risks and challenges to the litigation, the recovery obtained for the Class, and the Oklahoma Firefighters' experience with lead counsel fees in other securities class action.

7. The Oklahoma Firefighters believes that the litigation expenses requested, which are under the amount set forth in the notice, appear reasonable and necessary for the successful prosecution and resolution of this case.

8. Based on the foregoing, and consistent with its obligation to obtain the best overall result for the Class, the Oklahoma Firefighters fully supports Class Counsel's motion for attorneys' fees and payment of litigation expenses.

9. I understand the Court may make an award of reasonable costs and expenses directly relating to the representation of the Class. Accordingly, the Oklahoma Firefighters is requesting the amount of $5,768 in connection with our efforts in the Action. This request is based on the conservative estimate that I and other staff members devoted approximately 56 hours to litigation related activities described above, at an effective hourly rate of $103. The time spent on this case was time that we would have otherwise devoted to the regular business of the Oklahoma Firefighters.

I certify that the foregoing statements are true and correct under penalty of perjury under the laws of the United States.

Dated: April 14, 2023

By: _____
Chase Rankin

00734333;V1                                3