**LAW OFFICES OF JAN MEYER**
**& ASSOCIATES, P.C.**
Richard L. Elem, Esq.
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666
Telephone: 201-862-9500
Email: relem@janmeyerlaw.com

*Liaison Counsel for Class Representatives*

[additional counsel on signature block]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE CONDUENT INC. SECURITIES LITIGATION | Case No.: 2:19-cv-08237-SDW-AME<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. André M. Espinosa, U.S.M.J. |

**REPLY IN FURTHER SUPPORT OF THE CLASS REPRESENTATIVES' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION (ECF NO. 138); AND CO-CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF EXPENSES (ECF NO. 139)**

Pursuant to Rules 23(e) and 54(d) of the Federal Rules of Civil Procedure, the Class Representatives and Co-Class Counsel respectfully submit this reply in further support of the Motion for Final Approval of the Class Action Settlement and Plan of Allocation; and Motion for an Award of Attorneys' Fees and Payment of Expenses (the "Motions"). ECF Nos. 138 & 139.

**I.      The Class Members Support the Motions**

The Claims Administrator has completed the notice program and mailed 90,458 Notice Packets to potential Class Members. *See* Supplemental Declaration of Luiggy Segura Regarding: (A) Continued Mailing of Notice Packet; (B) Report on Requests for Exclusion; and (C) Claims

00742870;V2                                                   1

Received to Date at ¶ 2, filed herewith as Exhibit A ("Supp. Mailing Decl."). The May 3, 2023 deadline for objections and requests for exclusion from the Class has passed, and there are no objections to the Settlement, Plan of Allocation, or the requested fee and expense awards. This positive reaction by the Class further supports granting the Motions. *See In re Cendant Corp. Litig.*, 264 F.3d 201, 235 (3d Cir. 2001) ("The vast disparity between the number of potential class members who received notice of the Settlement and the number of objectors creates a strong presumption that this factor weighs in favor of the Settlement"); *Girsh v. Jepson*, 521 F.2d 153, 157 (3d Cir. 1975) (identifying a favorable reaction of the class to the settlement as a factor in support of approval).

No objection to the fee and expense application is also strong evidence that those requests are fair and reasonable. Indeed, the lack of any objections from "'sophisticated' institutional investors that had considerable financial incentive to object had they believed the requested fees were excessive" and did not do so, also supports approval. *See, e.g., In re Schering-Plough Corp. Enhance ERISA Litig.*, No. 08-1432 (DMC)(JAD), 2012 WL 1964451, at *6 (D.N.J. May 31, 2012) ("The lack of objections to the requested attorneys' fees supports the request, especially because the settlement class includes large, sophisticated institutional investors."); *In re Bisys Sec. Litig.*, No. 04 Civ. 3840 (JSR), 2007 WL 2049726, at *1 (S.D.N.Y. July 16, 2007) (institutional investors "had the means, the motive, and the sophistication to raise objections if they thought the . . . fee was excessive").

Additionally, there are no valid requests for exclusion from the Class by any Class member. The Claims Administrator has reported that it received only three requests for exclusion. *See* ECF No. 138-3 at page 6 of 43 ¶ 16; Ex. A at ¶ 4. However, each request was defective, because none provided information showing membership in the Class, *i.e.*, when Conduent

common stock was purchased, the amount purchased, or price paid—even after a follow-up request by the Claims Administrator. *Id*. at ¶ 5.[1] Accordingly, the requests for exclusion fail to comply with the Order Granting Preliminary Approval of Class Action Settlement. ECF No. 137 at ¶ 15.

## II.    **CONCLUSION**

For the reasons above and in the opening papers, the Settlement, the Plan of Allocation, and the requests for fees and expenses are fair, reasonable, and adequate. The Class Representatives and Co-Class Counsel request that the Court enter the proposed orders attached to this Reply:  Final Order and Judgment, negotiated by the Parties (Ex. B); Order Approving Plan of Allocation (Ex. C); and Order Awarding Attorneys' Fees and Expenses (Ex. D).

Dated:  May 17, 2023

Respectfully submitted,

*/s/ Richard Elem*_____

Jan Meyer
Richard L. Elem
**LAW OFFICES OF JAN MEYER
& ASSOCIATES, P.C.**
1029 Teaneck Road
Second Floor
Teaneck, New Jersey 07666
Telephone: (201)-862-9500
Email: jmeyer@janmeyerlaw.com
relem@janmeyerlaw.com

*Liaison Counsel for Class Representatives and
the Class*

---

[1] Request 1 was from an executor of a will who did not want the finalized estate to participate in the Settlement. ECF No. 138-3 at Ex. C (no trading information communicated). Request 2 was from a living trust claiming it received $747 for selling 40 Conduent shares on 10/26/18, during the Class Period, however, no purchase information was provided. Supp. Mailing Decl. at Ex. A. Request 3 was received after the exclusion deadline from an individual who did not want to participate in the Settlement. *Id*. at Ex. A (no trading information communicated).

**BERNSTEIN LIEBHARD LLP**

*/s/ Michael S. Bigin*
Stanley D. Bernstein
Michael S. Bigin
Adam Federer
10 East 40th Street
New York, NY 10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: bernstein@bernlieb.com
bigin@bernlieb.com
afederer@bernlieb.com

**LABATON SUCHAROW LLP**

*/s/ Christine M. Fox*
Christine M. Fox
Carol C. Villegas
Guillaume Buell
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cfox@labaton.com
cvillegas@labaton.com
gbuell@labaton.com

*Co-Class Counsel for Class Representatives
and the Class*

**WOLF POPPER LLP**
Robert C. Finkel
Joshua W. Ruthizer
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Email: rfinkel@wolfpopper.com
jruthizer@wolfpopper.com

*Additional Counsel for Class Representatives*

00742870;V2                                    4

**CERTIFICATE OF SERVICE**

I certify that on May 17, 2023, I caused the electronic filing of the foregoing Reply in Further Support of the Class Representatives' Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 138); and Co-Class Counsel's Motion for an Award of Attorneys' Fees and Payment of Expenses (ECF No. 139) using the Court's CM/ECF system, which will be sent electronically to the registered participants as identified on the attached Electronic Mail Notice List.

*/s/ Richard L. Elem*
RICHARD L. ELEM